UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE LEHMAN BROTHERS SECURITIES  :
AND ERISA LITIGATION              :
:
This Document Applies To:         :
*In re Lehman Brothers ERISA Litigation*, : Civil Action 09 MD 2017
08 Civ. 5598 (LAK)                :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the annexed declaration of Jonathan K. Youngwood, Esq., sworn to on February 13, 2009, and the exhibits attached thereto, and the accompanying Memorandum of Law, individual Defendants in the above-captioned action will move before the Honorable Lewis A. Kaplan, United States District Judge, United States District Courthouse, 500 Pearl Street, New York, New York 10007, on April 3, 2009, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order, pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), dismissing with prejudice Plaintiffs' Consolidated Amended Complaint.

PLEASE TAKE FURTHER NOTICE, that, pursuant to the Court's approval at the January 8, 2009 conference and as agreed by the parties, (1) Plaintiffs' Opposition will be filed on or before March 19, 2009 and (2) Defendants' Reply will be filed on or before April 3, 2009.

Dated: New York, New York

Respectfully submitted,

**SIMPSON THACHER & BARTLETT LLP**

By: /s/ Jonathan K. Youngwood

Michael J. Chepiga
mchepiga@stblaw.com
Jonathan K. Youngwood
jyoungwood@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455 2502

*Counsel for All Individual Defendants Other than Richard S. Fuld, Jr.*

**ALLEN & OVERY LLP**

By: /s/ Patricia M. Hynes

Patricia M. Hynes
patricia.hynes@newyork.allenovery.com
Todd S. Fishman
todd.fishman@newyork.allenovery.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel for Defendant Richard S. Fuld, Jr.*

3