

MEMO ENDORSED

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SCOTT J. FARRELL, ESQ.
DIRECT DIAL 212-545-4668
FACSIMILE 212-545-4653
FARRELL@WHAFH.COM

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

February 20, 2009

**By Overnight Delivery**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/23/09

Re:   *In re Lehman Brothers Securities and ERISA Litigation*, No. 09 MC 2017 (LAK);
      *In re Lehman Brothers ERISA Litigation*, No. 08 Civ. 5598 (LAK)

Dear Judge Kaplan:

We represent the ERISA Plaintiffs in the above referenced action, and write in advance of the conference set in these actions scheduled for March 2, 2009.

Plaintiffs filed their Consolidated Amended Complaint for Violations of the Employee Retirement Income Security Act on October 27, 2008 (D.I. 53). For a variety of reasons, including scheduling in the *Operative Plasterers and Cement Masons Int'l Ass'n Local 262 Annuity Fund v. Lehman Bros. Holdings, Inc., et al*, No. 08-cv-5523 (LAK) (the "Securities Action") and the MDL proceedings, the briefing schedule on Defendants' motion to dismiss was pushed off twice. Defendants recently filed their motion to dismiss the Complaint on February 13, 2009 (D.I. 65).

The parties to the ERISA action now respectfully request an extension to the current briefing schedule to allow counsel to work around various scheduling conflicts. Counsel for all parties to the ERISA action have consented to a request for the following schedule:

- Plaintiffs shall file and serve opposition brief(s) to Defendants' motion to dismiss no later than April 28, 2009; and

- Defendants shall file and serve reply brief(s) no later than May 19, 2009.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Hon. Lewis A. Kaplan
United States District Judge
February 20, 2009
Page 2

If Your Honor has any questions regarding the pending motion or any other aspect of this litigation, we stand ready to respond.

Respectfully,

*Scott Farrell* by RP

Scott J. Farrell

SHF/jw/536918

cc:   **(Via e-mail)**
      Jonathan K. Youngwood (jyoungwood@stblaw.com)
      Michael Joseph Chepiga (mchepiga@stblaw.com)
      Eric Albert (ealbert@stblaw.com)
      Paul C. Curnin (pcurnin@stblaw.com)
      Patricia Hynes (patricia.hynes@allenovery.com)
      Todd Fishman (todd.fishman@newyork.allenovery.com)

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