# National Association of REALTORS®
## Median Sales Price of Existing Single-Family Homes for Metropolitan Areas

| CBSA Code | Metropolitan Area | 2005 | 2006 | 2007 p | 2006.IV | 2007.I | 2007.II | 2007.III r | 2007.IV p | %Chya |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Not Seasonally Adjusted, 000s) | | | | | |
| | U.S. | 219.0 | 221.9 | 217.8 | 219.0 | 212.6 | 223.5 | 220.3 | 206.2 | -5.8% |
| | NE | 281.6 | 280.3 | 287.7 | 275.0 | 271.3 | 297.5 | 286.2 | 261.7 | -4.8% |
| | MW | 168.3 | 164.8 | 161.4 | 161.4 | 154.9 | 162.9 | 169.2 | 156.3 | -3.2% |
| | SO | 181.1 | 183.7 | 178.9 | 181.5 | 177.6 | 184.6 | 180.8 | 171.7 | -5.4% |
| | WE | 340.3 | 350.5 | 342.3 | 355.0 | 337.7 | 351.9 | 338.8 | 324.1 | -8.7% |
| 10420 | Akron, OH | 120.5 | 114.6 | 119.3 | 110.2 | 111.0 | 125.3 | 124.7 | 109.1 | -1.0% |
| 10580 | Albany-Schenectady-Troy, NY | 183.5 | 195.4 | 198.7 | 198.7 | 201.8 | 191.6 | 204.5 | 199.7 | 0.5% |
| 10740 | Albuquerque, NM | 169.2 | 184.2 | 198.5 | 187.5 | 193.7 | 199.6 | 204.8 | 195.9 | 4.5% |
| 10900 | Allentown-Bethlehem-Easton, PA-NJ | 243.4 | 248.1 | 260.5 | 249.7 | 247.3 | 270.2 | 272.9 | 246.5 | -1.3% |
| 11100 | Amarillo, TX | 107.1 | 114.9 | 118.4 | 108.3 | 112.9 | 116.2 | 123.1 | 120.2 | 11.0% |
| 31100 | Anaheim-Santa Ana, CA (Orange Co.) | 691.9 | 709.0 | 699.6 | 690.7 | 697.3 | 727.1 | 700.7 | 657.4 | -4.8% |
| 11540 | Appleton, WI | 129.6 | 129.2 | 130.0 | 128.4 | 126.6 | 131.6 | 128.3 | 130.9 | 1.9% |
| 12060 | Atlanta-Sandy Springs-Marietta, GA | 167.2 | 171.8 | 172.0 | 166.8 | 170.4 | 175.5 | 175.3 | 164.3 | -1.5% |
| 12100 | Atlantic City, NJ | 256.1 | 254.8 | 269.7 | 251.9 | 264.6 | 259.9 | 273.1 | 278.8 | 10.7% |
| 12420 | Austin-Round Rock, TX | 163.8 | 173.7 | 183.7 | 174.6 | 176.2 | 186.6 | 188.2 | 185.7 | 6.4% |
| 12580 | Baltimore-Towson, MD | 265.3 | 279.9 | 286.1 | 277.9 | 278.8 | 293.7 | 291.4 | 275.1 | -1.0% |
| 12700 | Barnstable Town, MA | 398.3 | 389.5 | 384.7 | 373.5 | 372.2 | 384.6 | 400.6 | 382.3 | 2.4% |
| 12940 | Baton Rouge, LA | 146.2 | 169.5 | 173.0 | 173.4 | 169.4 | 174.7 | 176.7 | 169.7 | -2.1% |
| 13140 | Beaumont-Port Arthur, TX | 98.5 | 112.7 | 123.0 | 120.0 | 115.8 | 127.7 | 129.1 | 113.6 | -5.3% |
| 13780 | Binghamton, NY | 94.4 | 96.9 | 111.1 | 95.8 | 98.1 | 111.2 | 119.6 | 110.0 | 14.8% |
