UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This Document Relates to: *In re Lehman Brothers Equity/Debt Securities Litigation (08-civ-05523), In re Lehman Brothers Mortgage-Backed Securities Litigation (08-civ-06762)* and all related cases to each.

**Case No.: 09 MD 02017 (LAK)**

---

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Eric M. Albert is no longer associated with Simpson Thacher & Bartlett LLP and should be removed from the Court's service list with respect to the above referenced actions. Simpson Thacher & Bartlett LLP continues to serve as counsel for Defendants Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Lana Franks, Sir Christopher Gent, David Goldfarb, Joseph M. Gregory, Edward Grieb, Roland Hernandez, Henry Kaufman, Ian Lowitt, John D. Macomber, Richard McKinney, Christopher M. O'Meara, Kristine Smith, James J. Sullivan, Samir Tabet and Mark L. Zusy through its attorneys: i) Michael J. Chepiga, ii) Mary Elizabeth McGarry, iii) Erika H. Burk and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 10, 2009

Respectfully submitted,

  /s/ Michael J. Chepiga
Michael J. Chepiga
Mary Elizabeth McGarry

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3594
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mchepiga@stblaw.com
mmcgarry@stblaw.com

*Attorneys for Defendants Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Lana Franks, Sir Christopher Gent, David Goldfarb, Joseph M. Gregory, Edward Grieb, Roland Hernandez, Henry Kaufman, Ian Lowitt, John D. Macomber, Richard McKinney, Christopher M. O'Meara, Kristine Smith, James J. Sullivan, Samir Tabet and Mark L. Zusy*