# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | NO. 08-CV-5523 (LAK) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JURY TRIAL DEMANDED |
| LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
             7/31/08

[PROPOSED] ORDER APPOINTING THE PENSION FUND GROUP AS LEAD
PLAINTIFF AND APPROVING ITS SELECTION OF COUNSEL AS LEAD COUNSEL
FOR THE CLASS

Upon consideration of (1) the Motion of the Alameda County Employees' Retirement Association ("ACERA"), the Government of Guam Retirement Fund ("Guam"), the Northern Ireland Local Governmental Officers Superannuation Committee ("NILGOSC"), The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund ("Lothian") and the Operating Engineers Local 3 Trust Fund ("Operating Engineers") (collectively the "Pension Fund Group") for appointment as Lead Plaintiff, approval of its selection of counsel as Lead Counsel *and* for the Class, and consolidation of all related securities class actions; (2) the motion of the Fire and Police Pension Association of Colorado et ano. ~~Memorandum of Law in support thereof; (3) the Declaration of Gerald H. Silk; (4) all other~~ for appointment as Lead Plaintiff and approval of their choice of Lead Counsel, ~~pleadings and argument submitted to this Court,~~ and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Pension Fund Group's Motion (DI 6) is **GRANTED**;

2. The Fire and Police Pension Association Motion (DI 3) is **DENIED**.

3. ACERA, Guam, NILGOSC, Lothian and Operating Engineers are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

4. The Pension Fund Group's selection of counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Schiffrin Barroway Topaz & Kessler, LLP are **APPOINTED** as Lead Counsel for the Class.

~~5. This action shall be captioned "In re Lehman Brothers Holdings Inc. Securities Litigation."~~

IT IS SO ORDERED.

Dated: July 31, 2008

_____
UNITED STATES DISTRICT JUDGE