# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This Document Applies to:   All Cases
------------------------------------------------------------x

21 MC 0104 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/13/09

**PRETRIAL ORDER NO. 3**

LEWIS A. KAPLAN, *District Judge.*

     In view of the decision of the Judicial Panel on Multidistrict Litigation transferring a number of actions to this Court, the clerk shall close docket number 21 MC 0104 (LAK). The master docket number for all Lehman Brothers Securities and ERISA Litigation cases henceforth shall be 09 MD 2017. Pretrial Order No. 1, filed January 9, 2009, in No. 08 Civ. 5523 (LAK) and other cases, shall apply to all cases in all respects. All papers shall be filed under the 09 MD 2017 docket number and in conformity with Pretrial Order No. 1.

     SO ORDERED.

Dated:   February 11, 2009

                                                 _____
                                                    Lewis A. Kaplan
                                                  United States District Judge