# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

LEHMAN BROTHERS LITIGATION                              09 MD 2017 (LAK)

This Document Applies to:   All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRETRIAL ORDER NO. 7

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/6/09
```

LEWIS A. KAPLAN, *District Judge.*

       By letter dated March 20, 2009, Mr. Trevor, counsel for plaintiffs in four actions removed from the California Superior Court and transferred to this Court, asks that he be appointed Liaison Counsel for the individual plaintiffs in the securities cases. That application is opposed by Mr. Molumphy, who points out the Mr. Trevor previously argued against the appointment of a single lawyer as Liaison Counsel for the individual plaintiffs and contends that if a single lawyer is to be appointed, it should be Mr. Molumphy.

       Neither Mr. Trevor nor Mr. Molumphy is likely to be reticent in advancing the interests of their own clients. Nor, I suspect, will the other counsel who represent plaintiffs who have brought their own actions. While it might well prove to be helpful if one or two lawyers would take the lead on behalf of the plaintiffs who have filed individual actions in presenting the views of such plaintiffs to Lead Counsel, I am confident that this will develop of its own accord. I therefore view the current *contretemps* as having more to do with titles that may be of use in other, unrelated litigations and other matters that are not of immediate concern. Accordingly, I decline these invitations.

       SO ORDERED.

Dated:     April 6, 2009

                           _____
                               Lewis A. Kaplan
                         United States District Judge