UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :
                                                            :
LEHMAN BROTHERS SECURITIES                                  :
AND ERISA LITIGATION                                        :   09 MD 2017 (LAK)
                                                            :
This document applies to:                                   :
                                                            :
*In re Lehman Brothers Mortgage-Backed Securities*          :
*Litigation*, No. 08-CV-6762 (LAK)                          :
------------------------------------------------------------x

## AFFIDAVIT OF JOSHUA M. RUBINS

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

JOSHUA M. RUBINS, being first duly sworn, deposes and says:

1. I am a member of the law firm Satterlee Stephens Burke & Burke LLP, attorneys for defendant Moody's Investors Service, Inc., incorrectly sued herein as Moody's Corp. ("Moody's"). I make this declaration in support of Moody's Motion to Dismiss the Consolidated Securities Class Action Complaint.

2. Attached as **Exhibit A** hereto is a true copy and complete copy of Consolidated Securities Class Action Compliant, filed February 23, 2009.

3. Attached as **Exhibit B** hereto is a true copy and complete copy of the Prospectus Supplement for Lehman XS Trust, Series 2005-5N, dated October 28, 2005, filed with SEC.

4. Attached as **Exhibit C** hereto is a true and complete copy of a newspaper article by David Cho entitled *Pressure at Mortgage Firm Led to Mass Approval of Bad Loans*, published by the Washington Post on May 7, 2007.

5. Attached as **Exhibit D** hereto is a true and complete copy of a newspaper article by Amir Efrati and Ruth Simon, entitled *Due-Diligence Firm to Aid New York Subprime Probe*, published by the Wall Street Journal on January 28, 2008.

6. Attached as **Exhibit E** hereto is a true and complete copy of a newspaper article entitled *How Rating Firms' Calls Fueled Subprime Mess*, published by the Wall Street Journal on August 15, 2007.

7. Attached as **Exhibit F** hereto is a true and complete copy of a magazine article entitled *Measuring the Measurers*, published by The Economist on May 31, 2007.

8. Attached as **Exhibit G** hereto is a true and complete copy of a newspaper article by Richard Beales, Saskia Scholtes & Gillian Tett entitled *Failing Grades?*, published by the Financial Times on May 16, 2007.

9. Attached as **Exhibit H** hereto is a true and complete copy of a newspaper article by Stephen Labaton entitled *U.S. Investigates Credit-Rating Firms: Impartiality is Questioned on Mortgage-Backed Securities*, published by the International Herald Tribune on September 28, 2007.

10. Attached as **Exhibit I** hereto is a true and complete copy of an article by Dawn Kopecki entitled *The Credit Ratings Blame Game: Congressional Hearings Raise Questions About How Credit Ratings Agencies Evaluated Mortgage Securities and Managed Potential Conflicts*, published by BusinessWeek Online on October 1, 2007.

11. Attached as **Exhibit J** hereto is a true and complete copy of a newspaper editorial entitled *Conflicts and Interests* published by the St. Louis Post-Dispatch on Oct. 31, 2007.

_____
JOSHUA M. RUBINS

Sworn to before me this
27th day of April, 2009.

_____
Notary Public

JOAN F RUSSO
Notary Public State of New York
No. 01RU5055074
Qualified in Queens County
Commission Expires Jan. 29, 2010