UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
              :
In re:                                           :          Civil Action 09 MD 2017

LEHMAN BROTHERS SECURITIES AND ERISA   :          (LAK)
LITIGATION                                  :
              :          <u>CERTIFICATE OF</u>
This Document Applies to:                           :          <u>SERVICE</u>

*In re Lehman Brothers Equity/Debt Securities*
*Litigation*, 08 Civ. 5523(LAK)
------------------------------------------------------------------X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 27th day of April 2009, the Notice of Motion by Defendant Daiwa Securities SMBC Europe Limited to Dismiss the Second Consolidated Amended Complaint, dated April 27, 2009 and including the Declaration of Roger Massey, the Declaration of Joshua Goodman, the Declaration of Breon S. Peace, including Exhibits 1 and 2; and the Defendant Daiwa Securities SMBC Europe Limited's Memorandum of Law in Support of its Motion to Dismiss, dated April 27, 2009 were served by Federal Express upon:

                              Elizabeth P. Lin
                              Litowitz, Berger & Grossman, L.L.P.
                              12481 High Bluff Drive – Suite 300
                              San Diego, CA 92130-3582

Dated:   New York, New York
             April 28, 2009

                                                          s/Richard V. Conza
                                                          Richard V. Conza

[New York #2046492 v1]