UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This Document Applies to:

*In re Lehman Brothers Mortgage-Backed Securities Litigation, No 08-CV-6762.*

Docket No.: 09-MD-2017 (LAK)

ECF Case

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that on a date and at such time as may be designated by the Honorable Lewis A. Kaplan, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Lead Plaintiff Locals 302 and 612 of the International Union of Operating Engineers – Employers Construction Industry Retirement Trust will, and hereby does, move this Court for an Order substituting its selection of Cohen Milstein Sellers & Toll PLLC as lead counsel and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      May 8, 2009

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Christopher Lometti
    Joel P. Laitman (JL-8187)
    Christopher Lometti (CL-9124)
    Daniel B. Rehns (DR-5506)
150 East 52nd Street, Suite 30th Floor
New York, NY 10022
Telephone:  (212) 838-7797
Facsimile:   (212) 838-7745
*jlaitman@cohenmilstein.com*
*clometti@cohenmilstein.com*
*drehns@cohenmilstein.com*

*Counsel for Movant and Proposed Lead Counsel for the Class*

454736.1 1

## CERTIFICATE OF SERVICE

I, Christopher Lometti, counsel for the Plaintiff, hereby certify that on May 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action, and also that a copy of the foregoing was served upon Samuel P. Sporn via first-class mail. Furthermore, I hereby certify that the foregoing was served upon the Lead Plaintiff in this matter.

/s/ Christopher Lometti
Christopher Lometti

454736.1 1