AO 458 (Rev. 10/95) Appearance

# United States District Court

<u>      SOUTHERN      </u>   DISTRICT OF   <u>      NEW YORK      </u>

----------------------------------------------------------X
:
In re:                                                    :   09 MD 2017 (LAK)
                                                          :
LEHMAN BROTHERS SECURITIES AND                            :
ERISA LITIGATION                                          :   **APPEARANCE**
                                                          :
This Document Applies to:                                 :
                                                          :
*In re Lehman Brothers Mortgage-Backed*                   :
*Securities Litigation, No 08-CV-6762.*                   :
                                                          :
----------------------------------------------------------X

**To the Clerk of this court and all parties of record:**

Enter my appearance as Attorney To Be Noticed in this case for:

**Lead Plaintiff, Locals 302 and 612 of the International Union of Operating
    Engineers – Employers Construction Industry Retirement Trust;
Plaintiff, New Jersey Carpenters Health Fund;
Plaintiff, Boilermakers-Blacksmith National Pension Trust**

I certify that I am admitted to practice in this court.

<u>**August 7, 2009**</u>                            /s/ S. Douglas Bunch
Date                                           Signature

                                               <u>S. Douglas Bunch</u>                <u>SB-3028</u>
                                               Print Name                          Bar No.

                                               <u>Cohen Milstein Sellers & Toll, PLLC</u>
                                               Firm

                                               <u>1100 New York Avenue, NW, Ste. 500</u>
                                               Address

                                               <u>Washington</u>        <u>DC</u>         <u>20005</u>
                                               City               State       Zip Code

                                               <u>(202) 408-4600</u>              <u>(202) 408-4699</u>
                                               Phone No.                        Fax. No.

557988.1 1