UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(JAB 09/09/09)
SCANNED

---------------------------------- x
In re LEHMAN BROTHERS SECURITIES : Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION             :
                                 : MOTION TO ADMIT COUNSEL *PRO HAC*
                                 : *VICE*
This Document Relates To:        :
                                 :
*Washington State Investment Board vs.* :
*Richard S. Fuld, Jr., et al.*, Civil Action No. :
09-cv-06041-LAK                  :
                                 :
---------------------------------- x

SEP 09 2009

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Matthew I. Alpert
> COUGHLIN STOIA GELLER RUDMAN
>   & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)

Matthew I. Alpert is a member in good standing of the Bar of the State of California, the United States District Courts for the Central and Southern Districts of California, and the Ninth Circuit Court of Appeals. There are no pending disciplinary proceedings against Matthew I. Alpert in any State or Federal court.

DATED: September 2, 2009          Respectfully submitted,

                                  COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                  SAMUEL H. RUDMAN

                                  /s/ Samuel H. Rudman
                                  _____
                                  SAMUEL H. RUDMAN

                                  58 South Service Road, Suite 200
                                  Melville, NY 11747
                                  Telephone: 631/367-7100
                                  631/367-1173 (fax)

                                  COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                  THOMAS E. EGLER
                                  COURTLAND W. CREEKMORE
                                  MATTHEW I. ALPERT
                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101-3301
                                  Telephone: 619/231-1058
                                  619/231-7423 (fax)

- 1 -

STATE OF WASHINGTON ATTORNEY
 GENERAL'S OFFICE
ROBERT M. MCKENNA
*ATTORNEY GENERAL*
STEVE E. DIETRICH
*SENIOR COUNSEL*
BRIAN E. BUCHHOLZ
*SENIOR COUNSEL*
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
Telephone: 360/664-0267
360/586-3593 (fax)

Attorneys for Plaintiff Washington State Investment Board

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re LEHMAN BROTHERS SECURITIES  : Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION              :
                                  : AFFIDAVIT OF SAMUEL H. RUDMAN IN
---------------------------------- : SUPPORT OF MOTION TO ADMIT
                                  : COUNSEL *PRO HAC VICE*
This Document Relates To:         :
                                  :
*Washington State Investment Board vs.* :
*Richard S. Fuld, Jr., et al.*, Civil Action No. :
09-cv-06041-LAK                   :
                                  :
---------------------------------------- x

SAMUEL H. RUDMAN, being duly sworn, deposes and says as follows:

1.  I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, counsel for plaintiff Washington State Investment Board in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Matthew I. Alpert as counsel *pro hac vice* to represent plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  Mr. Alpert is associated with Coughlin Stoia Geller Rudman & Robbins LLP, in San Diego, California.

4.  I have found Mr. Alpert to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am placed to move for the admission of Matthew I. Alpert, *pro hac vice*.

6.  I respectfully submit a proposed order granting the admission of Matthew I. Alpert, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Matthew I. Alpert, *pro hac vice*, to represent plaintiff in the above captioned matter, be granted.

DATED: September 2, 2009

SAMUEL H. RUDMAN

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 31, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW ISAAC ALPERT, #238024 was admitted to the practice of law in this state by the Supreme Court of California on November 25, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*/s/ Robert McPhail*

J. Robert McPhail
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re LEHMAN BROTHERS SECURITIES : Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION :
: [PROPOSED] ORDER FOR ADMISSION
: *PRO HAC VICE* ON WRITTEN MOTION
:
This Document Relates To: :
:
*Washington State Investment Board vs.* :
*Richard S. Fuld, Jr., et al.*, Civil Action No. :
09-cv-06041-LAK :
:
---------------------------------------- x

Upon the motion of Samuel H. Rudman, attorney for plaintiff Washington State Investment Board, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Matthew I. Alpert
>COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>619/231-7423 (fax)
>E-mail: malpert@csgrr.com

is admitted to practice *pro hac vice* as counsel for plaintiff Washington State Investment Board in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: September __, 2009

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Kelly Stademlann, hereby certify that on September 2, 2009, I caused a true and correct copy of the attached:

Motion To Admit Counsel *Pro Hac Vice*;

Affidavit Of Samuel H. Rudman In Support Of The Motion To Admit Counsel *Pro Hac Vice*; and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to all counsel of record in the current action.

*Kelly Stadelmann*
Kelly Stadelmann

LEHMAN BONDS WSIB

Service List - 9/2/2009   (09-0088)

Page 1 of 2

**Counsel For Defendant(s)**

Patricia Hynes
Todd Fishman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
   212/610-6300
   212/610-6399(Fax)

David R. West
Garvey Schubert Barer
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
   206/464-3939
   206/464-0125(Fax)

Jamie L. Wine
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802
   212/906-1200
   212/751-4864(Fax)

David R. Goodnight
Bryan J. Anderson
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
   206/624-0900
   206/386-7500(Fax)

Mitchell A. Lowenthal
Meredith E. Kotler
Victor L. Hou
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
   212/225-2000
   212/225-3999(Fax)

Louis D. Peterson
Eric D. Lansverk
Hillis Clark Martin & Peterson, P.S.
500 Galland Building
1221 Second Avenue
Seattle, WA 98101-2925
   206/623-1745
   206/623-7789(Fax)

Michael J. Chepiga
Mary Elizabeth McGarry
Erika H. Burk
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
   212/455-2000
   212/455-2502(Fax)

Stephen M. Todd
Todd & Wakefield
1501 4th Avenue, Suite 1700
Seattle, WA 98101-3660
   206/462-4563
   206/583-8980(Fax)

LEHMAN BONDS WSIB

Service List - 9/2/2009    (09-0088)

Page 2 of 2

**Counsel For Plaintiff(s)**

Robert A. McKenna
Steve E. Dietrich
Brian E. Buchholz
Attorney General of Washington
7141 Cleanwater Drive SW
P.O. Box 40108
Olympia, WA  98504
   360/664-0267
   360/586-3593(Fax)

Thomas E. Egler
Matthew I. Alpert
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)