UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re LEHMAN BROTHERS SECURITIES : Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION :
: MOTION TO ADMIT COUNSEL *PRO HAC*
: *VICE*
This Document Relates To: :
:
*Washington State Investment Board vs.* :
*Richard S. Fuld, Jr., et al.*, Civil Action No. :
09-cv-06041-LAK :
---------------------------------------- x

SCANNED (JAB 09/09/09)

DOC # 179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/14/09

RECEIVED SEP 14 2009 JUDGE KAPLAN'S CHAMBERS

SEP 09 2009

MEMO ENDORSED

SO ORDERED
LEWIS A. KAPLAN, USDJ
9/14/09