DOC # 183   MEMO ENDORSED

(SAB 9/28/09)
SCANNED

Andrew J. Frisch, Esq.
950 Third Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 784-2413
Facsimile: (212) 888-0919

Attorney for American National Insurance Company, American National
Life Insurance Company of Texas, Comprehensive Investment Services, Inc.
and the Moody Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/1/09

In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

Case No. 09 MD 2017 (LAK)

This Document Relates to
1:09-CV-02363 — 39

**NOTICE OF MOTION OF
ATTORNEY TO APPEAR AND
PARTICIPATE *PRO HAC VICE*** 

PLEASE TAKE NOTICE that, upon the accompanying Certifications of Andrew J. Frisch and M. David Leblanc and Exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned attorney for American National Insurance Company, American National Life Insurance Company of Texas, Comprehensive Investment Services, Inc. and the Moody Foundation will move before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Granted

LEWIS A. KAPLAN, USDJ

Street, New York, New York 10007-1312, at a date and time to be set by the Court, for an Order permitting attorney M. David Leblanc to appear and participate *pro hac vice* in the above-captioned matter.

Dated:   September 23, 2009
         New York, New York

Respectfully Submitted,

*/s/ Andrew J. Frisch*

Andrew J. Frisch, Esq.
950 Third Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 784-2413
Facsimile: (212) 888-0919

Andrew J. Mytelka, Esq.
Janet L. Rushing, Esq.
Roni S. Mihaly, Esq.
Eric J. Kirkpatrick, Esq.
M. David Leblanc
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone: (409) 797-3200
Facsimile: (409) 766-6424

Attorneys for American National Insurance Company, American National Life Insurance Company of Texas, Comprehensive Investment Services, Inc. and the Moody Foundation