UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*City of South San Francisco v. Citigroup Global Markets, Inc.,* 09-CV-1946 (LAK)<br><br>*City of Long Beach v. Richard Feld,* 09-CV-03467 (LAK)<br><br>*County of Tuolumne v. Ernst & Young, LLP,* 09-CV-3468 (OWW)<br><br>*City of Fremont v. Citigroup Global Markets,* 09-CV-00926 (JCS) | Civil Action 09-MD-2017 (LAK)<br><br>ECF CASE |

NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effectively immediately the suite number to the San Francisco office of PEARSON, SIMON, WARSHAW & PENNY, LLP has changed. The new address is as follows:

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, **Suite 2450**
San Francisco, California 94104.

The firm's e-mail address, telephone and facsimile numbers remain the same. Please update your records accordingly.

DATED: October 1, 2009        **PEARSON, SIMON, WARSHAW & PENNY, LLP**

By:  /S/
BRUCE L. SIMON
*Attorneys for Plaintiffs City of South San Francisco, City of Long Beach, County of Tuolumne, City of Fremont, City of Certitos and County of Alameda*

804563.1