UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-CV-5523-LAK | Case No. 09-MD-2017 (LAK)<br><br>ECF CASE |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR
LIMITED RELIEF FROM THE PSLRA DISCOVERY STAY**

PLEASE TAKE NOTICE that, upon the accompanying Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Limited Relief from the PSLRA Discovery Stay and the Declaration of David R. Stickney and attached exhibits, Lead Plaintiffs Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the Northern Ireland Local Government Officers' Superannuation Committee, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund, by and through their undersigned attorneys, will move before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on such date as the Court will determine, for an Order granting Lead Plaintiffs' motion for partial modification of the discovery stay imposed by the Private Securities Litigation Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that, pursuant to the local rules for the Southern District of New York, any opposing papers must be served and filed within ten business days of

service of these motion papers.  Reply papers, if any, must be served and filed within five days of service of opposing papers.

Dated: October 13, 2009

        **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**

        */s/ David R. Stickney*
        DAVID R. STICKNEY
        ELIZABETH P. LIN
        JON F. WORM
        12481 High Bluff Drive, Suite 300
        San Diego, California 92130
        Tel: (858) 793-0070
        Fax: (858) 793-0323

            -and-

        JOHN P. COFFEY
        ANN LIPTON
        1285 Avenue of the Americas, 38th Floor
        New York, New York 10019
        Tel: (212) 554-1400
        Fax: (212) 554-1444

        *Co-Lead Counsel for Plaintiffs*

        **BARROWAY TOPAZ KESSLER MELTZER**
          **& CHECK, LLP**
        DAVID KESSLER
        JOHN A. KEHOE
        BENJAMIN J. HINERFELD
        MICHELLE M. NEWCOMER
        RICHARD A. RUSSO, JR.
        280 King of Prussia Road
        Radnor, Pennsylvania 19087
        Tel: (610) 667-7706
        Fax: (610) 667-7056

            -and-

        NICHOLE BROWNING
        580 California Street, Suite 1750
        San Francisco, California 94104

Tel: (415) 400-3000
Fax: (415) 400-3001

*Co-Lead Counsel for Plaintiffs*


**GIRARD GIBBS LLP**
DANIEL C. GIRARD
JONATHAN K. LEVINE
AARON M. SHEANIN
CHRISTINA H. C. SHARP
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Counsel for Plaintiffs Stephen A. Gott, Karim Kano, Ronald Profili and Grace Wang*


**GRANT & EISENHOFER, P.A.**
JAY W. EISENHOFER
JAMES J. SABELLA
KEITH A. FLEISCHMAN
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

**LAW OFFICES OF BERNARD M. GROSS P.C.**
DEBORAH R. GROSS
100 Penn Square East, Suite 450
Philadelphia, Pennsylvania 19107
Tel: (215) 561-3600
Fax: (215) 561-3000

*Counsel for Plaintiff Belmont Holdings Corp.*

**SPECTOR ROSEMAN KODROFF
   & WILLIS, P.C.**
ROBERT M. ROSEMAN
ANDREW D. ABRAMOWITZ
DAVID FELDERMAN
RACHEL E. KOPP
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Lead Plaintiff Northern Ireland Local Government Officers' Superannuation Committee*


**LABATON SUCHAROW LLP**
CHRISTOPHER J. KELLER
THOMAS A. DUBBS
ERIC J. BELFI
JONATHAN GARDNER
140 Broadway
New York, New York 10005
Tel: (212) 907-0853
Fax: (212) 818-0477

*Counsel for Lead Plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund*


**SAXENA WHITE P.A.**
MAYA SAXENA
JOSEPH E. WHITE III
CHRISTOPHER S. JONES
LESTER R. HOOKER
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
Tel: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiff Operating Engineers Local 3 Trust Fund, named Plaintiff Brockton Contributory Retirement System, and named Plaintiff Teamsters Allied Benefit Funds*

**MURRAY, FRANK & SAILER LLP**
MARVIN L. FRANK
EVA HROMADKOVA
275 Madison Avenue, Suite 801
New York, New York 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

*Counsel for Plaintiff Marsha Kosseff*


**POMERANTZ HAUDEK GROSSMAN
    & GROSS LLP**
MARC I. GROSS
100 Park Avenue
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

*Counsel for Plaintiff American European Insurance Company*


**COHEN MILSTEIN SELLERS & TOLL PLLC**
STEVEN J. TOLL
JULIE G. REISER
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

          -and-

CATHERINE A. TORRELL
150 East 52nd Street
New York, New York 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

*Counsel for Plaintiff Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters*

**BONNETT FAIRBOURN FRIEDMAN
   & BALINT, P.C.**
ANDREW FRIEDMAN
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199

*Counsel for Plaintiffs MJB Living Trust dated February 12, 2002 and the Shea-Edwards Limited Partnership*

**TIFFANY & BOSCO P.A.**
RICHARD G. HIMELRICK
2525 East Camelback Road
Phoenix, Arizona 85016
Tel: (602) 255-6000
Fax: (602) 255-0103

*Counsel for Plaintiffs MJB Living Trust dated February 12, 2002 and the Shea-Edwards Limited Partnership*

**ZWERLING, SCHACHTER
   & ZWERLING, LLP**
STEPHEN BRODSKY
SUSAN SALVETTI
41 Madison Avenue
New York, New York 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

*Counsel for Plaintiffs Rick Fleischman and Francisco Perez*

**LAW OFFICES OF JAMES V. BASHIAN, P.C.**
JAMES V. BASHIAN
500 Fifth Avenue, Suite 2700
New York, New York 10110
Tel: (212) 921-4100
Fax: (212) 921-4229

*Counsel for Plaintiffs Island Medical Group and Fred Telling*

**KIRBY McINERNEY LLP**
MARK A. STRAUSS
RICHARD L. STONE
825 Third Avenue
New York, New York 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

*Counsel for Plaintiff Michael Karfunkel*