UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>In re Lehman Brothers Equity/Debt Securities Litigation, 08-CV-5523-LAK | Case No. 09-MD-2017 (LAK)<br><br>ECF Case |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN P. COFFEY**

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, as of October 16, 2009, John P. Coffey has retired from Bernstein Litowitz Berger & Grossmann LLP and hereby withdraws his appearance as counsel for Lead Plaintiffs Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the Northern Ireland Local Government Officers' Superannuation Committee, the City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund in the above-captioned litigation and requests that his name be removed from the Court's and the parties' service lists. The law firm of Bernstein Litowitz Berger & Grossmann LLP continues to serve as Co-Lead Counsel for Lead Plaintiffs through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: October 19, 2009            BERNSTEIN LITOWITZ BERGER
                                                    & GROSSMANN LLP

                                                     */s/ David R. Stickney*
                                                    DAVID R. STICKNEY

-2-

        ELIZABETH P. LIN
        JON F. WORM
        12481 High Bluff Drive, Suite 300
        San Diego, California 92130
        Tel: (858) 793-0070
        Fax: (858) 793-0323

            -and-

        MAX W. BERGER
        ANN LIPTON
        1285 Avenue of the Americas, 38th Floor
        New York, New York 10019
        Tel: (212) 554-1400
        Fax: (212) 554-1444

        *Co-Lead Counsel for Lead Plaintiffs*