Case 1:09-cv-07900-LAK   Document 11   Filed 11/18/2009   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/18/09

IRENE KAUFMAN AND BERNICE KAUFMAN,
as trustees of the Irene Kaufman Trust,

                              Plaintiffs,        09-MD-02017 (LAK)
                                                      09-CV-7900 (LAK)

          v.                                       **STIPULATION**

HSBC USA INC., M.J.G. GLYNN, J.J. MCKENNA,
CLIVE BUCKNALL, S.H. ALFIERO, D.K. BOSWELL,
J.H. CLEAVE, F.D. FERGUSSON, S.K. GREEN,
R.A. JALKUT, P. KIMMELMAN, C.G. MEYER, JR.,
J.L. MORICE, RICHARD S. FULD, JR., CHRISTOPHER
M. O'MEARA, MICHAEL L. AINSLIE, JOHN F.
AKERS, ROGER S. BERLIND, THOMAS H.
CRUIKSHANK, MARSHA JOHNSON EVANS,
SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ,
HENRY KAUFMAN and JOHN D. MACOMBER,

                              Defendants.

[Stamp: RECEIVED NOV 13 2009 JUDGE KAPLAN'S CHAMBERS]

The undersigned attorneys stipulate that the time of defendants HSBC USA Inc., M.J.G. Glynn, J.J. McKenna, Clive Bucknall, S.H. Alfiero, D.K. Boswell, J.H. Cleave, F.D. Fergusson, S.K. Green, R.A. Jalkut, P. Kimmelman, C.G. Meyer, Jr. and J.L. Morice to answer or move with respect to the complaint is extended to and including December 14, 2009.

DATED:    Buffalo, New York
              November 12, 2009

                                      DE VOS & CO., PLLC

                                      By: _____
                                      Lloyd De Vos (LD8129)
                                      Attorneys for Plaintiffs
                                      1230 Avenue of the Americas, 7th Floor
                                      New York, New York 10020
                                      (212) 786-1000
                                      ldevos@devos-law.com

- 2 -

PHILLIPS LYTLE LLP

By: _____
Paul K. Stecker (PS4892)
Attorneys for Defendants HSBC USA Inc.,
 M.J.G. Glynn, J.J. McKenna, Clive
 Bucknall, S.H. Alfiero, D.K. Boswell,
 J.H. Cleave, F.D. Fergusson, S.K. Green,
 R.A. Jalkut, P. Kimmelman,
 C.G. Meyer, Jr. and J.L. Morice
Suite 3400, One HSBC Center
Buffalo, New York 14203
(716) 847-8400
pstecker@phillipslytle.com

and

437 Madison Avenue, 34th Floor
New York, New York 10022
(212) 759-4888

SO ORDERED: _____
U.S.D.J.
11/18/09

FFH
Doc # 01-2332970.1