UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION | Civil Action 09-MD-2017 (LAK) |
| This Document Applies To: | [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE |
| *County of Alameda v. Ernst & Young LLP, et al.*, Civil Action 09-CV-7877-LAK | |
| *City of Cerritos v. Citigroup Global Markets, Inc., et al.*, Civil Action 09-CV-7878-LAK | |

Upon the motion of Louis F. Burke, attorney for Plaintiffs City of Cerritos and County of Alameda and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Bruce L. Simon
> Pearson, Simon, Warshaw & Penny, LLP
> 44 Montgomery Street, Suite 2450
> San Francisco, CA 94104
> Phone Number: (415) 433-9000
> Fax Number: (415) 433-9008
> Email: bsimon@pswplaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/4/09

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

12/3/09

Hon. ~~Lewis A. Kaplan~~ Sidney H. Stein
United States District Judge
Part I