## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION | : :  C.A. No. 09 MD 2017 : |
| This Document Applies to: *In re Lehman Brothers ERISA Litigation,* C.A. No. 08 Civ. 5598 (LAK) | : : : : |

### NOTICE OF APPEARANCE

TO:    The Clerk of Court and All Parties of Record:

PLEASE ENTER MY APPEARANCE as Counsel for Plaintiff Maria DeSousa. I certify that I am admitted to practice in this court.

Dated: December 15, 2009

*/s/ Jennifer J. Sosa*
**MILBERG  LLP**
Jennifer J. Sosa (JS-0324)
jsosa@milberg.com
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Counsel for Plaintiff Maria DeSousa**