# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

MAX W. BERGER
(212) 554-1400
mwb@blbglaw.com

**MEMO ENDORSED**

December 16, 2009

**VIA HAND DELIVERY**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *In re Lehman Brothers Equity/Debt Securities Litigation* (08 Civ. 5523) (LAK);
           *In re Lehman Brothers Mortgage-Backed Securities Litigation* (08 Civ. 6762)
           (LAK); and *In re Lehman Brothers ERISA Litigation* (08 Civ. 5598) (LAK)

Dear Judge Kaplan:

    This letter concerns the Plaintiffs' Executive Committee in the above-captioned action. Pretrial Order No. 1 (dated January 9, 2009) established the Executive Committee and provided for the selection of a chair for the committee. On January 22, 2009, John P. Coffey notified the Court that he would serve as chair of the Plaintiffs' Executive Committee. Mr. Coffey, however, has since notified the Court of his withdrawal as counsel of record in the *Equity/Debt Securities Litigation* in this Court. Now, therefore, I write to inform the Court that the Plaintiffs' Executive Committee has selected the undersigned to serve as chair of the committee going forward.

    Thank you for your attention.

Respectfully submitted,

Max W. Berger

SO ORDERED

LEWIS A. KAPLAN, USDJ

MWB/jfw

cc:    All counsel of record (via email)

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444