UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                            :
                                                  :
LEHMAN BROTHERS SECURITIES        :  09 MD 2017 (LAK)
AND ERISA LITIGATION                  :
                                                  :
This document applies to: ALL CASES   :  **NOTICE OF APPEARANCE**
                                                  :
                                                  :
                                                  :
------------------------------------------------------------- x

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman and John D. Macomber in the following actions: *American National Ins. Co., et al. v. Fuld, et al.*, 09-CV-02363 (LAK), *Azpiazu v. UBS Fin. Servs., Inc., et al.*, 08-CV-10058 (LAK), *Brooks Family Partnership, LLC v. Fuld, et al.*, 08-CV-10206 (LAK), *Deathrow, et al. v. Fuld, et al.*, 09-CV-01230 (LAK), *Fogel Capital Mgmt., Inc. v. Fuld, et al.*, 08-CV-08225 (LAK), *City of Fremont v. Citigroup Global Markets, Inc., et al.*, 09-CV-03478 (LAK), *Gott v. UBS Fin. Servs., Inc., et al.*, 08-CV-09578 (LAK), *City of Long Beach v. Fuld, et al.*, 09-CV-03467 (LAK), *Mease v. Fuld, et al.*, 09-CV-01232 (LAK), *Mease & Caldwell v. Fuld, et al.*, 09-CV-01231 (LAK), *Napierala, et al. v. Fuld, et al.*, 09-CV-01237, *Peyser v. Fuld, et al.*, 08-CV-09404 (LAK), *Shipley v. Fuld, et al.*, 09-CV-01235 (LAK), *Stark, et al. v. Callan, et al.*, 08-CV-09793 (LAK), *Tolin v. Fuld, et al.*, 08-CV-10008 (LAK), *County of Tuolumne v. Ernst & Young LLP*, 09-CV-03468 (LAK), *City of South San Francisco, et al. v. Citigroup Global Markets, Inc. et al.*, 09-CV-01945 (LAK), *Warden v. Fuld, et al.*, 09-CV-01236 (LAK), *Washington State Investment Board*

*v. Fuld, et al.*, 09-CV-06041 (LAK), *County of Alameda v. Ernst & Young LLP, et al.*, 09-CV-07877 (LAK), *City of Cerritos v. Citigroup Global Markets, Inc., et al.*, 09-CV-07878 (LAK), and *Kaufman, et al. v. HSBC USA Inc., et al.*, 09-CV-07900 (LAK);

The following attorney appears as counsel on behalf of John F. Akers, Roger S. Berlind, Marsha Johnson Evans, David Goldfarb, Roland A. Hernandez, Henry Kaufman, and Christopher O'Meara in the following actions: *City of Auburn v. Fuld, et al.*, 09-CV-03474 (LAK), *City of Burbank v. Fuld, et al.*, 09-CV-03475 (LAK), *City of San Buenaventura v. Fuld, et al.*, 09-CV-03476 (LAK), *San Mateo County Investment Pool v. Fuld, et al.*, 09-CV-01239 (LAK), *Solton v. Fuld, et al.*, 09-CV-01944 (LAK), *Vallejo Sanitation and Flood Control District v. Fuld, et al.*, (09-CV-06040) (LAK) and *Zenith Insurance Co. v. Fuld et al.*, 09-CV-01238 (LAK); and

The following attorney appears as counsel on behalf of Christopher M. O'Meara in the following actions: *American National Ins. Co., et al. v. Fuld, et al.*, 09-CV-02363 (LAK), *Azpiazu v. UBS Fin. Servs., Inc., et al.*, 08-CV-10058 (LAK), *Deathrow, et al. v. Fuld, et al.*, 09-CV-01230 (LAK), *City of Fremont v. Citigroup Global Markets, Inc., et al.*, 09-CV-03478 (LAK), *Gott v. UBS Fin. Servs., Inc., et al.*, 08-CV-09578 (LAK), *City of Long Beach v. Fuld, et al.*, 09-CV-03467 (LAK), *Mease v. Fuld, et al.*, 09-CV-01232 (LAK), *Mease & Caldwell v. Fuld, et al.*, 09-CV-01231 (LAK), *Napierala, et al. v. Fuld, et al.*, 09-CV-01237, *Shipley v. Fuld, et al.*, 09-CV-01235 (LAK), *County of Tuolumne v. Ernst & Young LLP*, 09-CV-03468 (LAK), *City of South San Francisco, et al. v. Citigroup Global Markets, Inc. et al.*, 09-CV-01945 (LAK), *Warden v. Fuld, et al.*, 09-CV-01236 (LAK), *Washington State Investment Board v. Fuld, et al.*, 09-CV-06041 (LAK), *County of Alameda v. Ernst & Young LLP, et al.*,

09-CV-07877 (LAK), *City of Cerritos v. Citigroup Global Markets, Inc., et al.,* 09-CV-07878 (LAK), and *Kaufman, et al. v. HSBC USA Inc., et al.,* 09-CV-07900 (LAK).

Erika H. Burk
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

Dated: New York, New York
December 23, 2009

SIMPSON THACHER & BARTLETT LLP

By: *(signature)*

Erika H. Burk
425 Lexington Avenue
New York, New York 10017
Email: eburk@stblaw.com
Telephone: 212-455-2000
Facsimile: 212-455-2502