**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This document applies to: ALL CASES

------------------------------------------------------------- x

09 MD 2017 (LAK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman and John D. Macomber in the following actions: *American National Ins. Co., et al. v. Fuld, et al.*, 09-CV-02363 (LAK), *Azpiazu v. UBS Fin. Servs., Inc., et al.*, 08-CV-10058 (LAK), *Brooks Family Partnership, LLC v. Fuld, et al.*, 08-CV-10206 (LAK), *City of Fremont v. Citigroup Global Markets, Inc., et al.*, 09-CV-03478 (LAK), *Gott v. UBS Fin. Servs., Inc., et al.*, 08-CV-09578 (LAK), *City of Long Beach v. Fuld, et al.*, 09-CV-03467 (LAK), *Peyser v. Fuld, et al.*, 08-CV-09404 (LAK), *Stark, et al. v. Callan, et al.*, 08-CV-09793 (LAK), *Tolin v. Fuld, et al.*, 08-CV-10008 (LAK), *County of Tuolumne v. Ernst & Young LLP*, 09-CV-03468 (LAK), *City of South San Francisco, et al. v. Citigroup Global Markets, Inc. et al.*, 09-CV-01945 (LAK), *Operative Plasterers and Cement Mason Int'l Ass'n Local 262 Annuity Fund v. Fuld, et al.*, 08-CV-05523 (LAK), *Washington State Investment Board v. Fuld, et al.*, 09-CV-06041 (LAK), *County of Alameda v. Ernst & Young LLP, et al.*, 09-CV-07877 (LAK), *City of Cerritos v. Citigroup Global Markets,*

*Inc., et al.*, 09-CV-07878 (LAK), and *Kaufman, et al. v. HSBC USA Inc., et al.*, 09-CV-07900 (LAK);

The following attorney appears as counsel on behalf of John F. Akers, Roger S. Berlind, Marsha Johnson Evans, David Goldfarb, Roland A. Hernandez, Henry Kaufman, and Christopher O'Meara in the following actions: *City of Auburn v. Fuld, et al.*, 09-CV-03474 (LAK), *City of Burbank v. Fuld, et al.*, 09-CV-03475 (LAK), *City of San Buenaventura v. Fuld, et al.*, 09-CV-03476 (LAK), *San Mateo County Investment Pool v. Fuld, et al.*, 09-CV-01239 (LAK), *Solton v. Fuld, et al.*, 09-CV-01944 (LAK), *Vallejo Sanitation and Flood Control District v. Fuld, et al.*, 09-CV-06040 (LAK), and *Zenith Insurance Co. v. Fuld et al.*, 09-CV-01238 (LAK);

The following attorney appears as counsel on behalf of Christopher M. O'Meara in the following actions: *American National Ins. Co., et al. v. Fuld, et al.*, 09-CV-02363 (LAK), *Azpiazu v. UBS Fin. Servs., Inc., et al.*, 08-CV-10058 (LAK), *City of Fremont v. Citigroup Global Markets, Inc., et al.*, 09-CV-03478 (LAK), *Gott v. UBS Fin. Servs., Inc., et al.*, 08-CV-09578 (LAK), *City of Long Beach v. Fuld, et al.*, 09-CV-03467 (LAK), *County of Tuolumne v. Ernst & Young LLP*, 09-CV-03468 (LAK), *City of South San Francisco, et al. v. Citigroup Global Markets, Inc. et al.*, 09-CV-01945 (LAK), *Operative Plasterers and Cement Mason Int'l Ass'n Local 262 Annuity Fund v. Fuld, et al.*, 08-CV-05523 (LAK), *Washington State Investment Board v. Fuld, et al.*, 09-CV-06041 (LAK), *County of Alameda v. Ernst & Young LLP, et al.*, 09-CV-07877 (LAK), *City of Cerritos v. Citigroup Global Markets, Inc., et al.*, 09-CV-07878 (LAK), and *Kaufman, et al. v. HSBC USA Inc., et al.*, 09-CV-07900 (LAK); and

The following attorney appears as counsel on behalf of Henry Kaufman and John D. Macomber in the following action: *Mease & Caldwell v. Fuld, et al.*, 09-CV-01231 (LAK).

Mary Elizabeth McGarry
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

Dated: New York, New York
       December 23, 2009

SIMPSON THACHER & BARTLETT LLP

By: /s/ Mary Elizabeth McGarry
Mary Elizabeth McGarry
425 Lexington Avenue
New York, New York 10017
Email: mmcgarry@stblaw.com
Telephone: 212-455-2000
Facsimile: 212-455-2502