UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br>*In re Lehman Brothers ERISA Litigation,*<br>C.A. No. 08 Civ. 5598 (LAK) | C.A. No. 09 MD 2017 |

## NOTICE OF PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO AMEND THE CONSOLIDATED AMENDED COMPLAINT

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT, Plaintiffs will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, on such date as the Court will determine, in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007: (i) to alter or amend the Court's Judgment dated February 3, 2010, as amended on February 5, 2010, to provide that the dismissal of Plaintiffs' Consolidated Amended Complaint is without prejudice; and (ii) for an order granting leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a).

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of Daniel W. Krasner and the exhibits annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument, as may be presented to the Court.

Dated: March 3, 2010

*Respectfully submitted,*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: ___/s/ Daniel W. Krasner___
Daniel W. Krasner (DK 6381)
Mark C. Rifkin (MR 0904)
Scott J. Farrell (SF 5922)
Rachel S. Poplock (RP 3782)
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

**GAINEY & MCKENNA**
Thomas J. McKenna, Esq.
295 Madison Avenue, 4th Floor
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383

*Interim Co-Lead Counsel for Plaintiffs*

570103