USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES AND ERISA
LITIGATION

This document applies to:

*In re Lehman Brothers Equity/Debt
Securities Litigation,* No. 08 Civ. 5523 (LAK)
------------------------------------x

09 MD 2017 (LAK)

## PRETRIAL ORDER NO. 14

LEWIS A. KAPLAN, *District Judge.*

      In light of the recent filing of the Examiner's Report in the *In re Lehman Brothers Holdings, Inc.* bankruptcy case the pending motions to dismiss [09 MD 2017, docket items 91, 94; 08 Civ. 5523, docket items 135, 138] are denied without prejudice and leave to amend the complaint on or before April 23, 2010 is granted.

      The Court establishes the following schedule with respect to any amended complaint:

1. Defendants shall answer or move to dismiss by June 4, 2010.

2. Opposing papers shall be filed on or before June 30, 2010.

3. Reply papers shall be filed on or before July 13, 2010.

SO ORDERED.

Dated:    March 17, 2010

                                    Lewis A. Kaplan
                            United States District Judge