SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This Document Applies to:

All Cases

_9_ md _2017_

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Stuart G. Gross     a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jordanna G. Thigpen |
| Firm Name: | Cotchett, Pitre & McCarthy |
| Address: | 840 Malcolm Road, Suite 200 |
| City/State/Zip: | Burlingame, CA 94010 |
| Phone Number: | (650) 697-6000 |
| Fax Number: | (650) 697-0577 |

Jordanna G. Thigpen     is a member in good standing of the Bar of the State of  California

There are no pending disciplinary proceedings against Jordanna G. Thigpen
in any State or Federal court.

Dated:        03/22/10
City, State: Burlingame, CA

Respectfully submitted,

| | |
|---|---|
| Sponsor's | Stuart G. Gross |
| SDNY Bar | (SD-4435) |
| Firm Name: | Cotchett Pitre & McCarthy |
| Address: | 100 Park Avenue, Suite 2500 |
| City/State/Zip: | New York, NY 10017 |
| Phone Number: | (212) 682-3198 |
| Fax Number: | (212) 661-8665 |

SD

NY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This Document Applies to:

All Cases

9____ md _2017_____

AFFIDAVIT OF
STUART G. GROSS

IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                     )    ss:
County of New York   )

    Stuart G. Gross    , being duly sworn, hereby deposes and says as follows:

1.   I am an associate at the firm of Cotchett Pitre & McCarthy, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jordanna G. Thigpen as counsel pro hac vice to represent Plaintiff in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November 2005 . I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Jordanna G. Thigpen since 2009.

4.   Ms. Thigpen is an associate at Cotchett, Pitre & McCarthy, in Burlingame, California.

5.   I have found Ms. Thigpen to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move the admission of Jordanna Thigpen , pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Jordanna Thigpen pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jordanna Thigpen pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:   3/22/10

City, State:  Burlingame, CA

Notarized:

Respectfully submitted,

Name of Movant:  Stuart G. Gross

SDNY Bar Code: (SD-4435)

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _SAN MATEO_ }

On _MARCH 22, 2010_ before me, _PHYLLIS LEE, NOTARY PUBLIC_ ,
    Date                        Here Insert Name and Title of the Officer

personally appeared _STUART G. GROSS_
                           Name(s) of Signer(s)

,

**PHYLLIS LEE**
Commission # 1859585
Notary Public - California
San Mateo County
My Comm. Expires Jul 31, 2013

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                        Signature of Notary Public

Place Notary Seal Above

———————— **OPTIONAL** ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _AFFIDAVIT OF STUART G. GROSS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE_

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS SECURITIES AND ERISA
LITIGATION

9    md    2017

This Document Applies to:

All Cases

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion    Stuart G. Gross, attorney for:
on behalf of the Monterey County Investment Pool, City of San Buenaventura, City of Burbank, City of Auburn, Vallejo Sanitation and Flood Control District, and Contra Costa Water District,
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jordanna G. Thigpen |
| Firm Name: | Cotchett Pitre & McCarthy |
| Address: | 840 Malcolm Road, Suite 200 |
| City/State/Zip: | Burlingame, CA 94010 |
| Telephone/Fax: | (650) 697-6000/ (650) 697-0577 |
| Email Address: | jthigpen@cpmlegal.com |

is admitted to practice pro hac vice as counsel for Zenith Insurance Company, Lou Solton, Monterey County Treasurer,
on behalf of the Monterey County Investment Pool, City of San Buenaventura, City of Burbank, City of Auburn, Vallejo Sanitation and Flood Control District, and Contra Costa Water District, in the above captioned case  in the United States District Court

for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall  immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice  fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 24, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JORDANNA GABRIELLE THIGPEN, #232642 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copies of the foregoing documents:

1.    Motion to Admit Counsel Pro Hac Vice;
2.    Affidavit of Stuart G. Gross in Support of Motion to Admit Counsel Pro Hac Vice;
3.    Proposed Order for Admission Pro Hac Vice; and
4.    Certificate of Standing;

to be filed with the Clerk of the Court on this date.  The CM/ECF system will send notification to

all counsel registered for CM/ECF.

Dated:    March 22, 2010                        **COTCHETT, PITRE & MCCARTHY**

                                                By: _____
                                                     STUART G. GROSS

                                                840 Malcolm Road
                                                Burlingame, CA 94010
                                                Tel:    (650) 697-6000
                                                Fax:    (650) 697-0577