UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                    :
                                                          :
LEHMAN BROTHERS SECURITIES                                :   09 MD 2017 (LAK)
AND ERISA LITIGATION                                      :
                                                          :   ECF CASE
This document applies to:                                 :
                                                          :
*In re Lehman Brothers Mortgage-Backed Securities* :
*Litigation*, No. 08-CV-6762 (LAK)                        :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert S. Plosky of Wolf Popper LLP hereby enters his appearance as counsel for the Public Employees' Retirement System of Mississippi in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: March 26, 2010
       New York, New York

                                           Respectfully submitted,

                                           /s/ Robert S. Plosky
                                        Robert S. Plosky (#7829)
                                        **WOLF POPPER LLP**
                                        845 Third Avenue, 12th Floor
                                        New York, NY 10022
                                        Tel:   (212) 759-4600
                                        Fax:  (212) 486-2093
                                        *rplosky@wolfpopper.com*