UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS SECURITIES<br>AND ERISA LITIGATION<br><br>**This Document Relates To:**<br><br>*In re Lehman Brothers Mortgage-Backed Securities Litigation*, 08-cv-6762-LAK | Docket No. 09-MD-02017 (LAK)<br><br>**NOTICE OF**<br>**CHANGE OF ADDRESS** |

**To:**  Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Joel P. Laitman**

☒  **Attorney**

☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is JL-8177.

☒  **Law Firm/Government Agency Association**

  To:    ☒   Cohen Milstein Sellers & Toll PLLC

  From:  ☐   Schoengold & Sporn P.C.

☒  I will continue to be counsel of record on the above-entitled case at my new firm address as follows:

  To:    ☒   Address: 88 Pine Street, 14th Floor, New York, New York 10005

  From:  ☐   Address: 19 Fulton Street, Suite 406, New York, NY 10038

☒  Telephone Number: (212) 838-7797

☒  Fax Number: (212) 838-7745

799086.1 1

☒ E-Mail Address: jlaitman@cohenmilstein.com

Dated: New York, New York  
April 28, 2010

/s/Joel P. Laitman  
Joel P. Laitman

## **CERTIFICATE OF SERVICE**

I, Joel P. Laitman, hereby certify that on April 28, 2010, I electronically filed a Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Joel P. Laitman
Joel P. Laitman

799086.1 1