SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This Document Applies to:    All Cases

MEMO ENDORSED

DOC # 292

9    MD 2017

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stuart G. Gross a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Matthew K. Edling
Firm Name:         Cotchett Pitre & McCarthy
Address:           840 Malcolm Road, Suite 200
City/State/Zip:    Burlingame, CA 94010
Phone Number:      (650) 697-6000
Fax Number:        (650) 697-0577

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/15/10

Matthew K. Edling is a member in good standing of the Bar of the State of California

There are no pending disciplinary proceedings against Matthew K. Edling in any State or Federal court.

Dated:  5/20/2010
City, State: Burlingame, CA

Respectfully submitted,

Sponsor's
SDNY Bar    Stuart G. Gross
            (SD-4435)
Firm Name:  Cotchett Pitre & McCarthy
Address:    100 Park Avenue, Suite 2500
City/State/Zip:  New York, NY 10017
Phone Number:    (212) 682-3198
Fax Number:      (212) 661-8665

SO ORDERED Granted

LEWIS A. KAPLAN (USDJ)
6/14/10

SDNY Form Web 10/2006