KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAY 27 2010

JUDGE KAPLAN'S CHAMBERS

------------------------------------X

IN RE: LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

09 MD 2017 (LAK)

This Document Relates to:

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL
FOR THE DIRECTOR DEFENDANTS**

*Cordaro v. UBS Financial Services Inc., et al.*,
10-CV-03190 (LAK).

------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Dechert LLP hereby is substituted in place and in the stead of the law firm of Sills Cummis & Gross P.C. as counsel of record for defendants Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D. Macomber (the "Director Defendants") in the above-captioned action.

NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/16/10

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
       May 19, 2010

| SILLS CUMMIS & GROSS, P.C. | DECHERT LLP |
|---|---|
| By: _____<br>Jeffrey J. Greenbaum<br>Katherine Marguerite Lieb<br>Outgoing Counsel for Director Defendants<br>One Rockefeller Plaza<br>New York, New York 10020<br>Tel.: (212) 643-7000<br>Fax: (212) 643-6500<br>Email: jgreenbaum@sillscummis.com<br>       klieb@sillscummis.com | By: _____<br>Andrew J. Levander<br>Kathleen N. Massey<br>Adam J. Wasserman<br>Incoming Counsel for Director Defendants<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3599<br>Email: andrew.levander@dechert.com<br>       kathleen.massey@dechert.com<br>       adam.wasserman@dechert.com |

SO ORDERED

_____
The Honorable Lewis A. Kaplan
United States District Judge

6/16 , 2010

-2-