UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   LEHMAN BROTHERS SECURITIES
         AND ERISA LITIGATION

Civil Action No. 09 MD 2017 (LAK)

This Document Applies to:

*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-CV-5523 (LAK)

### NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS FRANCISCO PEREZ, RICK FLEISCHMAN, RALPH M. ROSATO, M.D., JUAN TOLOSA, ARTHUR SIMONS, J. HARRY PICKLE AS TRUSTEE ON BEHALF OF THE GASTROENTEROLOGY ASSOCIATES PROFIT SHARING TRUST FBO CHARLES M. BROOKS M.D., AND ED DAVIS

PLEASE TAKE NOTICE that attorney Richard A. Speirs, of the law firm Zwerling, Schachter & Zwerling, LLP, hereby withdraws as counsel for plaintiffs Francisco Perez, Rick Fleischman, Ralph M. Rosato, M.D., Juan Tolosa, Arthur Simons, J. Harry Pickle as Trustee on behalf of the Gastroenterology Associates Profit Sharing Trust FBO Charles M. Brooks M.D., and Ed Davis (the "Plaintiffs").  No prejudice will occur to the Plaintiffs, as they remain represented by Susan Salvetti of Zwerling, Schachter & Zwerling, LLP.

Dated:  July 15, 2010

**ZWERLING, SCHACHTER
& ZWERLING, LLP**

  /s/ Susan Salvetti
Susan Salvetti
41 Madison Avenue, 32nd Floor
New York, New York 10010
Tel.: (212) 223-3900
Fax: (212) 371-5969

Counsel for Francisco Perez, Rick Fleischman, Ralph M. Rosato, M.D., Juan Tolosa, Arthur Simons, J. Harry Pickle as Trustee on behalf of the Gastroenterology Associates Profit Sharing Trust FBO Charles M. Brooks M.D., and Ed Davis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

    /s/ Susan Salvetti
Susan Salvetti