UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies to:<br><br>*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-CV-5523 (LAK) | Civil Action No. 09 MD 2017 (LAK) |

## NOTICE OF WITHDRAWAL OF NAMED PLAINTIFF

On April 23, 2010, a third amended complaint (Dkt. No. 278) was filed in the above-referenced action naming, among others, Ralph Rosato as a named plaintiff in connection with the UBS-Underwritten Structured Product Offerings. Mr. Rosato hereby gives notice of his withdrawal from this action as a named plaintiff. The withdrawal of Mr. Rosato shall not prejudice any rights to recover as a class member in this action.

Dated:  November 10, 2010

ZWERLING, SCHACHTER
  & ZWERLING, LLP

  s/ Susan Salvetti
Susan Salvetti
41 Madison Avenue, 32nd Floor
New York, New York 10010
Tel.: (212) 223-3900
Fax: (212) 371-5969

*Counsel for Francisco Perez, Rick Fleischman, Ralph M. Rosato, M.D., Juan Tolosa, Arthur Simons, J. Harry Pickle as Trustee on behalf of the Gastroenterology Associates Profit Sharing Trust FBO Charles M. Brooks M.D., and Ed Davis*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

                                                      s/ Susan Salvetti
                                                    Susan Salvetti