UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-CV-5523 (LAK) | Case No. 09-MD-2017 (LAK)<br><br>ECF CASE |

### NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH D&O DEFENDANTS AND SETTLING UNDERWRITER DEFENDANTS AND APPROVAL OF PLANS OF ALLOCATION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's December 15, 2011 Order Concerning Proposed Settlement with the Director and Officer Defendants ("Pretrial Order No. 27") and Order Concerning Proposed Settlement with the Settling Underwriter Defendants ("Pretrial Order No. 28"), and upon the Joint Declaration of David Stickney and David Kessler in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlements with D&O Defendants and Settling Underwriter Defendants and Approval of Plans of Allocation and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlements with D&O Defendants and Settling Underwriter Defendants and Approval of Plans of Allocation; and all other papers and proceedings herein, Lead Plaintiffs, through their undersigned counsel, will and do hereby move this Court on April 12, 2012 at 4:00 p.m. in the Courtroom of the Honorable Lewis A. Kaplan, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, or at such other location and time as set by the Court, for entry of Judgments approving the proposed Settlements as fair, reasonable and adequate and for entry of an Order approving the proposed Plans of Allocation as fair and reasonable.

DATED:  March 8, 2012  Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

  */s/ David R. Stickney*
   DAVID R. STICKNEY

MAX W. BERGER
STEVEN B. SINGER
1285 Avenue of the Americas, 38th Floor
New York, NY  10019
Telephone:  (212) 554-1400
Facsimile:   (212) 554-1444
         -and-
DAVID R. STICKNEY
BRETT MIDDLETON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**

DAVID KESSLER
JOHN A. KEHOE
JENNIFER L. ENCK
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7707
Facsimile:  (610) 667-7056

*Co-Lead Counsel for Lead Plaintiffs
and the Settlement Classes*

#625494