UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA LOSCHIAVO, ALISON CHARLES, and RENAUD FOURNIER, Derivatively On Behalf Of The Lehman Brothers Savings Plan,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT TRUST COMPANY and ERNST & YOUNG,<br><br>　　　　Defendants,<br><br>　-and-<br><br>THE LEHMAN BROTHERS SAVINGS PLAN,<br><br>　　　　Nominal Defendant. | 09 MD 2017 (LAK), 10 Civ. 08631 (LAK)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF NOMINAL DEFENDANT THE LEHMAN BROTHERS SAVINGS PLAN'S PARTIAL MOTION TO DISMISS VERIFIED COMPLAINT PURSUANT TO RULE 12(b)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Nominal Defendant the Lehman Brothers Savings Plan's (the "Plan") Partial Motion to Dismiss Verified Complaint Pursuant to Rule 12(b)(6), the Plan will move this Court before the Honorable J. Lewis A. Kaplan, at the United States District Courthouse, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure granting the Plan's motion to dismiss the Second Cause of Action in Plaintiffs' Verified Complaint with prejudice.

Dated: New York, New York
January 6, 2012

Respectfully submitted,

/s/ Lawrence Baer
Lawrence Baer
Nicholas J. Pappas
A. Millie Warner
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Nominal Defendant
The Lehman Brothers Savings Plan*