# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA LOSCHIAVO, ALISON CHARLES, and RENAUD FOURNIER, Derivatively On Behalf Of The Lehman Brothers Savings Plan, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT TRUST COMPANY and ERNST & YOUNG, <br><br> Defendants, <br><br> -and- <br><br> THE LEHMAN BROTHERS SAVINGS PLAN, <br><br> Nominal Defendant. | **1:09 MD 2017 (LAK)** <br><br> This document relates to: <br> 1:10 CV 08631 (LAK) <br><br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law and Declaration of Chelsea W. Teachout, Defendant Fidelity Management Trust Company will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, of the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing the Verified Complaint dated September 20, 2010 in its entirety with prejudice, and granting such other an further relief as this Court deems just and proper.

i

Dated: January 6, 2012

GOODWIN PROCTER LLP

by

/s/ James O. Fleckner _____
James S. Dittmar, *admitted pro hac vice*
James O. Fleckner, *admitted pro hac vice*
Chelsea W. Teachout
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jdittmar@goodwinprocter.com
jfleckner@goodwinprocter.com
cteachout@goodwinprocter.com

*Attorneys for Fidelity Management Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I caused the foregoing document to be served by electronic means, via the Court's ECF system on all counsel registered to receive electronic notices.  I also certify that I have caused copies of the aforementioned documents to be served via First Class Mail upon the non-CM/ECF participants.

/s/ James O. Fleckner