UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This document applies to:                                                09 MD 2017 (LAK)

*Cordaro v. UBS Financial Services Inc., et al.*,
10 Civ. 3190 (LAK)
------------------------------------------------------------x

### PRETRIAL ORDER NO. 31
(Dismissal of Case)

LEWIS A. KAPLAN, *District Judge.*

      Defendants Richard S. Fuld, Christopher M. O'Meara, Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D. Macomber (collectively, the "Individual Defendants") filed a motion to dismiss the complaint in this action on January 6, 2012. Plaintiff's answering papers on this motion were due on or before February 13, 2012. Plaintiff did not file answering papers by that date, and has not filed them subsequently. Accordingly, the Individual Defendants' motion to dismiss [10 Civ. 3190, docket item 33; 09 MD 2017, docket item 619] is hereby granted with prejudice.

      SO ORDERED.

Dated:    April 3, 2012

                                                        Lewis A. Kaplan
                                           United States District Judge