UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies to:<br><br>*In re Lehman Brothers Mortgage-Backed Securities Litigation, No. 08-CV-6762.* | 09 MD 2017 (LAK)<br><br>ECF CASE |

**NOTICE OF MOTION OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on June 21, 2012 at 11:30 a.m. in Courtroom 21B at the United States District Court located at 500 Pearl Street, New York, New York, Plaintiffs will and hereby do move the Court, the Honorable Lewis A. Kaplan, for an order granting Plaintiffs' motion for Certification of the Settlement Class and Final Approval of the Proposed Settlement and Plan of Allocation.

This motion is based upon this notice of motion and the petitions, the accompanying memorandum of law, the accompanying Declaration of Steven J. Toll in support of the petition, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the petitions.

Dated: New York, New York
May 31, 2012

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ Steven J. Toll
Joel P. Laitman
Christopher Lometti
Richard Speirs
Michael B. Eisenkraft
Daniel B. Rehns
Kenneth M. Rehns
88 Pine Street, Fourteenth Floor
New York, New York 10005
Telephone: (212) 828-7797
Facsimile: (212) 828-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

Steven J. Toll
S. Douglas Bunch
1100 New York Avenue NW, Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com

3

**WOLF POPPER LLP**

By: ‎  /s/ *James A. Harrod*  
Lester L. Levy  
James A. Harrod  
Matthew Insley-Pruitt  
    845 Third Avenue, 12th Floor  
    New York, NY 10022  
    Telephone:  (212) 759-4600  
    Facsimile:   (212) 486-2093  
llevy@wolfpopper.com  
jharrod@wolfpopper.com  
minsley-pruitt@wolfpopper.com  

*Counsel for Intervenor Public Employees'*  
*Retirement System of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that this motion and the accompanying documents in support were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on May 31, 2012.

/s/ Kenneth M. Rehns
Kenneth M. Rehns
