UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :
                                                             : Civil Action No. 09 MD 2017 (LAK)
LEHMAN BROTHERS SECURITIES AND                               :
ERISA LITIGATION                                             : ECF CASE
                                                             :
This Document Applies To:                                    :
                                                             :
JOSEPH P. DANIS,                                             :
                              Plaintiff,                     :
                                                             :
            - against -                                      :
                                                             :
ERNST & YOUNG LLP, et al.,                                   :
                              Defendants.                    :
                                                             :
                       11 Civ. 9001 (LAK)                    :
------------------------------------------------------------ x

## STIPULATION AND [~~PROPOSED~~] ORDER

WHEREAS, pursuant to a prior stipulation entered on January 27, 2012 (Dkt. No. 24), Defendants Moody's Corporation, Moody's Investors Service, Inc., Raymond W. McDaniel, Jr., Michael Kanef and Brian M. Clarkson (collectively, "Defendants") filed their motion to dismiss on March 14, 2012; and

WHEREAS Plaintiff Joseph P. Danis, pursuant to this same stipulation, was to file his opposition to Defendants' motion to dismiss on or before April 11, 2012; and

WHEREAS Plaintiff, with the Court's permission, filed his opposition to Defendants' motion to dismiss on September 7, 2012;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, and subject to the approval of the Court, that:

1. Defendants shall file their repl(ies) in further support of any motion(s) to dismiss on or before October 12, 2012.

The parties stipulated to one previous extension of time, which was so ordered by this Court on January 27, 2012 (Dkt. No. 24).

Dated: September 17, 2012

        JEFFREY J. LOWE, P.C.

By: /s/ Jeffrey J. Lowe
     Jeffrey J. Lowe
     Jacob A. Flint
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Tel.: (314) 678-3400
*Attorneys for Plaintiff Joseph P. Danis*

SATTERLEE STEPHENS BURKE &
BURKE LLP

By: _____
     James J. Coster
     Joshua Rubins
     David R. Lurie
230 Park Avenue
New York, NY 10169
Tel.: 212-818-9200
*Attorneys for Defendants Moody's Corporation, Moody's Investors Service, Inc., Raymond W. McDaniel, Jr., Michael Kanef and Brian M. Clarkson*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

9/21/12

2