UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re LEHMAN BROTHERS SECURITIES                             :
AND ERISA LITIGATION                                         :
                                                             :
This Document Applies To:                                    :     No. 09-MD-2017 (LAK)
                                                             :
*Washington State Investment Board v. Fuld, et al.*,         :
No. 09-cv-6041-LAK                                           :
                                                             :
------------------------------------------------------------ x


### DEFENDANT UNICREDIT CAPITAL MARKETS INC'S OPPOSITION TO PLAINTIFF WASHINGTON STATE INVESTMENT BOARD'S MOTION TO DEPOSE BANK DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

Defendant UniCredit Capital Markets, Inc. f/k/a HVB Capital Markets, Inc. ("UniCredit"), a defendant in the above individual action, hereby opposes the motion by plaintiff Washington State Investment Board ("WSIB") to depose a UniCredit representative under Federal Rule of Civil Procedure 30(b)(6) (Dkt. # 1229 in 09-md-2017), and joins in the arguments and authorities cited in the Bank Defendants' Opposition[1] dated June 17, 2013. (Dkt. #1232 in 09-md-2017).

---

[1] Bank Defendants' Opposition to Plaintiffs CALPERS', WSIB's, and American National's Motion to Depose Bank Defendants Pursuant to Federal Rule of Civil Procedure 30(b)(6)

Dated: New York, New York
June 17, 2013

                        KASOWITZ, BENSON, TORRES
                                                                                                                                & FRIEDMAN LLP

By: */s/ Michael A. Hanin*
      Mark P. Ressler
      Michael A. Hanin

1633 Broadway
New York, New York 10019
(212) 506-1700
*Attorneys for Defendant UniCredit*
*Capital Markets, Inc.*