Kaplan, J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 9 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re:                                                      :
:
LEHMAN BROTHERS SECURITIES AND                              :   Civil Action 09 MD 2017 (LAK)
ERISA LITIGATION                                            :
:
This Document Applies Only to:                              :
:
American National Insurance Company v. Fuld                 :
Case No. 1:09-cv-02363-LAK                                  :
:
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the identified parties in the above-captioned mater that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of plaintiffs American National Life Insurance Company, American National Life Insurance Company of Texas, Comprehensive Investment Services Inc., and The Moody Foundation (collectively, the "Settling Plaintiffs") be, and the same hereby are, dismissed with prejudice against A.G. Edwards & Sons, Inc. (n/k/a Wells Fargo Advisors LLC), BBVA Securities Inc., BNY Capital Markets Inc. (n/k/a BNY Mellon Capital Markets, LLC), Calyon Securities (USA) Inc., Citigroup Global Markets Inc., Daiwa Capital Markets Europe Limited (f/k/a Daiwa Securities SMBC Europe Limited), Edward D. Jones & Co. LP, Fidelity Capital Market Services, Mellon Financial Markets LLC (n/k/a BNY Mellon Capital Markets, LLC), Merrill Lynch, Pierce, Fenner & Smith Inc. on its behalf and as successor to Banc of America Securities LLC, Morgan Stanley & Co. LLC, Muriel Siebert & Co., Inc., Raymond James & Associates, Inc., RBC Capital Markets, LLC (f/k/a RBC Dain Rauscher Inc.), Greenwich Capital Markets, Inc. (n/k/a RBS Securities, Inc.), SunTrust Robinson

Humphrey, Inc. (f/k/a SunTrust Capital Markets, Inc.), UBS Investment Bank, UBS Securities LLC, Wells Fargo Securities, LLC on its behalf and as successor to Wachovia Capital Markets, LLC, and Wachovia Securities, LLC (n/k/a Wells Fargo Advisors LLC) (collectively, the "Settling Defendants"), and without costs to any party.

Dated: New York, New York
July 30, 2013

| GREER, HERZ & ADAMS, LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: _____ <br> Andrew J. Mytelka <br> Janet Rushing <br> David LeBlanc <br> Roni S. Mihaly <br> Eric J. Kirkpatrick | By: _____ <br> Mitchell A. Lowenthal <br> Victor Hou <br> Roger Cooper |
| One Moody Plaza, 18th Floor <br> Galveston, Texas 77550 <br> Tel. 409-797-3200 <br> Fax 409-766-6424 <br> amytelka@greerherz.com <br> jrushing@greerherz.com <br> dleblanc@greerherz.com <br> rmihaly@greerherz.com <br> ekirkpatrick@greerherz.com | One Liberty Plaza <br> New York, New York 10006 <br> Tel. (212) 225-2000 <br> Fax (212) 225-3999 <br> mlowenthal@cgsh.com <br> vhou@cgsh.com <br> racooper@cgsh.com |
| Counsel for the Settling Plaintiffs | Counsel for the Settling Defendants |

SO ORDERED:

_____
United States District Judge
Dated xxxxxxx, 2013

Hon. Paul J. Oetken
Part I
Dated 8/ 9 /2013

2