UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────── x
In re LEHMAN BROTHERS SECURITIES : Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION             :
                                 : NOTICE OF VOLUNTARY DISMISSAL AS
──────────────────────────────── : TO MOST UNDERWRITER DEFENDANTS
                                 :
This Document Relates To:        :
                                 :
*Washington State Investment Board vs.* :
*Richard S. Fuld, Jr., et al.*, Civil Action No. :
09-cv-06041-LAK                  :
                                 :
──────────────────────────────── x

RECEIVED SEP 23 2013 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 26 2013

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Washington State Investment Board's claims against the below-listed underwriter defendants in this action are dismissed with prejudice:

ANZ Securities, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC and LaSalle Financial Services, Inc.); Banca IMI S.p.A.; BBVA Securities Inc.; BNY Capital Markets, Inc. (n/k/a BNY Mellon Capital Markets LLC); Citigroup Global Markets Inc.; Commerzbank AG (as successor in interest to Commerzbank Capital Markets Corp.); Countrywide Securities Corp.; Daiwa Capital Markets Europe Limited (f/k/a Daiwa Securities SMBC Europe Ltd.); BNP Paribas FS (f/k/a Fortis Securities, LLC); Hypo Real Estate Holding AG München (as successor in interest to Hypo Capital Markets, Inc.); SunTrust Robinson Humphrey Inc. (f/k/a SunTrust Capital Markets, Inc.); Wells Fargo Securities LLC; and Zions Direct.

None of these defendants have filed either an answer or a motion for summary judgment in this action. No other party to this action, other than those listed above, is being dismissed by the notice. This notice does not include or extend to the defendants previously dismissed from this action, or defendants Ernst & Young LLP and UniCredit Capital Markets (f/k/a HVB Capital Markets, Inc.).

DATED: September 19, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
MICHAEL J. DOWD
THOMAS E. EGLER
ROBERT K. LU
MATTHEW I. ALPERT
MAUREEN E. MUELLER
FRANCIS A. DIGIACCO

s/ ROBERT K. LU
_____
ROBERT K. LU

- 1 -

875327_1

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
tome@rgrdlaw.com
rlu@rgrdlaw.com
malpert@rgrdlaw.com
mmueller@rgrdlaw.com
fdigiacco@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

STATE OF WASHINGTON ATTORNEY
  GENERAL'S OFFICE
ROBERT M. MCKENNA
*ATTORNEY GENERAL*
STEVE E. DIETRICH
*SENIOR COUNSEL*
CHAD C. STANDIFER
*ASSISTANT ATTORNEY GENERAL*
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
Telephone: 360/664-0267
360/586-3593 (fax)

Attorneys for Plaintiff Washington State Investment Board

SO ORDERED:

/s/ _____
U.S.D.J.

9/24/13

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2013.

s/ ROBERT K. LU
ROBERT K. LU

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: rlu@rgrdlaw.com

875327_1

## Mailing Information for a Case 1:09-md-02017-LAK-GWG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stewart David Aaron**
  stewart_aaron@aporter.com,anthony_boccanfuso@aporter.com

- **Floyd Abrams**
  fabrams@cahill.com

- **Michael Jules Aguirre**
  maguirre@amslawyers.com,mbyrnes@amslawyers.com,mseverson@amslawyers.com

- **Eric Milo Albert**
  ealbert@stblaw.com,tlobdell@stblaw.com

- **Matthew I. Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Martin Joel Auerbach**
  auerbach@mjaesq.com

- **Lawrence Jay Baer**
  lawrence.baer@weil.com,MCO.ECF@weil.com

- **James Vary Bashian**
  jbashian@bashianlaw.com

- **James F. Bennett**
  jbennett@dowdbennett.com

- **Max Wallace Berger**
  MWB@blbglaw.com

- **David R. Boyd**
  dboyd@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **Ashley Jane Brick**
  abrick@rrbattorneys.com

- **Banks Brown**
  bbrown@mwe.com,mco@mwe.com

- **Daniel L. Brown**
  dlbrown@sheppardmullin.com,NY-Docketing@sheppardmullin.com,skramer@sheppardmullin.com,ny-docketing@sheppardmullin.com

