FILED IN RESPONSE TO
DKT. NO. 1297 IN 09 MD 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This Document Applies to:

*The California Public Employees' Retirement System v.
Richard S. Fuld Jr., et al.*, 11 Civ. 1281 (LAK)

------------------------------------------------------------------------X

Civil Action 09 MD 2017
(LAK)

# THE BANK DEFENDANTS' RESPONSE TO PLAINTIFF CALPERS' MOTION FOR ENTRY OF PARTIAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

Defendants RBS WCS Holding Company (as successor to ABN AMRO Inc.), ANZ Securities Inc., BBVA Securities Inc., BMO Capital Markets Corp. (f/k/a Harris Nesbitt Corp.), BNP Paribas, BNY Mellon Capital Markets LLC (f/k/a BNY Capital Markets Inc.), Bankia, S.A. (as successor to Caja de Ahorros y Monte de Piedad de Madrid), CIBC World Markets Corp., Citigroup Global Markets Inc., Daiwa Capital Markets Europe Limited (f/k/a Daiwa Securities SMBC Europe Limited), DZ Financial Markets LLC, BNP Paribas FS (f/k/a Fortis Securities LLC), HSBC Securities (USA) Inc., ING Financial Markets LLC, BNY Mellon Capital Markets LLC (f/k/a Mellon Financial Markets LLC), Mizuho Securities USA Inc., Muriel Siebert & Co. Inc., nabSecurities, LLC (f/k/a National Australia Capital Markets LLC), Natixis Securities Americas LLC (f/k/a Natexis Bleichroeder Inc.), RBC Capital Markets LLC (f/k/a RBC Capital Markets Corp.), RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.), Santander Investment Securities Inc., Scotia Capital (USA) Inc., SG Americas Securities LLC, Sovereign Securities Corporation LLC, SunTrust Robinson Humphrey, Inc. (f/k/a SunTrust Capital Markets Inc.), Utendahl Capital Partners L.P., Wells Fargo Securities, LLC (f/k/a Wachovia Capital

Markets LLC), and Wells Fargo Securities LLC (collectively, "the Bank Defendants") take no position on the motion filed by The California Public Employees' Retirement System ("CalPERS") for entry of partial judgment pursuant to Federal Rule of Civil Procedure 54(b).

Dated:  New York, New York
        October 14, 2013

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: _____
        Mitchell A. Lowenthal (mlowenthal@cgsh.com)
        Victor L. Hou (vhou@cgsh.com)
        Roger A. Cooper (racooper@cgsh.com)
        One Liberty Plaza
        New York, New York 10006
        Tel: (212) 225-2000
        Fax: (212) 225-3999

        *Attorneys for the Bank Defendants*