USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
In re                                                        :
                                                             :
LEHMAN BROTHERS SECURITIES AND                               :
ERISA LITIGATION                                             :       MASTER DOCKET
                                                             :       09 MD 2017 (LAK)  ECF CASE
This Document Applies To:                                    :
                                                             :
*Vallejo Sanitation and Flood Control District v. Fuld,*     :
*et al.*, 09 Civ. 6040 (LAK);                                :
                                                             :
*Mary A. Zeeb, Monterey County Treasurer, on Behalf*         :
*of the Monterey County Investment Pool v. Fuld,*            :
*et al.*, 09 Civ. 1944 (LAK);                                :
                                                             :
*Contra Costa Water District v. Fuld, et al.,*               :
09 Civ. 6652 (LAK);                                          :
                                                             :
*City of Burbank v. Fuld, et al.,*                           :
09 Civ. 3475 (LAK);                                          :
                                                             :
*City of San Buenaventura v. Fuld, et al.,*                  :
09 Civ. 3476 (LAK);                                          :
                                                             :
*City of Auburn v. Fuld, et al.,*                            :
09 Civ. 3474 (LAK);                                          :
                                                             :
*The San Mateo County Investment Pool v. Fuld,*              :
*et al.*, 09 Civ. 1239 (LAK);                                :
                                                             :
*Zenith Insurance Company v. Fuld, et al.,*                  :
09 Civ. 1238 (LAK).                                          :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION FOR SUSPENSION OF ACTIONS
AS AGAINST THE INDIVIDUAL LEHMAN DEFENDANTS

This joint stipulation was entered into on the 9th day of October 2013, by and among counsel for each of the parties in the referenced actions.

WHEREAS, on or about November 29, 2011, plaintiffs filed a Consolidated First Amended Complaint;

WHEREAS, on or about January 6, 2012, various defendants moved to dismiss the Consolidated First Amended Complaint;

WHEREAS, on or about October 15, 2012, this Court issued a Memorandum Opinion granting in part and denying in part the motions to dismiss, as further reflected in Pretrial Order No. 40 docketed on October 25, 2012;

WHEREAS, on or about November 30, 2012, various defendants answered the Consolidated First Amended Complaint;

WHEREAS, on or about September 30, 2013, the Individual Lehman Defendants[1] and plaintiffs advised the Court that they entered into an agreement settling these cases and requested that the Court suspend ongoing proceedings in the referenced actions as against the Individual Lehman Defendants;

WHEREAS, this settlement did not include defendant Ernst & Young L.L.P, the only defendant that will remain in the actions;

WHEREAS, on or about October 7, 2013, the Court stated in a memorandum endorsed order: "This application should be on notice to all parties absent consent of all parties."

---

[1] The Lehman Individual Defendants are comprised of Richard S. Fuld, Jr., Kathleen, Fuld, Christopher M. O'Meara, Erin Callan, Ian Lowitt, Joseph M. Gregory, John F. Akers, Roger S. Berlind, Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman.

NOW, THEREFORE, all parties to the referenced actions jointly stipulate to the following:

1. Other than settlement proceedings, all ongoing proceedings in the referenced actions shall be suspended as against the Individual Lehman Defendants in order to facilitate the parties' settlement agreement and the filing with the Court of the appropriate bar order motions, among other things.

2. The parties to this Stipulation reserve all rights available to them.

Dated: October 9, 2013
New York, New York

COTCHETT, PITRE & MCCARTHY, LLP

By: Mark C. Molumphy
(mmolumphy@cpmlegal.com)
Matthew K. Edling
(medling@cpmlegal.com)

840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: 650-697-6000

*Counsel for Plaintiffs Vallejo Sanitation & Flood Control District, the Monterey County Investment Pool (through Mary Zeeh, Monterey County Treasurer), Contra Costa Water District, City of Burbank, City of San Buenaventura, City of Auburn, the San Mateo County Investment Pool, and Zenith Insurance Company*

DECHERT LLP

By: Andrew J. Levander
(andrew.levander@dechert.com)
Kathleen N. Massey
(kathleen.massey@dechert.com)
Adam J. Wasserman
(adam.wasserman@dechert.com)

1095 Avenue of the Americas
New York, New York 10036
Tel: 212-698-3500

*Attorneys for John F. Akers, Roger S. Berlind, Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman*

3

NOW, THEREFORE, all parties to the referenced actions jointly stipulate to the following:

1. Other than settlement proceedings, all ongoing proceedings in the referenced actions shall be suspended as against the Individual Lehman Defendants in order to facilitate the parties' settlement agreement and the filing with the Court of the appropriate bar order motions, among other things.

2. The parties to this Stipulation reserve all rights available to them.

Dated: October 9, 2013
New York, New York

COTCHETT, PITRE & MCCARTHY, LLP

By: _____
Mark C. Molumphy
(mmolumphy@cpmlegal.com)
Matthew K. Edling
(medling@cpmlegal.com)

840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: 650-697-6000

*Counsel for Plaintiffs Vallejo Sanitation & Flood Control District, the Monterey County Investment Pool (through Mary Zeeb, Monterey County Treasurer), Contra Costa Water District, City of Burbank, City of San Buenaventura, City of Auburn, the San Mateo County Investment Pool, and Zenith Insurance Company*

DECHERT LLP

By: _____
Andrew J. Levander
(andrew.levander@dechert.com)
Kathleen N. Massey
(kathleen.massey@dechert.com)
Adam J. Wasserman
(adam.wasserman@dechert.com)

1095 Avenue of the Americas
New York, New York 10036
Tel: 212-698-3500

*Attorneys for John F. Akers, Roger S. Berlind, Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman*

3

PETRILLO KLEIN & BOXER LLP

By: /s/ Joshua Klein
    Joshua Klein
    (jklein@pkbllp.com)

655 Third Avenue, 22nd Floor
New York, New York 10017
Tel: 212-370-0334

*Attorneys for Christopher M. O'Meara*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

By: /s/ Lewis J. Liman
    Lewis J. Liman
    (lliman@cgsh.com)

One Liberty Plaza
New York, New York 10006
Tel: 212-225-2000

*Attorneys for Ian Lowitt*

ALLEN & OVERY LLP

By: /s/ Todd Fishman
    Patricia M. Hynes
    (patricia.hynes@allenovery.com)
    Todd S. Fishman
    (todd.fishman@allenovery.com)

1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300

*Attorneys for Richard S. Fuld, Jr.
and Kathleen Fuld*

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: /s/ Israel David
    Israel David
    (israel.david@friedfrank.com)

One New York Plaza
New York, New York 10004
Tel: 212-859-8000

*Attorneys for Joseph M. Gregory*

4

FINN DIXON & HERLING LLP

By: *Richard Gora / s/permission ASP*
    Alfred U. Pavlis
    (apavlis@fdh.com)
    Richard S. Gora
    (rgora@fdh.com)

177 Broad Street
Stamford, Connecticut 06901
Tel: 203-325-5000

*Attorneys for Erin M. Callan*

LATHAM & WATKINS LLP

By: *Miles N. Ruthberg*
    Miles N. Ruthberg
    (miles.ruthberg@lw.com)
    Jamie L. Wine
    (jamie.wine@lw.com)

885 Third Avenue
New York, New York 10022
Tel: 212-906-1200

*Attorneys for Ernst & Young LLP*

SO ORDERED.

Date: 10/16/13

_____
Lewis A. Kaplan
United States District Judge

5