| **Robbins Geller** | Atlanta | Melville | San Diego |
|---|---|---|---|
| **Rudman & Dowd** LLP | Boca Raton | New York | San Francisco |
| | Chicago | Philadelphia | Washington, DC |

Thomas E. Egler
tomc@rgrdlaw.com

October 18, 2013

**MEMO ENDORSED**

FAXED W/PERMISSION

Honorable Lewis A. Kaplan
United States District Court
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
212/805-7910 (fax)



Re:   *In re Lehman Brothers Securities & Employee Retirement Income Security Act (ERISA) Litigation*, Civil Action No. 09-md-2017-LAK

This letter relates to:
*Washington State Investment Board v. Fuld, et al.*,
Civil Action No. 09-cv-06041-LAK

Dear Judge Kaplan:

My firm represents plaintiff Washington State Investment Board ("WSIB") in the above-captioned action. I write to inform you that plaintiff WSIB has agreed to settle this action as against defendant UniCredit Capital Markets, Inc. (f/k/a HVB Capital Markets, Inc.). The settling parties have drafted a stipulation of settlement, and plaintiff anticipates filing a motion to dismiss the claims against defendant pursuant to Fed. R. Civ. P. 41(a) in the coming weeks.

To enable plaintiff and defendant to focus on carrying out the settlement and preserving resources, the parties respectfully request that the Court suspend ongoing proceedings in this action with regard to these two parties, as it did earlier this week with regard to the Class Action plaintiffs and Ernst & Young LLP. Plaintiff WSIB retains its claims against Ernst & Young LLP.

Thank you for your attention. Should the Court like to discuss any of the matters set forth above, we will make ourselves available at Your Honor's convenience.

Respectfully submitted,

THOMAS E. EGLER

SO ORDERED

LEWIS A. KAPLAN, USDJ

TEE:krj
cc: All counsel (via e-mail)

885099_1

656 West Broadway   Suite 1900   San Diego, CA 92101   Tel 619 231 1058   Fax 619 231 7423   www.rgrdlaw.com