USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES AND          09 MD 2017 (LAK)
ERISA LITIGATION

This document applies to:

*In re Lehman Brothers Equity/Debt Securities Litigation*,
08 Civ. 5523 (LAK)
------------------------------------------------------------x

### PRETRIAL ORDER NO. 77
(Structured Product Plaintiffs' Renewed Motion for Reconsideration Pursuant to FRCP 54(b) and Motion for Amendment of Class Certification Pursuant to Rule 23(c)(1)(c))

LEWIS A. KAPLAN, *District Judge*.

    In light of the proposed settlement between the Structured Products Plaintiffs and UBS Financial Services, the Clerk shall terminate DI 1184 in master docket 09 MD 2017. The Structured Products Plaintiffs may refile the motion in the event the settlement is not completed.

    SO ORDERED.

Dated:  November 4, 2013

                          _____
                            Lewis A. Kaplan
                          United States District Judge