# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>    In re Lehman Brothers Equity/Debt<br>    Securities Litigation, 08-CV-5523-LAK | Case No. 09-MD-2017 (LAK)<br><br>ECF CASE |

## THE STRUCTURED PRODUCTS CLASS REPRESENTATIVES' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH UBS FINANCIAL SERVICES INC. AND APPROVAL OF PLAN OF ALLOCATION

TO:    All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), this Court's September 16, 2013 Order Concerning Proposed Settlement With UBS Financial Services, Inc., and based upon the accompanying memorandum of law, the declaration of Daniel C. Girard, all the other papers and proceedings herein, and the hearing the Court will conduct on December 10, 2013 at 4:30 p.m. or at such other time as set by the Court, the Structured Products Class Representatives hereby move the Court to grant final certification of the settlement class and for entry of a judgment approving the proposed settlement and the proposed plan of allocation as fair, reasonable and adequate.

Dated: November 5, 2013                             Respectfully submitted,

**GIRARD GIBBS LLP**

/s/ *Daniel C. Girard*

Daniel C. Girard
Jonathan K. Levine
Amanda M. Steiner
Dena C. Sharp
601 California Street, Floor 14
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com
jkl@girardgibbs.com
as@girardgibbs.com
chc@girardgibbs.com

John A. Kehoe
711 Third Avenue, 20th Floor
New York, NY 10017
Tel: (212) 867-1721
Fax: (212) 867-1767
jak@girardgibbs.com

*Class Counsel and Counsel for Plaintiffs Mohan Ananda, Richard Barrett, Neel Duncan, Nick Fotinos, Stephen Gott, Karim Kano, Barbara Moskowitz, Ronald Profili, Joe Rottman, Grace Wang and Miriam Wolf*

ZWERLING, SCHACHTER
    & ZWERLING, LLP
Susan Salvetti
Justin M. Tarshis
41 Madison Avenue
New York, New York 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
ssalvetti@zsz.com
jtarshis@zsz.com

*Counsel for Plaintiffs Ed Davis, Rick Fleischman, Gastroenterology Associates, Ltd. Profit Sharing Plan FBO Charles M.*

*Brooks M.D., Arthur Simons, and Juan Tolosa*

LAW OFFICES OF JAMES V. BASHIAN, P.C.
James V. Bashian
500 Fifth Avenue, Suite 2700
New York, New York 10110
Telephone: (212) 921-4110
Facsimile: (212) 921-4229

*Counsel for Plaintiff David Kotz*

BONNETT FAIRBOURN FRIEDMAN
    & BALINT, P.C.
Andrew Friedman
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274 1199

TIFFANY & BOSCO P.A.
Richard G. Himelrick
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Counsel for Plaintiff Shea-Edwards Limited Partnership*