UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-CV-5523 (LAK) | Case No. 09-MD-2017 (LAK) |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AUTHORIZATION TO NOTIFY THE SETTLEMENT CLASS OF PROPOSED SETTLEMENT WITH ERNST & YOUNG LLP AND TO SCHEDULE A SETTLEMENT HEARING

TO: All Counsel of Record

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; and all other papers and proceedings herein, Plaintiffs will and hereby do move this Court, under Rule 23(e) of the Federal Rules of Civil Procedure, for authorization to provide notice of the proposed settlement with Ernst & Young LLP, and to schedule a hearing for consideration of approval of the proposed settlement. An agreed upon proposed form of proposed Order is submitted herewith.

DATED:  November 27, 2013            Respectfully Submitted,

                                                   **BERNSTEIN LITOWITZ BERGER**
                                                       **& GROSSMANN LLP**

                              By:         /s/ David R. Stickney         
                                   Max Berger
                                   Steven Singer
                                   David R. Stickney
                                   Niki L. Mendoza
                                   1285 Avenue of the Americas

- 2 -

      New York, NY  10019
      Telephone:  (212) 554-1400
      Facsimile:  (212) 554-1444

     **KESSLER TOPAZ**
      **MELTZER & CHECK, LLP**

By:   /s/ David Kessler
      David Kessler
      Gregory M. Castaldo
      Kimberly Justice
      Jennifer L. Enck
      280 King of Prussia Road
      Radnor, PA  19087
      Telephone:  (610) 667-7707
      Facsimile:  (610) 667-7056

*Co-Lead Counsel for Plaintiffs*
*and the Settlement Class*