

Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────── x
In re LEHMAN BROTHERS SECURITIES  :  Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION              :
                                  :  STIPULATION OF VOLUNTARY
                                  :  DISMISSAL AND [~~PROPOSED~~] ORDER
This Document Relates To:         :
                                  :
*The California Public Employees' Retirement*  :
*System vs. Richard S. Fuld, Jr., et al.*, Civil :
Action No. 11-cv-01281-LAK        :
                                  :
─────────────────────────────── x

912534_1

WHEREAS, this action was originally filed in the United States District Court for the Northern District of California, captioned *The California Public Employees' Retirement System v. Richard S. Fuld, Jr., et al.*, No. 3:11-cv-00562 (N.D. Cal.). The action was then transferred to the United States District Court for the Southern District of New York, pursuant to a transfer order from the Judicial Panel on Multidistrict Litigation, in an action captioned *The California Public Employees' Retirement System v. Richard S. Fuld, Jr., et al.*, No. 11-cv-01281-LAK (S.D.N.Y.) (collectively, the "CalPERS Action"). The CalPERS Action was then coordinated with the master MDL case, *In re Lehman Brothers Securities and ERISA Litigation*, No. 09-md-02017-LAK (S.D.N.Y.), for pretrial proceedings;

WHEREAS, an Amended Complaint was filed in the CalPERS Action on October 7, 2011;

WHEREAS, a Second Amended Complaint was filed in the CalPERS Action on December 16, 2011;

WHEREAS, on January 6, 2012, defendant Loop Capital Markets, LLC ("Loop") joined in a motion seeking to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, on December 18, 2012, this Court granted in part and denied in part Loop's motion to dismiss the Second Amended Complaint;

WHEREAS, on February 1, 2013, Loop filed an Answer to the Second Amended Complaint;

WHEREAS, the parties have now resolved the claims regarding Loop. No party or other person or entity has filed a pleading or action against defendant Loop relating to the claims brought by plaintiff, and defendant has not filed or raised a counterclaim in this action.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate to dismiss defendant Loop from the above-entitled action with prejudice. No other

912534_1

party to this action, other than Loop, is being dismissed by this stipulation, and each party is to bear its own costs.

IT IS SO STIPULATED.

DATED: February 4, 2014

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
MICHAEL J. DOWD
THOMAS E. EGLER
ROBERT K. LU
MATTHEW I. ALPERT
MAUREEN E. MUELLER
FRANCIS A. DIGIACCO
M. ALEXANDRA ROYAL

THOMAS E. EGLER

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff The California Public Employees' Retirement System

DATED: February 4, 2014

CLEARY GOTTLIEB STEEN &
 HAMILTON, LLP
ROGER A. COOPER
MITCHELL A. LOWENTHAL
VICTOR L. HOU

ROGER A. COOPER

- 2 -

912534_1

One Liberty Plaza
New York, NY 10006
Telephone: 212/225-2283
212/225-3999 (fax)

Attorneys for Defendant Loop
Capital Markets, LLC

* * *

## ORDER

The Court, having considered the parties' Stipulation of Voluntary Dismissal, hereby DISMISSES, with prejudice, Loop Capital Markets, LLC as a defendant in claims brought by plaintiff The California Public Employees' Retirement System, pursuant to Fed. R. Civ. P. 41(a)(2). Each party shall bear its own fees and expenses.

IT IS SO ORDERED.

DATED: 2/6/14

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE