UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION | Civil Action No. 09-md-02017-LAK<br><br>NOTICE OF VOLUNTARY DISMISSAL |
| This Document Relates To:<br><br>*Washington State Investment Board vs. Richard S. Fuld, Jr., et al.*, Civil Action No. 09-cv-06041-LAK |  |

915852_1

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Washington State Investment Board's claims against defendant Ernst & Young LLP ("E&Y") in this action are dismissed with prejudice.

E&Y has not filed an answer or a motion for summary judgment in this action. With this notice, no defendants remain as parties to this action and judgment may be entered.

DATED: February 13, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
MICHAEL J. DOWD
THOMAS E. EGLER
ROBERT K. LU
MATTHEW I. ALPERT
MAUREEN E. MUELLER
FRANCIS A. DIGIACCO


              s/ THOMAS E. EGLER
              THOMAS E. EGLER

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
tome@rgrdlaw.com
rlu@rgrdlaw.com
malpert@rgrdlaw.com
mmueller@rgrdlaw.com
fdigiacco@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

915852_1

STATE OF WASHINGTON ATTORNEY
  GENERAL'S OFFICE
ROBERT M. MCKENNA
*ATTORNEY GENERAL*
STEVE E. DIETRICH
*SENIOR COUNSEL*
CHAD C. STANDIFER
*ASSISTANT ATTORNEY GENERAL*
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA  98504-0108
Telephone:  360/664-0267
360/586-3593 (fax)

Attorneys for Plaintiff Washington State Investment Board

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2014.

          s/ THOMAS E. EGLER
          THOMAS E. EGLER

          ROBBINS GELLER RUDMAN
            & DOWD LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
          Telephone:  619/231-1058
          619/231-7423 (fax)

          E-mail:  tome@rgrdlaw.com

## Mailing Information for a Case 1:09-md-02017-LAK-GWG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stewart David Aaron**
  stewart_aaron@aporter.com,anthony_boccanfuso@aporter.com

- **Floyd Abrams**
  fabrams@cahill.com

- **Michael Jules Aguirre**
  maguirre@amslawyers.com,mbyrnes@amslawyers.com,mseverson@amslawyers.com

- **Eric Milo Albert**
  ealbert@stblaw.com,tlobdell@stblaw.com

- **Matthew I. Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Martin Joel Auerbach**
  auerbach@mjaesq.com

- **Lawrence Jay Baer**
  lawrence.baer@weil.com,MCO.ECF@weil.com

- **James Vary Bashian**
  jbashian@bashianlaw.com

- **Tameka Melissa Beckford-Young**
  tameka.beckfordyoung@pillsburylaw.com,robert.westrom@pillsburylaw.com

- **James F. Bennett**
  jbennett@dowdbennett.com,bshaw@dowdbennett.com

- **Max Wallace Berger**
  MWB@blbglaw.com

- **David R. Boyd**
  dboyd@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **Ashley Jane Brick**
  abrick@rrbattorneys.com

- **Banks Brown**
  bbrown@mwe.com,mco@mwe.com

- **Daniel L. Brown**
  dlbrown@sheppardmullin.com,NY-Docketing@sheppardmullin.com,skramer@sheppardmullin.com,ny-docketing@sheppardmullin.com

- **Nichole Browning**
  nbrowning@btkmc.com,shebard@btkmc.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Erika Hannelore Burk**
  eburk@stblaw.com,managingclerk@stblaw.com

- **James Allen Carney**
  acarney@cbplaw.com,msventek@cbplaw.com

- **Gregory M. Castaldo**
  gcastaldo@ktmc.com

- **Sarah Loomis Cave**
  cave@hugheshubbard.com

- **Kinny Wai Chan**
  kchan@trinko.com

- **Michael Joseph Chepiga**
  mchepiga@stblaw.com,managingclerk@stblaw.com

- **Tara Church**
  tchurch@manatt.com

- **Roger Allen Cooper**
  racooper@cgsh.com,maofiling@cgsh.com

- James J. Coster
  jcoster@ssbb.com

- David Andrew Crichlow , Sr
  david.crichlow@kattenlaw.com

- Paul C. Curnin
  pcurnin@stblaw.com,managingclerk@stblaw.com,delbaum@stblaw.com

