# ALLEN & OVERY

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 610 6323 |
| Personal fax | 212 610 6399 |

patricia.hynes@allenovery.com

**BY HAND AND ECF**
Hon. Lewis A. Kaplan
United States District Judge
United States District Court for
   the Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

February 19, 2014

Re: Withdrawal of Counsel, *In re Lehman Brothers Securities and ERISA Litigation*, 09 MD 2017 (LAK)

Your Honor:

I represent defendant Richard S. Fuld, Jr. in the above-captioned action. I write to request the court grant me leave to withdraw my appearance, and to be removed from the ecf service list. The reason for the request is that I will be retiring from Allen & Overy LLP at the end of this month.

This matter will continue to be handled by Todd S. Fishman, a partner at Allen & Overy LLP. No delay will result from my withdrawal.

I respectfully request the court grant my withdrawal as counsel for the defendant Fuld in this action without the necessity of a formal motion.

Respectfully,

Patricia M. Hynes

cc: counsel by ecf

SO ORDERED:

_____
U.S.D.J.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.