USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――― x
In re LEHMAN BROTHERS SECURITIES : Civil Action No. 09-md-02017-LAK
AND ERISA LITIGATION :
: NOTICE OF VOLUNTARY DISMISSAL
―――――――――――――――――――――――
:
This Document Relates To: :
:
*Washington State Investment Board vs.* :
*Richard S. Fuld, Jr., et al.*, Civil Action No. :
09-cv-06041-LAK :
:
―――――――――――――――――――――――x

**MEMO ENDORSED**

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/20/14

915852_1

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Washington State Investment Board's claims against defendant Ernst & Young LLP ("E&Y") in this action are dismissed with prejudice.

E&Y has not filed an answer or a motion for summary judgment in this action. With this notice, no defendants remain as parties to this action and judgment may be entered.

DATED: February 13, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
MICHAEL J. DOWD
THOMAS E. EGLER
ROBERT K. LU
MATTHEW I. ALPERT
MAUREEN E. MUELLER
FRANCIS A. DIGIACCO

s/ THOMAS E. EGLER
THOMAS E. EGLER

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
tome@rgrdlaw.com
rlu@rgrdlaw.com
malpert@rgrdlaw.com
mmueller@rgrdlaw.com
fdigiacco@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

- 1 -

915852_1

STATE OF WASHINGTON ATTORNEY
 GENERAL'S OFFICE
ROBERT M. MCKENNA
*ATTORNEY GENERAL*
STEVE E. DIETRICH
*SENIOR COUNSEL*
CHAD C. STANDIFER
*ASSISTANT ATTORNEY GENERAL*
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA  98504-0108
Telephone:  360/664-0267
360/586-3593 (fax)

Attorneys for Plaintiff Washington State Investment Board