UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 5 2014
```

Chris Andrews
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09   Civ. MD-2017  (LAK) (GW)

- against -

Lehman Brothers Equity/Debt Securities Litigation 08-CV-5523

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that  Chris Andrews, class member and objector
                                              *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

and order approving settlement between Plaintiffs and Ernest & Young from the United States

*(describe the judgment)*

District Court, Southern District Of New York and all orders and opinions that merge therein.

entered in this action on the ___16___ day of ___April___, 20_14_.
                                *(date)*              *(month)*     *(year)*

*Signature*

P O Box 530394
*Address*

Livonia, Michigan 48152-0394   caaloa@gmail.com
*City, State & Zip Code*

DATED: April         23 , 2014      (1-248 ) 635 _ 3810
                                    *Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*

Certificate of Service

I certify that a copy of the foregoing was served upon the following counsel of record listed in the class notice via first class certified mail on April 23, 2014.

Bernstein, Litowitz, Berger & Grossmann, Attention David Stickney, 12481 High Bluff Drive Suite 300, San Diego CA 92130-3582

Kessler, Topaz, Meltzer & Check LLP, Attention David Kessler, 280 King of Prussia Road, Randor, PA 19087

Latham & Watkins, Attention Miles Ruthberg, 885 Third Avenue, New York, New York 10022

Chris Andrews
P O Box 530394
Livonia, MI 48152
Phone 1-248-635-3810
Email caaloa@gmail.com
Objector, Pro Se



```
Court Name: District Court
Division: 1
Receipt Number: 465401093626
Cashier ID: Clapsley
Transaction Date: 04/28/2014
Payer Name: CHRIS ANDREWS

NOTICE OF APPEAL/DOCKETING FEE
 For: CHRIS ANDREWS
 Amount:          $505.00

MONEY ORDER
 Check/Money Order Num: 61
 Amt Tendered:  $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

09MD2017(LAK)
```

```
Court Name: District Court
Division: 1
Receipt Number: 465401093626
Cashier ID: Clapsley
Transaction Date: 04/20/2014
Payer Name: CHRIS ANDREWS

NOTICE OF APPEAL/DOCKETING FEE
 For: CHRIS ANDREWS
 Amount:         $505.00

MONEY ORDER
 Check/Money Order Num: 61
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

09MD2017(LAK)
```

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

1006 10007

U.S. P LIVO.

$5

# PRIORITY®
★ MAIL ★

DATE OF

USPS TR.

INSURAN

PICKUP A

* Domestic

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9012 3080 3427 2035 35

Label 400 Jan. 2013
7690-16-000-7948

4/25/14
Granted

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:

PRIORITY®
★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: ANDREWS
PO BOX 530394
LIVONIA, MI 48153
248 635 3810

TO: CLERK OF THE COURT
UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK
10007

Label 228, July 2013

FOR DOMESTIC AND INTERNATIONAL USE

USM PB SDNY

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

This envelope is made from post-consumer waste. Please recycle - again.

