

212 EAST 39TH STREET

NEW YORK, NEW YORK 10016

PHONE 212 889 3700

FAX 212 684 5191

www.abbeyspanier.com

**ABBEY SPANIER LLP**

ATTORNEYS AT LAW

May 8, 2014

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Withdrawal of Counsel: Richard B. Margolies
*Fifty-Ninth Street Investors and Arthur N. Abbey v. Fuld, et al.,* 11 Civ. 4278;
<u>Avi Schron and Adina Schron, JTWROS v. Fuld et al.,</u> 11 Civ. 5112

Dear Judge Kaplan:

My firm Abbey Spanier, LLP is counsel for Plaintiffs in the above referenced actions. I write to request the Court grant me leave to withdraw my appearance, and to be removed from the ECF service list. The reason for the request is that I am leaving Abbey Spanier at the end of this week and will no longer be associated with the firm. These actions will continue to be handled by Stephen T. Rodd, a partner at Abbey Spanier. No delay will result from my withdrawal.

Respectfully submitted,

Richard B. Margolies

cc: All counsel (via ecf)

**SO ORDERED:**

_____
Lewis A. Kaplan
United States District Judge

