**ABBEY SPANIER LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

RECEIVED
MAY 08 2014
JUDGE KAPLAN'S CHAMBERS

May 8, 2014

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/14

**MEMO ENDORSED**

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Withdrawal of Counsel: Richard B. Margolies
      *Fifty-Ninth Street Investors and Arthur N. Abbey v. Fuld, et al.*, 11 Civ. 4278;
      *Avi Schron and Adina Schron, JTWROS v. Fuld et al.*, 11 Civ. 5112

Dear Judge Kaplan:

My firm Abbey Spanier, LLP is counsel for Plaintiffs in the above referenced actions. I write to request the Court grant me leave to withdraw my appearance, and to be removed from the ECF service list. The reason for the request is that I am leaving Abbey Spanier at the end of this week and will no longer be associated with the firm. These actions will continue to be handled by Stephen T. Rodd, a partner at Abbey Spanier. No delay will result from my withdrawal.

Respectfully submitted,

*/s/ Richard B. Margolies*

Richard B. Margolies

cc: All counsel (via ecf)

SO ORDERED:

*/s/ Loretta A. Preska*

~~xxxxxxxxxxxx~~ Hon. Loretta A. Preska
United States District Judge - Part I

Dated: May 9, 2014