1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3   In re:

4   LEHMAN BROTHERS SECURITIES        Civil Action 09 MD 2017 (LAK)
    AND ERISA LITIGATION               ECF CASE

5
    This Document Applies Only to:
6
    *State Compensation Insurance Fund v.*
7   *Richard S. Fuld, et al.*,
    No. 1:11-cv-03892-LAK

8

9
                    **JOINT STIPULATION FOR DISMISSAL**
10                  <u>**AS AGAINST THE LEHMAN OFFICER DEFENDANTS**</u>

11          This joint stipulation was entered into on the 2nd day of June 2014, by and among counsel

12   for each of the parties in the referenced actions.

13          WHEREAS, this action was originally filed in the United States District Court for the

14   Northern District of California on or about May 16, 2011, captioned *State Compensation*

15   *Insurance Fund v. Fuld et al.*, Case No. 3:11-cv-02400;

16          WHEREAS, this action was removed and transferred to the United States District Court

17   for the Southern District of New York on or about June 8, 2011, pursuant to transfer orders from

18   the Judicial Panel on Multidistrict Litigation, in the following captioned action:  *State*

19   *Compensation Insurance Fund v. Fuld et al.*, Case No. 1:11-cv-03892-LAK.  This action was then

20   coordinated with the master MDL case, *In re Lehman Brothers Securities and ERISA Litigation*,

21   Case No. 1:09-md-02017-LAK, for pretrial proceedings;

22          WHEREAS, on or about November 29, 2011, plaintiff filed an Amended Complaint;

23          WHEREAS, on or about January 6, 2012, defendants including Richard S. Fuld, Jr.,

24   Christopher M. O'Meara, and Erin Callan (together, the "Officer Defendants") moved to dismiss

25   the Amended Complaint;

26

27

28

1       WHEREAS, on or about March 26, 2013, this Court issued Pretrial Order No. 61 granting

2  in part and denying in part the motions to dismiss, including with respect to claims against the

3  Officer Defendants, as further reflected in Pretrial Order No. 66 docketed on May 9, 2013;

4       WHEREAS, on or about June 7, 2013, each of the Officer Defendants answered the

5  Amended Complaint;

6       WHEREAS, the parties have now resolved the claims regarding the Officer Defendants,

7  pursuant to the October 18, 2013 Settlement Agreement and Mutual Release.  No other party or

8  other person or entity has filed a pleading or action against the Officer Defendants relating to the

9  claims brought by plaintiff, and defendants have not filed or raised a counterclaim in this action.

10  Additionally, on April 24, 2014, this Court entered an order granting the Officer Defendants'

11  Unopposed Motion for Entry of Bar and Judgment Reduction Order.

12       WHEREAS, this stipulation does not include defendant Ernst & Young LLP, the only

13  defendant that will remain in the action;

14       NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties

15  hereby stipulate to dismiss the Officer Defendants from the above titled action with prejudice.  No

16  other party to this action (including Defendant Ernst & Young LLP) is being dismissed by this

17  stipulation, and each party is to bear its own costs.

18       IT IS SO STIPULATED.

19

20

21

22

23

24

25

26

27

28

- 2 -

3052397

1

2 | Date:  June 2, 2014

3

**IRELL & MANELLA LLP**

4 | By: _____

5 | Alison Plessman
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

6 | Tel: (310) 277-1010
Fax: (310) 203-7199

7 | *aplessman@irell.com*

8

*Attorneys for Plaintiff*

9 | *State Compensation Insurance Fund*

10

11 | Date:  May __, 2014

**PETRILLO KLEIN & BOXER LLP**

12

13 | By: _____

14 | Joshua Klein
*jklein@pkbllp.com*
655 Third Avenue, 22nd Floor

15 | New York, New York 10017
Tel: (212) 370-0334

16

17 | *Attorneys for Christopher M. O'Meara*

18

19

20

21

22

23

24

25

26

27

28

- 3 -

3052397

Date:  May __, 2014                    **IRELL & MANELLA LLP**


By:    /s/ Alison Plessman
       Alison Plessman
       1800 Avenue of the Stars, Suite 900
       Los Angeles, CA 90067
       Tel: (310) 277-1010
       Fax: (310) 203-7199
       *aplessman@irell.com*

       *Attorneys for Plaintiff*
       *State Compensation Insurance Fund*


Date:  May 28, 2014                    **PETRILLO KLEIN & BOXER LLP**


By:    _____
       Joshua Klein
       *jklein@pkbllp.com*
       655 Third Avenue, 22nd Floor
       New York, New York 10017
       Tel: (212) 370-0334

