Kaplan, J.

RECEIVED JUN -3 2014 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION

This Document Applies Only to:

*State Compensation Insurance Fund v. Richard S. Fuld, et al.*,
No. 1:11-cv-03892-LAK

Civil Action 09 MD 2017 (LAK)
ECF CASE

## JOINT STIPULATION FOR DISMISSAL
## AS AGAINST THE LEHMAN OFFICER DEFENDANTS

This joint stipulation was entered into on the 2nd day of June 2014, by and among counsel for each of the parties in the referenced actions.

WHEREAS, this action was originally filed in the United States District Court for the Northern District of California on or about May 16, 2011, captioned *State Compensation Insurance Fund v. Fuld et al.*, Case No. 3:11-cv-02400;

WHEREAS, this action was removed and transferred to the United States District Court for the Southern District of New York on or about June 8, 2011, pursuant to transfer orders from the Judicial Panel on Multidistrict Litigation, in the following captioned action: *State Compensation Insurance Fund v. Fuld et al.*, Case No. 1:11-cv-03892-LAK. This action was then coordinated with the master MDL case, *In re Lehman Brothers Securities and ERISA Litigation*, Case No. 1:09-md-02017-LAK, for pretrial proceedings;

WHEREAS, on or about November 29, 2011, plaintiff filed an Amended Complaint;

WHEREAS, on or about January 6, 2012, defendants including Richard S. Fuld, Jr., Christopher M. O'Meara, and Erin Callan (together, the "Officer Defendants") moved to dismiss the Amended Complaint;

1    WHEREAS, on or about March 26, 2013, this Court issued Pretrial Order No. 61 granting in part and denying in part the motions to dismiss, including with respect to claims against the Officer Defendants, as further reflected in Pretrial Order No. 66 docketed on May 9, 2013;

    WHEREAS, on or about June 7, 2013, each of the Officer Defendants answered the Amended Complaint;

    WHEREAS, the parties have now resolved the claims regarding the Officer Defendants, pursuant to the October 18, 2013 Settlement Agreement and Mutual Release.  No other party or other person or entity has filed a pleading or action against the Officer Defendants relating to the claims brought by plaintiff, and defendants have not filed or raised a counterclaim in this action. Additionally, on April 24, 2014, this Court entered an order granting the Officer Defendants' Unopposed Motion for Entry of Bar and Judgment Reduction Order.

    WHEREAS, this stipulation does not include defendant Ernst & Young LLP, the only defendant that will remain in the action;

    NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to dismiss the Officer Defendants from the above titled action with prejudice.  No other party to this action (including Defendant Ernst & Young LLP) is being dismissed by this stipulation, and each party is to bear its own costs.

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Date: June 2, 2014 | **IRELL & MANELLA LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Alison Plessman |
| 5 | | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 |
| 6 | | Tel: (310) 277-1010<br>Fax: (310) 203-7199 |
| 7 | | *aplessman@irell.com* |
| 8 | | *Attorneys for Plaintiff* |
| 9 | | *State Compensation Insurance Fund* |
| 10 | Date: May __, 2014 | **PETRILLO KLEIN & BOXER LLP** |
| 11 | | |
| 12 | | |
| 13 | | By: _____<br>Joshua Klein |
| 14 | | *jklein@pkbllp.com*<br>655 Third Avenue, 22nd Floor |
| 15 | | New York, New York 10017<br>Tel: (212) 370-0334 |
| 16 | | |
| 17 | | *Attorneys for Christopher M. O'Meara* |

- 3 -

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

3052397

Date: May __, 2014

**IRELL & MANELLA LLP**

By: /s/ Alison Plessman
Alison Plessman
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199
*aplessman@irell.com*

*Attorneys for Plaintiff*
*State Compensation Insurance Fund*

Date: May 28, 2014

**PETRILLO KLEIN & BOXER LLP**

By: _____
Joshua Klein
*jklein@pkbllp.com*
655 Third Avenue, 22nd Floor
New York, New York 10017
Tel: (212) 370-0334

