UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This document applies to:

*In re Lehman Bros. Equity/Debt Sec. Litig.*, No. 08 Civ. 5523 (LAK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

09 MD 2017 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2014

### PRETRIAL ORDER NO. 88
(*Equity/Debt Securities Litig.* – Settlement with Ernst & Young)

LEWIS A. KAPLAN, *District Judge.*

        In light of *Eubank v. Pella Corporation, et al.*, Nos. 13-2091, 13-2133, 13-2136, 13-2162, 13-2202, 2014 WL 2444388 (7th Cir. June 2, 2014), lead counsel for plaintiffs and the settlement class shall provide to the Court by June 17, 2014 the amount the settlement class actually will receive, as distinguished from the amount the class is entitled to receive.

        SO ORDERED.

Dated:    June 9, 2014

                                              Lewis A. Kaplan
                                        United States District Judge