**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This document Applies Only to:<br><br>*Vallejo Sanitation and Flood Control District v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-06040-LAK;<br><br>*Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-01944-LAK;<br><br>*Contra Costa Water District v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-06652-LAK;<br><br>*City of Burbank v. Fuld, et al.*<br>S.D. N.Y. Case No. 1:09-cv-03475-LAK;<br><br>*City of San Buenaventura v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-03476-LAK;<br><br>*City of Auburn v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-03474-LAK;<br><br>*The San Mateo County Investment Pool v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-01239-LAK;<br><br>*Zenith Insurance Company v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-01238-LAK | Civil Action No.  09-MD-2017 (LAK)<br><br>**ECF CASE**<br><br>**NOTICE OF APPEARANCE** |

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel appears on behalf of Plaintiffs

City of Auburn, City of Burbank, Contra Costa Water District, Mary A. Zeeb, Monterey County

Treasurer, on Behalf of the Monterey County Investment Pool, City of San Buenaventura, San

Mateo County Investment Pool, Vallejo Sanitation and Flood Control District, and Zenith

Insurance Company, in the above-entitled actions:

> Alexander E. Barnett (NYB # 2522696)
> **COTCHETT, PITRE & McCARTHY, LLP**
> 40 Worth Street, 10th Floor
> New York, NY  10013
> Telephone:     212-201-6820
> Facsimile:     646-219-6678
> Email:          abarnett@cpmlegal.com

Dated:  June 12, 2014                    **COTCHETT, PITRE & McCARTHY, LLP**

> By: */s/ Alexander E. Barnett*
>
> Alexander E. Barnett (NYB # 2522696)
> **COTCHETT, PITRE & McCARTHY, LLP**
> 40 Worth Street, 10th Floor
> New York, NY  10013
> Telephone:  212-201-6820
> Facsimile:  646-219-6678
> Email:          abarnett@cpmlegal.com
>
> *Attorneys for Plaintiffs City of Auburn, City of Burbank,*
> *Contra Costa Water District, Mary A. Zeeb, Monterey*
> *County Treasurer, on Behalf of the Monterey County*
> *Investment Pool, City of San Buenaventura, San Mateo*
> *County Investment Pool, Vallejo Sanitation and Flood*
> *Control District, and Zenith Insurance Company*