Miles N. Ruthberg
Direct Dial: 212-906-1688
miles.ruthberg@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 18, 2014

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

Re:  *In re Lehman Bros. Sec. & ERISA Litig.*, No. 09-md-2017-LAK

This letter relates to:
*City of Long Beach v. Fuld, et al.*, No. 09-cv-03467-LAK;
*County of Tuolumne v. Ernst & Young, LLP, et al.*, No. 09-cv-03468-LAK;
*City of Fremont v. Citigroup Global Markets, Inc., et al.*, No. 09-cv-03478-LAK;
*County of Alameda v. Ernst & Young, LLP, et al.*, No. 09-cv-07877-LAK;
*City of Cerritos v. Citigroup Global Markets, Inc., et al.*, No. 09-cv-07878-LAK

Dear Judge Kaplan:

We represent defendant Ernst & Young LLP ("EY") in the above-referenced actions. We write to inform Your Honor that the plaintiffs in these cases have agreed to settle their actions against EY. The parties are negotiating the terms of the settlements, and plaintiffs anticipate filing a motion to dismiss the claims against EY pursuant to Federal Rule of Civil Procedure 41 in the coming weeks. To enable the parties to focus on preparing the documentation for the settlement and preserving resources, the parties respectfully request that the Court suspend ongoing proceedings in these actions.

Should the Court wish to discuss any of the matters set forth above, the parties will make themselves available at Your Honor's convenience. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Miles N. Ruthberg

Miles N. Ruthberg
of LATHAM & WATKINS LLP

cc:  Counsel of record (via ECF)