Miles N. Ruthberg
miles.ruthberg@lw.com
212.906.1688

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

July 15, 2014

<u>VIA ECF</u>

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *In re Lehman Brothers Securities & Employee Retirement Income Security Act (ERISA) Litigation*, Civil Action No. 09-md-2017-LAK

<u>This letter relates to:</u>   *Walker v. Ernst & Young LLP*, Civil Action No. 11-cv-3552-LAK

Dear Judge Kaplan:

We represent defendant Ernst & Young LLP ("EY") in the above-referenced action.  I write to inform Your Honor that the plaintiffs and EY have agreed to settle this action.  The parties are negotiating the terms of the settlement, and plaintiffs anticipate filing a motion to dismiss the claims against EY pursuant to Federal Rule of Civil Procedure 41 in the coming weeks.  To enable the parties to focus on preparing the documentation for the settlement and preserving resources, the parties respectfully request that the Court suspend ongoing deadlines and proceedings in the above-captioned action, including any actions with respect to Pretrial Order No. 90.

Should the Court wish to discuss any of the matters set forth above, we will make ourselves available at Your Honor's convenience.  Thank you for your attention to this matter.

Respectfully submitted,

/s/  Miles N. Ruthberg

Miles N. Ruthberg
of LATHAM & WATKINS LLP

cc:   Counsel of Record (via ECF)
       Phillip and Lorraine Walker (via email)