UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

09 MD 2017 (LAK)

This document applies to:

*In re Lehman Brothers Equity/Debt
Securities Litigation*, No. 08-CV-5523 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PRETRIAL ORDER NO. 91
(Motion for Attorneys' Fees - Ernst & Young Settlement)

LEWIS A. KAPLAN, *District Judge.*

      As indicated by the Court's remarks on the record during the April 16, 2014 Fairness Hearing and a subsequent telephone conference with Lead Counsel on May 1, 2014, certain of the fee requests associated with the plaintiff class's settlement with Ernst & Young appeared confoundingly large. As a result, at the Fairness Hearing the Court invited one firm – Saxena White L.P. of Boca Raton, Florida – to submit to the Court additional materials to justify its requested fee, which the firm did. On May 1, the Court requested that Saxena White further substantiate its requested fee by supplementing its submission. Saxena White did so and, in its supplemental submission, voluntarily reduced its lodestar by 10 percent.

      Having considered the matter further, the Court acts on the basis of the voluntarily reduced Saxena White lodestar, of which it awards a fee that equals 63 percent, consistent with awards to other counsel.

      Ernst & Young was the final defendant in this class action. This settlement, together with the settlements resolving the claims against the Underwriter ("UW") and former director and officer ("D&O") defendants, results in a total recovery of $615,218,000.00 for the Settlement Class. The attorneys' fees awarded in consequence of these settlements are equal to 13.98 percent of the total recovery and a lodestar multiplier of 1.01.

      Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses [09 MD 2017 - DI 1381, 08 CV 5523 - DI 549] is granted to the extent that the fees and expenses listed on the following schedule are awarded.

      SO ORDERED.

Dated:    July 15, 2014

_____
Lewis A. Kaplan
United States District Judge

## Schedule

| Firm | Fees Awarded | Expenses Approved |
|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | $12,583,036.21 | $3,435,678.90 |
| Kessler Topaz Meltzer & Check, LLP | $7,489,779.42 | $811,396.15 |
| Grant & Eisenhofer P.A. | $1,044,810.90 | $2,318.98 |
| Kirby McInerney LLP | $2,106,763.31 | $897.31 |
| Labaton Sucharow LLP | $1,332,653.49 | $9,329.01 |
| Law Offices of Bernard M. Gross, P.C. | $879,598.13 | $1,049.40 |
| Murray Frank LLP | $121,514.40 | $127.27 |
| Spector Roseman Kodroff & Willis, PC | $322,296.19 | $195.88 |
| Saxena White P.A. | $3,372,756.27 | $18,713.97 |
| | | |
| Total | $29,253,208.32 | $4,279,706.87 |