| 13820 | Birmingham-Hoover, AL | 157.0 | 165.1 | 162.2 | 161.7 | 157.5 | 164.9 | 165.9 | 156.1 | -3.5% |
| 13900 | Bismarck, ND | 124.9 | 134.9 | 152.9 | 127.5 | 149.4 | 151.4 | 161.6 | 144.7 | 13.5% |
| 14060 | Bloomington-Normal, IL | 159.2 | 152.2 | 154.0 | 151.3 | 147.2 | 161.5 | 155.8 | 145.3 | -4.0% |
| 14260 | Boise City-Nampa, ID | 147.0 | N/A | 206.0 | 209.5 | 204.1 | 212.8 | 209.0 | 198.0 | -5.5% |
| 14460 | Boston-Cambridge-Quincy, MA-NH** | 413.2 | 402.2 | 395.6 | 388.0 | 387.4 | 413.3 | 414.6 | 380.7 | -1.9% |
| 14500 | Boulder, CO | 348.4 | 366.4 | 376.2 | 358.9 | 370.7 | 383.7 | 375.8 | 371.1 | 3.4% |
| 14860 | Bridgeport-Stamford-Norwalk, CT | 482.4 | 473.7 | 486.6 | 445.7 | 470.2 | 515.3 | 490.2 | 460.2 | 3.3% |
| 15380 | Buffalo-Niagara Falls, NY | 99.0 | 97.9 | 104.0 | 96.6 | 91.6 | 103.3 | 110.9 | 105.4 | 9.1% |
| 15940 | Canton-Massillon, OH | 102.2 | 109.3 | 110.3 | 106.2 | 100.6 | 114.6 | 115.7 | 98.1 | -7.6% |
| 15980 | Cape Coral-Fort Myers, FL | 269.2 | 268.2 | 252.1 | 258.9 | 256.9 | 266.2 | 236.7 | 225.3 | -13.0% |
| 16300 | Cedar Rapids, IA | 131.8 | 133.8 | 136.2 | 129.2 | 129.3 | N/A | 142.4 | 134.9 | 4.4% |
| 16580 | Champaign-Urbana, IL | 137.7 | 143.0 | 144.1 | 141.6 | 145.4 | 144.9 | 142.6 | 143.6 | 1.4% |
| 16700 | Charleston-North Charleston, SC | 197.0 | 212.4 | 215.4 | 210.9 | 219.5 | 223.2 | 212.3 | 204.5 | -3.0% |
| 16620 | Charleston, WV | 118.4 | 119.4 | 122.5 | 114.3 | 115.2 | 127.6 | 123.4 | 122.9 | 7.5% |
| 16740 | Charlotte-Gastonia-Concord, NC-SC | 180.9 | 190.6 | 204.3 | 198.2 | 185.6 | 207.3 | 220.1 | 204.7 | 3.3% |
| 16860 | Chattanooga, TN-GA | 131.9 | 136.0 | 130.9 | 134.6 | 129.6 | 135.3 | 133.2 | 121.6 | -9.7% |
| 16980 | Chicago-Naperville-Joliet, IL | 264.2 | 273.5 | 276.6 | 268.1 | 267.3 | 283.2 | 286.4 | 261.0 | -2.6% |
| 17140 | Cincinnati-Middletown, OH-KY-IN | 145.9 | 143.2 | 140.8 | 138.7 | 136.8 | 146.2 | 145.3 | 132.4 | -4.5% |
| 17460 | Cleveland-Elyria-Mentor, OH | 138.9 | 134.4 | 130.0 | 130.9 | 122.9 | 141.5 | 132.7 | 118.6 | -9.4% |
| 17820 | Colordo Springs, CO | 205.9 | 218.2 | 217.5 | 219.4 | 212.3 | 221.3 | 222.4 | 210.7 | -4.0% |
| 17900 | Columbia, SC | 135.0 | 141.6 | 146.6 | N/A | 142.5 | 148.3 | 149.5 | 144.9 | N/A |