- **Nichole Browning**
  nbrowning@btkmc.com,shebard@btkmc.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Erika Hannelore Burk**
  eburk@stblaw.com,managingclerk@stblaw.com

- **James Allen Carney**
  acarney@cbplaw.com,msventek@cbplaw.com

- **Gregory M. Castaldo**
  gcastaldo@ktmc.com

- **Sarah Loomis Cave**
  cave@hugheshubbard.com

- **Kinny Wai Chan**
  kchan@trinko.com

- **Michael Joseph Chepiga**
  mchepiga@stblaw.com,managingclerk@stblaw.com

- **Tara Church**
  tchurch@manatt.com

- **Roger Allen Cooper**
  racooper@cgsh.com,maofiling@cgsh.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com

- **David Andrew Crichlow , Sr**
  david.crichlow@kattenlaw.com

- **Paul C. Curnin**
  pcurnin@stblaw.com,managingclerk@stblaw.com,delbaum@stblaw.com

- **Michael Patrick Daly**
  mdaly@mayerbrown.com

- **Israel David**
  israel.david@friedfrank.com,nydocketclrk@friedfrank.com

- **Merrill G Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Lloyd De Vos**
  ldevos@devos-law.com

- **Joshua Seth Devore**
  jdevore@cohenmilstein.com,efilings@cohenmilstein.com

- **Francis A. DiGiacco**
  fdigiacco@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jonathan Cobb Dickey**
  jdickey@gibsondunn.com

- **John Michael Dillon**
  john.dillon@dillonlaw.com

- **James S. Dittmar**
  jdittmar@goodwinprocter.com

- **Alison V. Douglass**
  adouglass@goodwinprocter.com

- **Michael Joseph Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Matthew K. Edling**
  medling@cpmlegal.com,obacigalupi@cpmlegal.com,lconcepcion@cpmlegal.com,jacosta@cpmlegal.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael Benjamin Eisenkraft**
  meisenkraft@cohenmilstein.com,efilings@cohenmilstein.com

- **Michael Quinn English**
  menglish@fdh.com,csommer@fdh.com

- **Ranah Leila Esmaili**
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com

- **James O. Fleckner**
  jfleckner@goodwinprocter.com

- **Foundation Property Management, Inc.**
  jjureller@klestadt.com

- **Marvin Lawrence Frank**
  mfrank@frankandbianco.com

- **Andrew James Frisch**
  afrisch@andrewfrisch.com

- **David M. Furbush**
  david.furbush@pillsburylaw.com,robert.westrom@pillsburylaw.com

- **Jonathan Gardner**
  jgardner@labaton.com,anguyen@labaton.com,electroniccasefiling@labaton.com

- **Mark Casser Gardy**
  mgardy@gardylaw.com

- **Daniel Charles Girard**
  dcg@girardgibbs.com,dks@girardgibbs.com,cap@girardgibbs.com,alf@girardgibbs.com

- **Richard David Gluck**
  rich.gluck@blbglaw.com

- **Daniel Zachary Goldman**
  dgoldman@pkbllp.com

- **Richard Steven Gora**
  rgora@fdh.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **John J. Gross**
  jgross@ktmc.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Matthew Moylan Guiney**
  guiney@whafh.com

- **Diarra Mari Guthrie**
  dguthrie@cgsh.com,maofiling@cgsh.com,mparthum@cgsh.com

- **John Halebian**
  jhalebian@lshllp.com

- **Michael Andrew Hanin**
  mhanin@kasowitz.com,lfeiwus@kasowitz.com,courtnotices@kasowitz.com

- **Carrie Victoria Hardman**
  chardman@winston.com

- **James Abram Harrod , III**
  jharrod@wolfpopper.com,cdunleavy@wolfpopper.com

- **Donna Nelson Heller**
  dheller@fdh.com

- **Jeffrey W. Herrmann**
  jwh@njlawfirm.com

- **Benjamin Jay Hinerfeld**
  bhinerfeld@btkmc.com

- **Victor L. Hou**
  vhou@cgsh.com,maofiling@cgsh.com

- **Eva Hromadkova**
  evah@murrayfrank.com

- **John Charles Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Michael Robert Huttenlocher , Jr**
  mhuttenlocher@mwe.com,mco@mwe.com

- **Patricia M. Hynes**
  patricia.hynes@allenovery.com,kurt.vellek@allenovery.com