- Michael Patrick Daly
  mdaly@mayerbrown.com

- Israel David
  israel.david@friedfrank.com,nydocketclrk@friedfrank.com

- Merrill G Davidoff
  mdavidoff@bm.net,sleo@bm.net

- Lloyd De Vos
  ldevos@devos-law.com

- Joshua Seth Devore
  jdevore@cohenmilstein.com,efilings@cohenmilstein.com

- Francis A. DiGiacco
  fdigiacco@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Jonathan Cobb Dickey
  jdickey@gibsondunn.com

- John Michael Dillon
  john.dillon@dillonlaw.com

- James S. Dittmar
  jdittmar@goodwinprocter.com

- Alison V. Douglass
  adouglass@goodwinprocter.com

- Michael Joseph Dowd
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com,e_file_sf@rgrdlaw.com

- Matthew K. Edling
  medling@cpmlegal.com,obacigalupi@cpmlegal.com,lconcepcion@cpmlegal.com,jcrutchfield@cpmlegal.com,jacosta@cpmlegal.com

- Thomas Edward Egler
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Michael Benjamin Eisenkraft
  meisenkraft@cohenmilstein.com,efilings@cohenmilstein.com

- Michael Quinn English
  menglish@fdh.com,csommer@fdh.com

- Ranah Leila Esmaili
  ranah.esmaili@pillsburylaw.com,robert.westrom@pillsburylaw.com

- James O. Fleckner
  jfleckner@goodwinprocter.com

- Foundation Property Management, Inc.
  jjureller@klestadt.com

- Marvin Lawrence Frank
  mfrank@frankandbianco.com

- Andrew James Frisch
  afrisch@andrewfrisch.com

- David M. Furbush
  david.furbush@pillsburylaw.com,robert.westrom@pillsburylaw.com

- Jonathan Gardner
  jgardner@labaton.com,anguyen@labaton.com,electroniccasefiling@labaton.com

- Mark Casser Gardy
  mgardy@gardylaw.com

- Daniel Charles Girard
  dcg@girardgibbs.com,dks@girardgibbs.com,mce@girardgibbs.com,amv@girardgibbs.com,alf@girardgibbs.com

- Richard David Gluck
  rich.gluck@blbglaw.com

- Daniel Zachary Goldman
  dgoldman@pkbllp.com

- Richard Steven Gora
  rgora@fdh.com

- Deborah R Gross
  debbie@bernardmgross.com

- John J. Gross
  jgross@ktmc.com

- Matthew Moylan Guiney
  guiney@whafh.com

- Diarra Mari Guthrie
  dguthrie@cgsh.com,maofiling@cgsh.com,mparthum@cgsh.com

- John Halebian
  jhalebian@lshllp.com

- Michael Andrew Hanin
  mhanin@kasowitz.com,lfeiwus@kasowitz.com,courtnotices@kasowitz.com

- Carrie Victoria Hardman
  chardman@winston.com

- James Abram Harrod , III
  jharrod@wolfpopper.com,cdunleavy@wolfpopper.com

- Donna Nelson Heller
  dheller@fdh.com

- Jeffrey W. Herrmann
  jwh@njlawfirm.com

- Benjamin Jay Hinerfeld
  bhinerfeld@btkmc.com

- Victor L. Hou
  vhou@cgsh.com,maofiling@cgsh.com

- Eva Hromadkova
  evah@murrayfrank.com

- John Charles Hueston
  jhueston@irell.com,lhiles@irell.com

- Michael Robert Huttenlocher , Jr
  mhuttenlocher@mwe.com,mco@mwe.com

- Patricia M. Hynes
  patricia.hynes@allenovery.com,kurt.vellek@allenovery.com

- Roy Laurence Jacobs
  rljacobs@pipeline.com

- Christopher Steven Jones
  cjones@saxenawhite.com,e-file@saxenawhite.com

- Kenneth Benton Julian
  kjulian@manatt.com

- John Evans Jureller
  jjureller@klestadt.com

- Kimberly A. Justice
  kjustice@ktmc.com,dpotts@ktmc.com

- Nancy Kaboolian
  nkaboolian@abbeyspanier.com

- Matthew B. Kaplan
  mbkaplan@thekaplanlawfirm.com

- Phillip Robert Kaplan
  pkaplan@manatt.com,lbuchanan@manatt.com,cpasillas@manatt.com