       *Attorneys for Christopher M. O'Meara*

- 3 -

1    Date: May 27, 2014                    **ALLEN & OVERY LLP**

2

3                                          By: _____

4                                          Todd S. Fishman
                                           *todd.fishman@allenovery.com*
5                                          1221 Avenue of the Americas
                                           New York, New York 10020
6                                          Tel: (212) 610-6300

7                                          *Attorneys for Richard S. Fuld, Jr.*

8

9    Date: May __, 2014                    **FINN DIXON & HERLING LLP**

10

11                                         By: _____

12                                         Alfred U. Pavlis
                                           *apavlis@fdh.com*
13                                         Richard S. Gora
                                           *rgora@fdh.com*
14                                         177 Broad Street
                                           Stamford, Connecticut 06901
15                                         Tel: (202) 325-5000

16                                         *Attorneys for Erin M. Callan*

17

18   Date: May __, 2014                    **LATHAM & WATKINS LLP**

19

20                                         By: _____

21                                         Miles N. Ruthberg
                                           *Miles.ruthberg@lw.com*
22                                         Jamie L. Wine
                                           *Jamie.wine@lw.com*
23                                         885 Third Avenue
                                           New York, New York 10022
24                                         Tel: (212) 906-1200

25                                         *Attorneys for Ernst & Young LLP*

26

27

28

- 4 -

3052397

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

1  Date:  May __, 2014                    **ALLEN & OVERY LLP**

2

3                                         By: _____

4                                              Todd S. Fishman
                                               *todd.fishman@allenovery.com*
5                                              1221 Avenue of the Americas
                                               New York, New York 10020
6                                              Tel: (212) 610-6300

7                                         *Attorneys for Richard S. Fuld, Jr.*

8

9  Date:  May 27, 2014                    **FINN DIXON & HERLING LLP**

10

11                                        By: _____

12                                             Alfred U. Pavlis
                                               *apavlis@fdh.com*
13                                             Richard S. Gora
                                               *rgora@fdh.com*
14                                             177 Broad Street
                                               Stamford, Connecticut 06901
15                                             Tel: (202) 325-5000

16                                        *Attorneys for Erin M. Callan*

17

18 Date:  May __, 2014                    **LATHAM & WATKINS LLP**

19

20                                        By: _____

21                                             Miles N. Ruthberg
                                               *Miles.ruthberg@lw.com*
22                                             Jamie L. Wine
                                               *Jamie.wine@lw.com*
23                                             885 Third Avenue
                                               New York, New York 10022
24                                             Tel: (212) 906-1200

25                                        *Attorneys for Ernst & Young LLP*

26

27

28

- 4 -

3052397                     JOINT STIPULATION FOR DISMISSAL
                    AS AGAINST THE LEHMAN OFFICER DEFENDANTS

1  Date:  May __, 2014                    **ALLEN & OVERY LLP**

2

3                                         By: _____

4                                             Todd S. Fishman
                                              *todd.fishman@allenovery.com*
5                                             1221 Avenue of the Americas
                                              New York, New York 10020
6                                             Tel: (212) 610-6300

7                                         *Attorneys for Richard S. Fuld, Jr.*

8

9  Date:  May __, 2014                    **FINN DIXON & HERLING LLP**

10

11                                        By: _____

12                                            Alfred U. Pavlis
                                              *apavlis@fdh.com*
13                                            Richard S. Gora
                                              *rgora@fdh.com*
14                                            177 Broad Street
                                              Stamford, Connecticut 06901
15                                            Tel: (202) 325-5000

16                                        *Attorneys for Erin M. Callan*

17

18  Date:  June 2, 2014                   **LATHAM & WATKINS LLP**

19

20                                        By: _____
                                              Miles N. Ruthberg
21                                            *Miles.ruthberg@lw.com*
                                              Jamie L. Wine
22                                            *Jamie.wine@lw.com*
                                              Kevin McDonough
23                                            *Kevin.mcdonough@lw.com*
                                              885 Third Avenue
24                                            New York, New York 10022
                                              Tel: (212) 906-1200
25

26                                        *Attorneys for Ernst & Young LLP*

27

28

- 4 -

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

3052397

- 5 -

1   SO ORDERED.

2

3   Date: _____

4                                        _____
                                         Lewis A. Kaplan       United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28