*Attorneys for Christopher M. O'Meara*

- 3 -

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

3052397

| | | |
|---|---|---|
| 1 | Date: May 27, 2014 | **ALLEN & OVERY LLP** |
| 2 | | |
| 3 | | By: /s/ Todd Fishman |
| 4 | | Todd S. Fishman |
| | | *todd.fishman@allenovery.com* |
| 5 | | 1221 Avenue of the Americas |
| | | New York, New York 10020 |
| 6 | | Tel: (212) 610-6300 |
| 7 | | *Attorneys for Richard S. Fuld, Jr.* |
| 8 | | |
| 9 | Date: May __, 2014 | **FINN DIXON & HERLING LLP** |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Alfred U. Pavlis |
| | | *apavlis@fdh.com* |
| 13 | | Richard S. Gora |
| | | *rgora@fdh.com* |
| 14 | | 177 Broad Street |
| | | Stamford, Connecticut 06901 |
| 15 | | Tel: (202) 325-5000 |
| 16 | | *Attorneys for Erin M. Callan* |
| 17 | | |
| 18 | Date: May __, 2014 | **LATHAM & WATKINS LLP** |
| 19 | | |
| 20 | | By: _____ |
| | | Miles N. Ruthberg |
| 21 | | *Miles.ruthberg@lw.com* |
| 22 | | Jamie L. Wine |
| | | *Jamie.wine@lw.com* |
| 23 | | 885 Third Avenue |
| | | New York, New York 10022 |
| 24 | | Tel: (212) 906-1200 |
| 25 | | *Attorneys for Ernst & Young LLP* |

- 4 -

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

3052397

```
 1  Date: May __, 2014                    ALLEN & OVERY LLP
 2
 3                                        By: _____
 4                                             Todd S. Fishman
                                               todd.fishman@allenovery.com
 5                                             1221 Avenue of the Americas
                                               New York, New York 10020
 6                                             Tel: (212) 610-6300
 7                                        Attorneys for Richard S. Fuld, Jr.
 8
 9  Date: May 27, 2014                   FINN DIXON & HERLING LLP
10
11                                        By: _____
                                               Alfred U. Pavlis
12                                             apavlis@fdh.com
                                               Richard S. Gora
13                                             rgora@fdh.com
                                               177 Broad Street
14                                             Stamford, Connecticut 06901
                                               Tel: (202) 325-5000
15
16                                        Attorneys for Erin M. Callan
17
18  Date: May __, 2014                    LATHAM & WATKINS LLP
19
20                                        By: _____
                                               Miles N. Ruthberg
21                                             Miles.ruthberg@lw.com
                                               Jamie L. Wine
22                                             Jamie.wine@lw.com
                                               885 Third Avenue
23                                             New York, New York 10022
                                               Tel: (212) 906-1200
24
25                                        Attorneys for Ernst & Young LLP
26
27
28
```

- 4 -

3052397

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

| | |
|---|---|
| Date: May __, 2014 | **ALLEN & OVERY LLP** |
| | By: _____ |
| | Todd S. Fishman |
| | *todd.fishman@allenovery.com* |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Tel: (212) 610-6300 |
| | *Attorneys for Richard S. Fuld, Jr.* |
| Date: May __, 2014 | **FINN DIXON & HERLING LLP** |
| | By: _____ |
| | Alfred U. Pavlis |
| | *apavlis@fdh.com* |
| | Richard S. Gora |
| | *rgora@fdh.com* |
| | 177 Broad Street |
| | Stamford, Connecticut 06901 |
| | Tel: (202) 325-5000 |
| | *Attorneys for Erin M. Callan* |
| Date: June 2, 2014 | **LATHAM & WATKINS LLP** |
| | By: _____ |
| | Miles N. Ruthberg |
| | *Miles.ruthberg@lw.com* |
| | Jamie L. Wine |
| | *Jamie.wine@lw.com* |
| | Kevin McDonough |
| | *Kevin.mcdonough@lw.com* |
| | 885 Third Avenue |
| | New York, New York 10022 |
| | Tel: (212) 906-1200 |
| | *Attorneys for Ernst & Young LLP* |

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

- 4 -

JOINT STIPULATION FOR DISMISSAL
AS AGAINST THE LEHMAN OFFICER DEFENDANTS

3052397