| 18140 | Columbus, OH | 152.0 | 148.1 | 147.4 | 138.7 | 141.6 | 153.9 | 151.6 | 137.2 | -1.1% |
| 18580 | Corpus Christi, TX | 125.2 | 131.8 | 136.5 | 129.7 | 130.4 | 136.0 | 140.5 | 137.9 | 6.3% |
| 19060 | Cumberland, MD-WV | 87.4 | 95.7 | 109.4 | 98.0 | 100.0 | 109.3 | 107.7 | 116.6 | 19.0% |
| 19100 | Dallas-Fort Worth-Arlington, TX | 147.6 | 149.5 | 150.9 | 144.3 | 145.5 | 156.5 | 153.7 | 145.0 | 0.5% |
| 19180 | Danville, IL | 67.7 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 19340 | Davenport-Moline-Rock Island, IA-IL | 117.9 | 119.7 | 108.7 | 103.8 | 106.7 | 108.8 | 114.6 | 102.1 | -1.6% |
| 19380 | Dayton, OH | 119.7 | 116.7 | 115.6 | 119.5 | 108.9 | 120.3 | 121.4 | 106.6 | -10.8% |
| 19460 | Decatur, IL | 82.1 | 85.4 | 83.1 | 89.2 | 76.2 | 88.9 | 85.9 | 75.0 | -15.9% |
| 19660 | Deltona-Daytona Beach-Ormond Beach, FL | 192.5 | 205.8 | 192.3 | 198.6 | 197.0 | 193.2 | 195.0 | 181.1 | -8.8% |
| 19740 | Denver-Aurora, CO | 247.1 | 249.5 | 245.4 | 245.6 | 239.4 | 255.2 | 254.1 | 230.1 | -6.3% |
| 19780 | Des Moines, IA | 145.5 | 145.1 | 149.2 | 144.5 | 145.4 | 147.7 | 153.9 | 152.6 | 5.6% |
| 19820 | Detroit-Warren-Livonia, MI | 163.8 | 151.7 | 140.3 | 154.6 | N/A | 144.6 | 142.9 | 133.3 | -13.8% |
| 20100 | Dover, DE | 180.4 | 208.0 | 207.5 | 206.1 | 197.9 | 209.8 | 219.8 | 199.6 | -3.2% |
| 20500 | Durham, NC | N/A | 172.8 | 178.5 | 168.6 | 177.3 | 180.1 | 186.9 | 178.1 | 5.6% |
| 21300 | Elmira, NY | 77.1 | 86.8 | 81.6 | 78.4 | 75.3 | 71.7 | 93.3 | 81.2 | 3.6% |
| 21340 | El Paso, TX | 111.8 | 127.6 | 131.9 | 131.8 | 124.0 | 132.3 | 135.8 | 133.6 | 1.4% |
| 21500 | Erie, PA | 100.0 | 101.3 | 98.1 | 102.6 | 92.5 | 99.9 | 103.8 | 98.6 | -3.9% |
| 21660 | Eugene-Springfield, OR | 197.6 | 230.6 | 239.6 | 230.9 | 236.8 | 240.9 | 241.9 | 237.6 | 2.9% |
| 22020 | Fargo, ND-MN | 132.8 | 136.5 | 140.9 | 136.6 | 137.4 | 139.0 | 145.7 | 141.7 | 3.7% |
| 22140 | Farmington, NM | 155.1 | 172.3 | 191.1 | 183.0 | 178.8 | 201.9 | 190.4 | 186.5 | 1.9% |

# National Association of REALTORS®
## Median Sales Price of Existing Single-Family Homes for Metropolitan Areas

| | Metropolitan Area | 2005 | 2006 | 2007 p | 2006.IV | 2007.I | 2007.II | 2007.III r | 2007.IV p | %Chya |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Not Seasonally Adjusted, 000s) | | | | | |