- **Roy Laurence Jacobs**
  rljacobs@pipeline.com

- **Christopher Steven Jones**
  cjones@saxenawhite.com,e-file@saxenawhite.com

- **Kenneth Benton Julian**
  kjulian@manatt.com

- **John Evans Jureller**
  jjureller@klestadt.com

- **Kimberly A. Justice**
  kjustice@ktmc.com,dpotts@ktmc.com

- **Nancy Kaboolian**
  nkaboolian@abbeyspanier.com

- **Matthew B. Kaplan**
  mbkaplan@thekaplanlawfirm.com

- **Phillip Robert Kaplan**
  pkaplan@manatt.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Matthew Alan Katz**
  mkatz@schlaw.com,efilings@schlaw.com

- **James L. Kauffman**
  jkauffman@levinlaw.com,wfarrar@levinlaw.com,mtaylor@levinlaw.com

- **Leo Kayser , III**
  lkayser@515law.com

- **John Anthony Kehoe**
  jak@girardgibbs.com

- **David Kessler**
  dkessler@ktmc.com,dpotts@ktmc.com

- **Marshall Ross King**
  mking@gibsondunn.com,aarias@gibsondunn.com

- **Eric J. Kirkpatrick**
  ekirkpatrick@greerherz.com

- **Lauren Catherine Kiss**
  lkiss@klestadt.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Esther L. Klisura**
  eklisura@sherleff.com

- **Meredith Eve Kotler**
  mkotler@cgsh.com,maofiling@cgsh.com

- **Daniel W. Krasner**
  krasner@whafh.com

- **James Glenn Kreissman**
  jkreissman@stblaw.com,managingclerk@stblaw.com,sblake@stblaw.com

- **Joel Paul Laitman**
  jlaitman@cohenmilstein.com,jplaitman@aol.com,efilings@cohenmilstein.com

- **Jon Jason Lambiras**
  jlambiras@bm.net

- **Michael David Le Blanc**
  dleblanc@greerherz.com

- **Lawrence Jay Lederer**
  llederer@bm.net,snoone@bm.net,lvines@bm.net

- **Andrew J. Levander**
  andrew.levander@dechert.com,nycmanagingclerks@dechert.com

- **Jonathan K. Levine**
  jkl@girardgibbs.com,chc@girardgibbs.com,amv@girardgibbs.com,ajd@girardgibbs.com

- **Lester L. Levy , Sr**
  llevy@wolfpopper.com,cdunleavy@wolfpopper.com

- **Katherine Marguerite Lieb**
  klieb@sillscummis.com

- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com

- **Elizabeth P. Lin**
  elizabethL@thelinlawfirm.com

- **David Yury Livshiz**
  david.livshiz@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Jeffrey J. Lowe**
  jeff@jefflowepc.com,lae@jefflowepc.com,jrosemergy@careydanis.com,crm@jefflowepc.com

- **Mitchell A. Lowenthal**
  maofiling@cgsh.com,dhaller@cgsh.com,mlowenthal@cgsh.com,bgibbon@cgsh.com,jgerber@cgsh.com

- **Robert K Lu**
  rlu@rgrdlaw.com

- **Richard Barry Margolies**
  rmargolies@abbeyspanier.com

- **Richard T. Marooney , Jr**
  RMarooney@KSLAW.com,jcmccullough@kslaw.com

- **Kathleen N. Massey**
  kathleen.massey@dechert.com,nycmanagingclerks@dechert.com,bernard.powell@dechert.com

- **Kevin Michael McDonough**
  kevin.mcdonough@lw.com,jessica.bengels@lw.com

- **Joseph Angelo Mendola**
  jmendola@mrbeal.com

- **Kevin H. Metz**
  kevin.metz@lw.com,sarah.greenfield@lw.com

- **Harry C. Mezer**
  harry@mezerlaw.com

- **Brett M. Middleton**
  brettm@blbglaw.com

- **Roni S. Mihaly**
  rmihaly@greerherz.com

- **Mark Cotton Molumphy**
  jhamilton@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,bpayne@cpmlegal.com,mmolumphy@cpmlegal.com

- **Juan Eneas Monteverde**
  jmonteverde@faruqilaw.com,tmaloney@faruqilaw.com,ecf@faruqilaw.com