- Robert N. Kaplan
  rkaplan@kaplanfox.com

- Matthew Alan Katz
  mkatz@schlaw.com,efilings@schlaw.com

- James L. Kauffman
  jkauffman@levinlaw.com,wfarrar@levinlaw.com,mtaylor@levinlaw.com

- Leo Kayser , III
  lkayser@515law.com

- John Anthony Kehoe
  jak@girardgibbs.com

- David Kessler
  dkessler@ktmc.com,dpotts@ktmc.com

- Marshall Ross King
  mking@gibsondunn.com,aarias@gibsondunn.com

- Eric J. Kirkpatrick
  ekirkpatrick@greerherz.com

- Lauren Catherine Kiss
  lkiss@klestadt.com

- Justin Evan Klein
  jklein@ssbb.com,managingclerk@ssbb.com

- Esther L. Klisura
  eklisura@sherleff.com

- Meredith Eve Kotler
  mkotler@cgsh.com,maofiling@cgsh.com

- Daniel W. Krasner
  krasner@whafh.com

- James Glenn Kreissman
  jkreissman@stblaw.com,managingclerk@stblaw.com,sblake@stblaw.com

- Joel Paul Laitman
  jlaitman@cohenmilstein.com,jplaitman@aol.com,efilings@cohenmilstein.com

- Jon Jason Lambiras
  jlambiras@bm.net

- Michael David Le Blanc
  dleblanc@greerherz.com

- Lawrence Jay Lederer
  llederer@bm.net,snoone@bm.net,lvines@bm.net

- Andrew J. Levander
  andrew.levander@dechert.com,nycmanagingclerks@dechert.com

- Jonathan K. Levine
  jkl@girardgibbs.com,chc@girardgibbs.com,amv@girardgibbs.com,ajd@girardgibbs.com

- Lester L. Levy , Sr
  llevy@wolfpopper.com,cdunleavy@wolfpopper.com

- Katherine Marguerite Lieb
  klieb@sillscummis.com

- Lewis J. Liman
  lliman@cgsh.com,maofiling@cgsh.com

- Elizabeth P. Lin
  elizabethL@thelinlawfirm.com

- David Yury Livshiz
  david.livshiz@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- Christopher Lometti
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- Jeffrey J. Lowe
  jeff@jefflowepc.com,lae@jefflowepc.com,jrosemergy@careydanis.com,crm@jefflowepc.com

- Mitchell A. Lowenthal
  maofiling@cgsh.com,dhaller@cgsh.com,mlowenthal@cgsh.com,bgibbon@cgsh.com,jgerber@cgsh.com

- Robert K Lu
  rlu@rgrdlaw.com

- Richard Barry Margolies
  rmargolies@abbeyspanier.com

- Richard T. Marooney , Jr
  RMarooney@KSLAW.com,jcmccullough@kslaw.com

- Kathleen N. Massey
  kathleen.massey@dechert.com,nycmanagingclerks@dechert.com,bernard.powell@dechert.com

- Kevin Michael McDonough
  kevin.mcdonough@lw.com,jessica.bengels@lw.com

- Joseph Angelo Mendola
  jmendola@mrbeal.com

- Kevin H. Metz
  kevin.metz@lw.com,dclitserv@lw.com,sarah.greenfield@lw.com

- Harry C. Mezer
  harry@mezerlaw.com

- Brett M. Middleton
  brettm@blbglaw.com

- Roni S. Mihaly
  rmihaly@greerherz.com

- Mark Cotton Molumphy
  jhamilton@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,bpayne@cpmlegal.com,mmolumphy@cpmlegal.com

- Juan Eneas Monteverde
  jmonteverde@faruqilaw.com,tmaloney@faruqilaw.com,ecf@faruqilaw.com

- Jason William Myatt
  jmyatt@gibsondunn.com

- Andrew J. Mytelka
  amytelka@greerherz.com

- Hae Sung Nam
  hnam@kaplanfox.com

- Gregory Mark Nespole
  nespole@whafh.com

- James Nespole
  jnespole@fulbright.com

- Michelle M. Newcomer
  mnewcomer@ktmc.com,ahankins@ktmc.com

- Nanci E. Nishimura
  nnishimura@cpmlegal.com

- James Stuart Notis
  jnotis@gardylaw.com

- Laura Kathryn O'Boyle
  loboyle@gibsondunn.com,aarias@gibsondunn.com,aelliott@gibsondunn.com