| 23060 | Ft. Wayne, IN | 102.3 | 99.7 | 97.1 | 101.6 | 92.4 | 101.6 | 101.3 | 90.9 | -10.5% |
| 23540 | Gainesville, FL | 184.0 | 213.2 | 211.1 | 211.5 | 216.4 | 216.2 | 206.6 | 196.7 | -7.0% |
| 23844 | Gary-Hammond, IN | 129.8 | 128.1 | 134.2 | 123.2 | 126.2 | 137.8 | 144.3 | 124.6 | 1.1% |
| 24020 | Glens Falls, NY | 153.1 | 161.6 | 167.6 | 174.4 | 151.5 | 175.7 | 170.7 | 163.9 | -6.0% |
| 24340 | Grand Rapids, MI | 137.8 | 134.5 | 129.4 | 129.5 | 129.7 | 132.3 | 128.6 | 124.3 | -4.0% |
| 24580 | Green Bay, WI | 154.8 | 151.3 | 150.7 | 145.6 | 145.2 | 153.1 | 162.9 | 148.9 | 2.3% |
| 24660 | Greensboro-High Point, NC | 147.8 | 149.4 | 152.0 | 150.2 | 145.1 | 156.3 | 155.5 | 150.7 | 0.3% |
| 24860 | Greenville, SC | 145.4 | 152.0 | 153.6 | 150.0 | 145.7 | 152.5 | 159.6 | 155.4 | 3.6% |
| 25060 | Gulfport-Biloxi, MS | 131.4 | 145.8 | 154.5 | 152.0 | 153.7 | 154.2 | 159.2 | 150.4 | -1.1% |
| 25180 | Hagerstown-Martinsburg, MD-WV | 208.7 | 223.1 | 208.5 | 213.9 | 209.2 | 218.7 | 208.4 | 192.1 | -10.2% |
| 25540 | Hartford-West Hartford-East Hartford, CT | 253.3 | 258.1 | 263.2 | 253.9 | 255.0 | 267.4 | 270.1 | 258.0 | 1.6% |
| 26180 | Honolulu, HI | 590.0 | 630.0 | 643.5 | 620.0 | 620.0 | 665.0 | 649.9 | 625.3 | 0.9% |
| 26420 | Houston-Baytown-Sugar Land, TX | 143.0 | 149.1 | 152.5 | 148.6 | 147.2 | 154.9 | 155.8 | 150.3 | 1.1% |
| 26900 | Indianapolis, IN | 123.8 | 119.3 | 120.5 | 117.1 | 112.5 | 125.3 | 123.5 | 114.0 | -2.6% |
| 27140 | Jackson, MS | 133.8 | 147.1 | 139.0 | 145.3 | 142.0 | 145.1 | 145.4 | 120.9 | -16.8% |
| 27260 | Jacksonville, FL | 175.2 | 193.0 | 189.2 | 180.4 | 197.6 | 198.7 | 189.2 | 177.6 | -1.6% |
| 28020 | Kalamazoo-Portage, MI | 121.1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 28100 | Kankakee-Bradley, IL | 127.1 | 131.5 | 134.5 | 125.7 | 129.7 | 140.4 | 142.1 | 124.4 | -1.0% |
| 28140 | Kansas City, MO-KS | 156.7 | 155.8 | 153.2 | 153.1 | 145.7 | 157.7 | 157.0 | 148.2 | -3.2% |
| 28420 | Kennewick-Richland-Pasco, WA | 154.1 | 156.1 | 169.2 | 151.2 | 163.3 | 167.7 | 172.3 | 172.4 | 14.0% |
| 28740 | Kingston, NY | 251.0 | 252.7 | 258.4 | 243.2 | 248.6 | 264.9 | 269.5 | 246.1 | 1.2% |
| 28940 | Knoxville, TN | 143.7 | 151.2 | 156.4 | 153.6 | 150.0 | 160.2 | 158.4 | 155.0 | 0.9% |