- **Jason William Myatt**
  jmyatt@gibsondunn.com

- **Andrew J. Mytelka**
  amytelka@greerherz.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

- **Gregory Mark Nespole**
  nespole@whafh.com

- **James Nespole**
  jnespole@fulbright.com

- **Michelle M. Newcomer**
  mnewcomer@ktmc.com,ahankins@ktmc.com

- **Nanci E. Nishimura**
  nnishimura@cpmlegal.com

- **James Stuart Notis**
  jnotis@gardylaw.com

- **Laura Kathryn O'Boyle**
  loboyle@gibsondunn.com,aarias@gibsondunn.com,aelliott@gibsondunn.com

- **Margaret E. Onasch**
  monasch@ktmc.com,dpotts@ktmc.com

- **Alfred Ulmer Pavlis**
  apavlis@fdh.com,csommer@fdh.com

- **Peter S. Pearlman**
  psp@njlawfirm.com

- **Joseph C Peiffer**
  jpeiffer@fishmanhaygood.com,dcarr@fishmanhaygood.com

- **Olga Anna Pettigrew**
  olga@sfclasslaw.com,oap@rigrodskylong.com

- **Robert Scott Plosky**
  rplosky@wolfpopper.com

- **Wayne I. Pollock**
  wayne.pollock@dechert.com

- **Randall Keith Pulliam**
  rpulliam@carneywilliams.com

- **RHF Foundation Inc.**
  jjureller@klestadt.com

- **Stephen L Raucher**
  slr@rrbattorneys.com

- **Daniel Brett Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Kenneth Mark Rehns**
  krehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Julie Goldsmith Reiser**
  jreiser@cohenmilstein.com

- **Mark Paul Ressler**
  mressler@kasowitz.com,mhanin@kasowitz.com,courtnotices@kasowitz.com

- **Martin E. Restituyo**
  restituyo@whafh.com

- **Retirement Housing Foundation**
  jjureller@klestadt.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Stephen Thran Rodd**
  srodd@abbeyspanier.com

- **Robert Mark Roseman**
  rroseman@srkw-law.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,tmccormick@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tammy Lynn Roy**
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jdoty@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Janet LaRene Wells Rushing**
  jrushing@greerherz.com

- **Richard A Russo , Jr**
  rrusso@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,cchiappinelli@ktmc.com,acashwell@ktmc.com

- **Miles Norman Ruthberg**
  miles.ruthberg@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- **James Joseph Sabella**
  jsabella@gelaw.com,pkrakowski@gelaw.com,cnevers@gelaw.com,cmackintosh@gelaw.com

- **Susan Salvetti**
  ssalvetti@zsz.com

- **Vincent Anthony Sama**
  vincent.sama@kayescholer.com,maosdny@kayescholer.com

- **Maya S Saxena**
  msaxena@saxenawhite.com

- **Frank Rocco Schirripa**
  fs@hachroselaw.com,ss@hachroselaw.com

- **Catherine Barry Schumacher**
  catherine.schumacher@kayescholer.com,peter.lattanzio@kayescholer.com,MAOSDNY@kayescholer.com

- **Peter Edward Seidman**
  pseidman@milberg.com

- **Robert F. Serio**
  rserio@gibsondunn.com,aarias@gibsondunn.com

- **Christina H. C. Sharp**
  chc@girardgibbs.com,as@girardgibbs.com,lav@girardgibbs.com,ejl@girardgibbs.com,ale@girardgibbs.com,pbo@girardgibbs.com

- **Aaron Michael Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,lconcepcion@cpmlegal.com

- **Norman E. Siegel**
  siegel@stuevesiegel.com,marquart@stuevesiegel.com,perez@stuevesiegel.com

- **Gerald H. Silk**
  jerry@blbglaw.com,matthew.mahady@blbglaw.com,errol.hall@blbglaw.com,ross@blbglaw

- **Bruce Lee Simon**
  bsimon@pswlaw.com,cpearson@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com

- **Steven B. Singer**
  steven@blbglaw.com,errol.hall@blbglaw.com

- **Jennifer Sosa**
  jsosa@milberg.com

- **Neil G. Sparber**
  nsparber@fulbright.com,shinds@fulbright.com,vcollins@fulbright.com