- Margaret E. Onasch
  monasch@ktmc.com,dpotts@ktmc.com,mswift@ktmc.com

- Alfred Ulmer Pavlis
  apavlis@fdh.com,csommer@fdh.com

- Peter S. Pearlman
  psp@njlawfirm.com

- Joseph C Peiffer
  jpeiffer@praclawfirm.com,dcarr@praclawfirm.com

- Olga Anna Pettigrew
  olga@sfclasslaw.com,oap@rigrodskylong.com

- Robert Scott Plosky
  rplosky@wolfpopper.com

- Wayne I. Pollock
  wayne.pollock@dechert.com

- Randall Keith Pulliam
  rpulliam@carneywilliams.com

- RHF Foundation Inc.
  jjureller@klestadt.com

- Stephen L Raucher
  slr@rrbattorneys.com

- Daniel Brett Rehns
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- Kenneth Mark Rehns
  krehns@cohenmilstein.com,efilings@cohenmilstein.com

- Julie Goldsmith Reiser
  jreiser@cohenmilstein.com

- Mark Paul Ressler
  mressler@kasowitz.com,mhanin@kasowitz.com,autodocket@kasowiz.com,courtnotices@kasowitz.com

- Martin E. Restituyo
  restituyo@whafh.com

- Retirement Housing Foundation
  jjureller@klestadt.com

- Darren J. Robbins
  e_file_sd@rgrdlaw.com

- Stephen Thran Rodd
  srodd@abbeyspanier.com

- Robert Mark Roseman
  rroseman@srkw-law.com

- David Avi Rosenfeld
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Tammy Lynn Roy
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- Joshua M. Rubins
  jrubins@ssbb.com

- Samuel Howard Rudman
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Janet LaRene Wells Rushing
  jrushing@greerherz.com

- Richard A Russo , Jr
  rrusso@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,cchiappinelli@ktmc.com,acashwell@ktmc.com

- Miles Norman Ruthberg
  miles.ruthberg@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- James Joseph Sabella
  jsabella@gelaw.com,pkrakowski@gelaw.com,cnevers@gelaw.com,cmackintosh@gelaw.com

- Susan Salvetti
  ssalvetti@zsz.com

- Vincent Anthony Sama
  vincent.sama@kayescholer.com,maosdny@kayescholer.com

- Maya S Saxena
  msaxena@saxenawhite.com

- Frank Rocco Schirripa
  fs@hachroselaw.com,ss@hachroselaw.com

- Catherine Barry Schumacher
  catherine.schumacher@kayescholer.com,peter.lattanzio@kayescholer.com,MAOSDNY@kayescholer.com

- Peter Edward Seidman
  pseidman@milberg.com

- Robert F. Serio
  rserio@gibsondunn.com,aarias@gibsondunn.com

- Christina H. C. Sharp
  chc@girardgibbs.com,as@girardgibbs.com,lav@girardgibbs.com,ejl@girardgibbs.com,ale@girardgibbs.com,pbo@girardgibbs.com

- Aaron Michael Sheanin
  asheanin@pswlaw.com,asafyan@pswlaw.com,vglaze@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,egrant@pswlaw.com

- Imtiaz A. Siddiqui
  isiddiqui@cpmlegal.com,lconcepcion@cpmlegal.com

- Norman E. Siegel
  siegel@stuevesiegel.com,marquart@stuevesiegel.com,perez@stuevesiegel.com

- Gerald H. Silk
  jerry@blbglaw.com,matthew.mahady@blbglaw.com,errol.hall@blbglaw.com,ross@blbglaw.com

- Bruce Lee Simon
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com

- Steven B. Singer
  steven@blbglaw.com,errol.hall@blbglaw.com

- Jennifer Sosa
  jsosa@milberg.com

- Neil G. Sparber
  nsparber@fulbright.com,shinds@fulbright.com,vcollins@fulbright.com,sbeltre@fulbright.com

- Richard A Speirs
  rspeirs@cohenmilstein.com

- Amanda Marjorie Steiner
  as@girardgibbs.com,cdb@girardgibbs.com,rlr@girardgibbs.com,alf@girardgibbs.com