| 29620 | Lansing-E.Lansing, MI | 142.2 | 137.7 | 126.8 | 135.0 | 126.7 | 133.9 | 133.7 | 109.6 | -18.8% |
| 29820 | Las Vegas-Paradise, NV | 304.7 | 317.4 | 297.7 | 313.5 | 310.0 | 307.9 | 295.5 | 273.5 | -12.8% |
| 30460 | Lexington-Fayette,KY | 146.9 | 147.8 | 147.5 | 146.3 | 147.4 | 148.3 | 150.1 | 142.9 | -2.3% |
| 30700 | Lincoln, NE | 137.2 | 137.5 | 137.5 | 137.7 | 134.4 | 138.0 | 138.8 | 138.1 | 0.3% |
| 30780 | Little Rock-N. Little Rock, AR | 119.0 | 127.0 | 129.1 | 125.9 | 122.5 | 132.6 | 131.6 | 127.5 | 1.3% |
| 31100 | Los Angeles-Long Beach-Santa Ana, CA | 529.0 | 584.8 | 589.2 | 586.5 | 591.0 | 593.0 | 588.4 | 509.7 | -13.1% |
| 31140 | Louisville, KY-IN | 135.8 | 137.6 | 137.4 | 137.6 | 133.3 | 139.3 | 141.9 | 133.0 | -3.3% |
| 31540 | Madison, WI | 218.3 | 223.2 | 226.5 | 225.4 | 221.0 | 223.5 | 234.5 | 227.7 | 1.0% |
| 32820 | Memphis, TN-MS-AR | 141.2 | 142.3 | 137.2 | 141.9 | 135.9 | 144.3 | 141.3 | 124.3 | -12.4% |
| 33100 | Miami-Fort Lauderdale-Miami Beach, FL | 363.9 | 371.2 | 365.5 | 366.8 | 385.3 | 384.4 | 346.3 | 345.9 | -5.7% |
| 33340 | Milwaukee-Waukesha-West Allis, WI | 215.7 | 220.9 | 223.4 | 210.9 | 201.8 | 229.3 | 231.1 | 219.5 | 4.1% |
| 33460 | Minneapolis-St. Paul-Bloomington, MN-WI | 234.8 | 232.3 | 225.2 | 228.3 | 222.5 | 227.1 | 229.6 | 217.2 | -4.9% |
| 33660 | Mobile, AL | 130.5 | 137.0 | 136.4 | 137.2 | 130.4 | 140.4 | 136.3 | 137.4 | 0.1% |
| 33860 | Montgomery, AL | 133.3 | 144.2 | 143.8 | 139.6 | 132.6 | 150.1 | 148.4 | 143.4 | 2.7% |
| 34980 | Nashville-Davidson--Murfreesboro, TN | 161.8 | N/A | N/A | N/A | N/A | 186.4 | N/A | N/A | N/A |
| 35300 | New Haven-Milford, CT | 279.1 | 287.7 | 286.5 | 278.8 | 282.2 | 296.5 | 292.4 | 268.8 | -3.6% |
| 35380 | New Orleans-Metairie-Kenner, LA | 159.2 | 173.1 | 160.3 | 162.1 | 155.9 | 166.0 | 160.2 | 158.2 | -2.4% |
| 35620 | New York-Northern New Jersey-Long Island, NY-NJ-P | 445.2 | 469.3 | 469.7 | 462.5 | 463.7 | 478.8 | 476.1 | 457.4 | -1.1% |
| 35620 | New York-Wayne-White Plains, NY-NJ | 495.2 | 539.4 | 540.3 | 505.2 | 521.4 | 558.7 | 550.9 | 523.3 | 3.6% |
| 35620 | NY: Edison, NJ | 375.5 | 387.7 | 380.3 | 368.5 | 363.5 | 385.1 | 391.8 | 370.3 | 0.5% |