- **Richard A Speirs**
  rspeirs@cohenmilstein.com

- **Amanda Marjorie Steiner**
  as@girardgibbs.com,cdb@girardgibbs.com,rlr@girardgibbs.com,alf@girardgibbs.com

- **David R. Stickney**
  davids@blbglaw.com,denab@blbglaw.com,brettm@blbglaw.com,errol.hall@blbglaw.com,nikim@blbglaw.com,kelly.mcdaniel@blbglaw.com

- **James Richard Swanson**
  jswanson@fishmanhaygood.com,rsylvera@fishmanhaygood.com,jdonnelly@fishmanhaygood.com,lmince@fishmanhaygood.com

- **Robin B. Switzenbaum**
  rswitzenbaum@bm.net

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Justin Michael Tarshis**
  jtarshis@zsz.com,sbrodsky@zsz.com

- **Chelsea Willow Teachout**
  cteachout@goodwinprocter.com

- **David A. Thorpe**
  david@dstlegal.com

- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Catherine A. Torell**
  ctorell@cohenmilstein.com

- **George Schieffelin Trevor**
  gtrevor@pswplaw.com,yberry@pswlaw.com,egrant@pswlaw.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

- **Peter A. Wald**
  peter.wald@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,#sfdocket@lw.com

- **Robert Alan Wallner**
  rwallner@milberg.com

- **Adam Jay Wasserman**
  adam.wasserman@dechert.com,wayne.pollock@dechert.com,nycmanagingclerks@dechert.com

- **Boaz Aharon Weinstein**
  boaz@blbglaw.com

- **Joseph E. White , III**
  jwhite@saxenawhite.com,e-file@saxenawhite.com

- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,aelishb@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sarah Penny Windle**
  windls@cahill.com

- **Steven Carl Windsor**
  swindsor@greerherz.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- **Jon F. Worm**
  jonw@blbglaw.com,jessica.cuccurullo@blbglaw.com,KellyN@blbglaw.com,Marionp@blbglaw.com

- **Aric Hugo Wu**
  awu@gibsondunn.com,aarias@gibsondunn.com,kfriedman@gibsondunn.com,ajantzi@gibsondunn.com,lsager@gibsondunn.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Tina N. Babel
Carmody MacDonald P.C.
120 South Central, Suite 1800
St. Louis, MO 63105

David L. Balser
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Woody Bassett
Bassett Law Firm
221 North College Avenue
Fayetteville, AR 72701

Peter R. Boutin
Keesal, Young & Logan (SF)
450 Pacific Avenue
San Francisco, CA 94133

Marcus Neil Bozeman
Cauley Bowman Carney & Williams, PLLC (ARK)
P.O. Box 25438
Little Rock, AR 72221

Gerard T. Carmody
Carmody MacDonald P.C.
120 South Centeral, Suite 1800
St. Louis, Mo 63105

Darren J. Check
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

Joseph W. Cotchett
Cotchett, Pitre & Simon
San Francisco Airport Office Center
840 Malcolm Rd.
Burlingame, CA 94010

County of Alameda
,

Kenneth G. Hausman
Howard Rice, Nemerovski, Canady, Falk &  Rabkin
Three Embarcadero Center, 7th Flr.
San Francisco, CA 94111-4024

Steven O. Kramer
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Jeffrey J. Lowe
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 100
St. Louis, MO 63105
```

**Bruce Heller Nagel**
NAGEL RICE, LLP
103 EISENHOWER PARKWAY
SUITE 201
ROSELAND, NJ 07068

**Gerald S. Ohn**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Bryan M. Payne**
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**Clifford H. Pearson**
Pearson Simon Warshaw & Penny, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403

**Sean Eric Ponist**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Benjamin D. Reichard**
Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4600

**Jordanna G. Thigpen**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Ashlei Melissa Vargas**
Pearson Simon Warshaw & Penny, LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104

**David Conrad Walton**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

**Michael J Weaver**
Latham and Watkins LLP
600 West Broadway
Suite 1800
San Diego, CA 92101

**Garrett W. Wotkyns**
Schneider Wallace Cottrell Brayton Konecky, L.L.P.
8501 N. Scottsdale Road, Suite 270
Scottsdale, AZ 85253