- David R. Stickney
  davids@blbglaw.com,denab@blbglaw.com,brettm@blbglaw.com,errol.hall@blbglaw.com,nikim@blbglaw.com,kelly.mcdaniel@blbglaw.com

- James Richard Swanson
  jswanson@fishmanhaygood.com,rsylvera@fishmanhaygood.com,jdonnelly@fishmanhaygood.com,lmince@fishmanhaygood.com

- Robin B. Switzenbaum
  rswitzenbaum@bm.net

- Joseph J. Tabacco , Jr
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- Justin Michael Tarshis
  jtarshis@zsz.com,sbrodsky@zsz.com

- Chelsea Willow Teachout
  cteachout@goodwinprocter.com

- David A. Thorpe
  david@dstlegal.com

- Steven Jeffrey Toll
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- Catherine A. Torell
  ctorell@cohenmilstein.com

- George Schieffelin Trevor
  gtrevor@pswplaw.com,yberry@pswlaw.com,tboardman@pswlaw.com,egrant@pswlaw.com

- Curtis Victor Trinko
  ctrinko@gmail.com

- Peter A. Wald
  peter.wald@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,#sfdocket@lw.com

- Robert Alan Wallner
  rwallner@milberg.com

- Adam Jay Wasserman
  adam.wasserman@dechert.com,wayne.pollock@dechert.com,nycmanagingclerks@dechert.com

- Boaz Aharon Weinstein
  boaz@blbglaw.com

- Joseph E. White , III
  jwhite@saxenawhite.com,e-file@saxenawhite.com

- Shawn Anthony Williams
  swilliams@rgrdlaw.com,aelishb@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- Sarah Penny Windle
  windls@cahill.com

- Steven Carl Windsor
  swindsor@greerherz.com

- Jamie Lynne Wine
  jamie.wine@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- Jon F. Worm
  jonw@blbglaw.com,jessica.cuccurullo@blbglaw.com,KellyN@blbglaw.com,Marionp@blbglaw.com

- Aric Hugo Wu
  awu@gibsondunn.com,aarias@gibsondunn.com,kfriedman@gibsondunn.com,ajantzi@gibsondunn.com,lsager@gibsondunn.com

- Jonathan K. Youngwood
  jyoungwood@stblaw.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Tina N. Babel
Carmody MacDonald P.C.
120 South Central, Suite 1800
St. Louis, MO 63105

David L. Balser
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Woody Bassett
Bassett Law Firm
221 North College Avenue
Fayetteville, AR 72701

Peter R. Boutin
Keesal, Young & Logan (SF)
450 Pacific Avenue
San Francisco, CA 94133

Marcus Neil Bozeman
Cauley Bowman Carney & Williams, PLLC (ARK)
P.O. Box 25438
Little  Rock, AR 72221

Gerard T. Carmody
Carmody MacDonald P.C.
120 South Centeral, Suite 1800
St. Louis, Mo 63105

Darren J. Check
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

Joseph W. Cotchett
Cotchett, Pitre & Simon
San Francisco Airport Office Center
840 Malcolm Rd.
Burlingame, CA 94010

County of Alameda
,

Kenneth G. Hausman
Howard Rice, Nemerovski, Canady, Falk &  Rabkin
Three Embarcadero Center, 7th Flr.
San Francisco, CA 94111-4024

Steven O. Kramer
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Jeffrey J. Lowe
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 100
St. Louis, MO 63105
```

**Bruce Heller Nagel**
NAGEL RICE, LLP
103 EISENHOWER PARKWAY
SUITE 201
ROSELAND, NJ 07068

**Gerald S. Ohn**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Bryan M. Payne**
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**Clifford H. Pearson**
Pearson Simon Warshaw & Penny, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403

**Sean Eric Ponist**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Benjamin D. Reichard**
Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4600

**Jordanna G. Thigpen**
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Ashlei Melissa Vargas**
Pearson Simon Warshaw & Penny, LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104

**David Conrad Walton**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

**Michael J Weaver**
Latham and Watkins LLP
600 West Broadway
Suite 1800
San Diego, CA 92101

**Garrett W. Wotkyns**
Schneider Wallace Cottrell Brayton Konecky, L.L.P.
8501 N. Scottsdale Road, Suite 270
Scottsdale, AZ 85253