| 35620 | NY: Nassau-Suffolk, NY | 465.2 | 474.7 | 477.2 | 473.7 | 479.0 | 479.8 | 470.0 | 461.7 | -2.5% |
| 35620 | NY: Newark-Union, NJ-PA | 416.8 | 433.0 | 443.7 | 413.7 | 423.7 | 451.1 | 459.7 | 435.8 | 5.3% |
| 35980 | Norwich-New London, CT | 255.9 | 264.0 | 267.7 | 258.1 | 307.0 | 276.6 | 266.0 | 252.4 | -2.2% |
| 36100 | Ocala, FL | 143.5 | 165.8 | 164.6 | 170.7 | 167.9 | 170.9 | 160.8 | 155.1 | -9.1% |
| 36420 | Oklahoma City, OK | 114.7 | 125.0 | 134.2 | 123.7 | 134.4 | 129.3 | 130.0 | 133.8 | 8.2% |
| 36540 | Omaha, NE-IA | 136.2 | 138.4 | 138.0 | 136.2 | 134.2 | 136.8 | 142.8 | 135.7 | -0.4% |
| 36740 | Orlando, FL | 243.6 | 270.4 | 261.3 | 272.1 | 267.0 | 265.1 | 266.8 | 240.4 | -11.7% |
| 37340 | Palm Bay-Melbourne-Titusville, FL | 209.7 | 212.0 | 183.6 | 173.9 | 191.3 | 183.3 | 182.4 | 151.3 | -13.0% |
| 37860 | Pensacola-Ferry Pass-Brent, FL | 162.1 | 166.0 | 165.6 | 161.4 | 163.1 | 168.7 | 170.0 | 156.4 | -3.1% |
| 37900 | Peoria, IL | 109.3 | 112.7 | 118.6 | 108.9 | 107.8 | 120.3 | 125.2 | 118.5 | 8.8% |
| 37980 | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 215.3 | 230.2 | 234.6 | 224.3 | 222.5 | 243.0 | 243.0 | 226.8 | 1.1% |
| 38060 | Phoenix-Mesa-Scottsdale, AZ | 247.4 | 268.2 | 257.4 | 262.2 | 262.5 | 264.8 | 255.5 | 241.7 | -7.8% |
| 38300 | Pittsburgh, PA | 116.1 | 116.1 | 120.7 | 112.2 | 109.0 | 123.5 | 127.7 | 116.9 | 4.2% |
| 38340 | Pittsfield, MA | 207.3 | 212.9 | 217.4 | 220.6 | 210.8 | 230.9 | 215.3 | 202.6 | -8.2% |
| 38860 | Portland-South Portland-Biddeford, ME | 246.6 | 243.8 | 242.7 | 245.2 | 234.8 | 244.9 | 245.9 | 242.1 | -1.3% |
| 38900 | Portland-Vancouver-Beaverton, OR-WA | 244.9 | 280.8 | 295.2 | 285.4 | 289.9 | 298.3 | 299.7 | 290.5 | 1.8% |
| 39300 | Providence-New Bedford-Fall River, RI-MA | 293.4 | 289.6 | 286.6 | 291.3 | 286.6 | 291.0 | 291.0 | 273.2 | -6.2% |
| 39580 | Raleigh-Cary, NC | 194.9 | 213.8 | 224.2 | 226.6 | 222.7 | 225.1 | 229.5 | 235.6 | 4.0% |
| 39740 | Reading, PA | 136.6 | 143.2 | 154.7 | 143.2 | 141.3 | 157.8 | 162.9 | 153.6 | 7.3% |
| 39900 | Reno-Sparks, NV | 349.9 | 347.2 | 321.4 | 332.6 | 325.5 | 331.9 | 317.2 | 301.3 | -9.4% |
| 40060 | Richmond, VA | 201.9 | 225.5 | 233.7 | 229.4 | 229.9 | 236.8 | 238.8 | 225.7 | -1.6% |
| 40140 | Riverside-San Bernardino-Ontario, CA | 374.2 | 400.7 | 381.4 | 406.4 | 404.4 | 396.8 | 376.9 | 338.0 | -16.8% |
| 40380 | Rochester, NY | 113.5 | 114.8 | 117.9 | 111.4 | 106.9 | 117.2 | 123.0 | 120.8 | 8.4% |
| 40420 | Rockford, IL | 118.2 | 119.3 | 119.2 | 121.5 | 113.1 | 122.2 | 125.1 | 113.2 | -6.8% |

# National Association of REALTORS®
## Median Sales Price of Existing Single-Family Homes for Metropolitan Areas

| | Metropolitan Area | 2005 | 2006 | 2007 p | 2006.IV | 2007.I | 2007.II | 2007.III r | 2007.IV p | %Chya |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Not Seasonally Adjusted, 000s) | | | | | |
| 40900 | Sacramento--Arden-Arcade--Roseville, CA | 375.9 | 374.5 | 342.7 | 365.2 | 365.5 | 356.5 | 335.7 | 297.6 | -18.5% |
| 40980 | Saginaw-Saginaw Township North, MI | N/A | N/A | 82.1 | N/A | N/A | 86.9 | 85.0 | 74.9 | N/A |
| 41180 | Saint Louis, MO-IL | 141.0 | 148.4 | 145.4 | 143.5 | 134.4 | 157.2 | 150.5 | 133.5 | -7.0% |
| 41420 | Salem, OR | 177.7 | 212.9 | 228.3 | 223.1 | 221.6 | 227.9 | 235.4 | 231.2 | 3.6% |
| 41620 | Salt Lake City, UT | 173.9 | 203.0 | 232.0 | 223.6 | 218.0 | 233.1 | 246.7 | 229.1 | 2.5% |
| 41700 | San Antonio, TX | 133.9 | 141.7 | 153.2 | 140.6 | 148.3 | 154.3 | 157.3 | 151.7 | 7.9% |
| 41740 | San Diego-Carlsbad-San Marcos, CA | 604.3 | 601.8 | 588.7 | 579.8 | 595.2 | 614.1 | 589.3 | 522.9 | -9.8% |
| 41860 | San Francisco-Oakland-Fremont, CA | 715.7 | 752.8 | 805.4 | 737.1 | 748.1 | 846.8 | 825.4 | 777.3 | 5.5% |
| 41940 | San Jose-Sunnyvale-Santa Clara, CA | 744.5 | 775.0 | 836.8 | 760.0 | 788.0 | 865.0 | 852.5 | 845.3 | 11.2% |
| 42260 | Sarasota-Bradenton-Venice, FL | 354.2 | 334.3 | 310.9 | 301.3 | 337.0 | 311.4 | 287.4 | 274.1 | -9.0% |
| 42660 | Seattle-Tacoma-Bellevue, WA | 316.8 | 361.2 | 386.9 | 372.9 | 380.2 | 395.3 | 394.7 | 377.5 | 1.2% |
| 43340 | Shreveport-Bossier City, LA | 124.3 | 132.2 | 135.6 | 130.7 | 129.0 | 137.1 | 140.2 | 135.4 | 3.6% |
| 43620 | Sioux Falls, SD | 135.8 | 138.0 | 144.5 | 133.7 | N/A | 142.3 | 147.1 | 142.4 | 6.5% |
| 43780 | South Bend-Mishawaka, IN | 96.6 | 92.7 | 90.7 | 89.8 | 85.6 | 93.6 | 95.2 | 86.3 | -3.9% |
| 43900 | Spartanburg, SC | 121.2 | 126.7 | 128.6 | 121.3 | 118.4 | 133.2 | 134.4 | 121.8 | 0.4% |
| 44060 | Spokane, WA | 156.4 | 184.1 | 193.7 | 189.2 | 181.8 | 206.4 | 206.8 | 194.1 | 2.6% |
| 44100 | Springfield, IL | 106.4 | 105.4 | 109.0 | 94.9 | 102.9 | 111.2 | 111.2 | 108.6 | 14.4% |
| 44140 | Springfield, MA | 201.8 | 209.6 | 211.9 | 199.4 | 207.2 | 216.8 | 214.9 | 206.4 | 3.5% |
| 44180 | Springfield, MO | 121.1 | 124.8 | 122.6 | 119.6 | 117.8 | 123.7 | 127.0 | 120.7 | 0.9% |
| 45060 | Syracuse, NY | 110.6 | 116.8 | 121.8 | 115.4 | 107.5 | 122.6 | 124.9 | 126.3 | 9.4% |
| 45220 | Tallahassee, FL | 167.6 | 177.5 | 179.5 | 185.3 | 183.8 | 180.9 | 174.3 | 180.9 | -2.4% |
| 45300 | Tampa-St.Petersburg-Clearwater, FL | 205.3 | 228.9 | 214.9 | 229.7 | 203.2 | 222.7 | 218.3 | 201.6 | -12.2% |
| 45780 | Toledo, OH | 117.3 | 110.0 | 106.6 | 104.8 | 104.1 | 109.8 | 107.1 | 104.0 | -0.8% |
| 45820 | Topeka, KS | 105.7 | 106.1 | 111.9 | 101.1 | 106.3 | 111.7 | 117.1 | 112.3 | 11.1% |
| 45940 | Trenton-Ewing, NJ | 261.1 | 289.6 | 307.1 | 289.0 | 283.8 | 313.9 | 328.3 | 306.8 | 6.2% |
| 46060 | Tucson, AZ | 231.6 | 244.9 | 244.8 | 239.4 | 242.4 | 250.1 | 244.8 | 235.8 | -1.5% |
| 46140 | Tulsa, OK | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 47260 | Virginia Beach-Norfolk-Newport News, VA-NC | 197.2 | 235.5 | 245.0 | 235.2 | 232.3 | 250.8 | 255.0 | 236.0 | 0.3% |
| 47900 | Washington-Arlington-Alexandria, DC-VA-MD-WV | 425.8 | 431.0 | 430.8 | 421.6 | 427.5 | 445.3 | 437.6 | 400.1 | -5.1% |
| 47940 | Waterloo/Cedar Falls, IA | 102.2 | 108.9 | 112.8 | 102.9 | 103.9 | 113.5 | 115.8 | 115.4 | 12.1% |
| 48620 | Wichita, KS | 108.0 | 114.9 | 115.6 | 113.4 | 108.4 | 118.7 | 118.8 | 113.8 | 0.4% |
| 49340 | Worcester, MA | 290.7 | 281.7 | 274.6 | 274.7 | 270.8 | 278.9 | 282.8 | 259.0 | -5.7% |
| 49420 | Yakima, WA | 133.9 | 136.5 | 156.5 | 144.6 | 136.1 | 149.1 | 163.2 | 170.6 | 18.0% |
| 49660 | Youngstown-Warren-Boardman, OH-PA | 85.6 | 81.5 | 78.9 | 80.0 | 78.3 | 76.7 | 81.6 | 72.6 | -9.3% |

Note1: California prices provided by the California Association of REALTORS®
 *All areas are metropolitan statistical areas (MSA) as defined by the US Office of Management and Budget as of 2004.
** Boston-Cambridge-Quincy, MA-NH - Data from New Hampshire not available
They include the named central city and surrounding areas.  N/A Not Available   p Preliminary   r Revised
©2008 National Association of REALTORS®