UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies Only To:<br><br>*City of Long Beach v. Fuld, et al.*, Civil Action No. 09-cv-03467-LAK;<br><br>*County of Tuolumne v. Ernst & Young LLP, et al.*, Civil Action No. 09-cv-03468-LAK;<br><br>*City of Fremont v. Citigroup Global Markets, Inc., et al.*, Civil Action No. 09-cv-03478-LAK;<br><br>*County of Alameda v. Ernst & Young, LLP, et al.*, Civil Action No. 09-cv-07877-LAK; and *City of Cerritos v. Citigroup Global Market, Inc., et al.*, Civil Action No. 09-cv-07878-LAK | Civil Action 09-MD-2017-LAK<br><br>ECF CASE<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs City of Long Beach, City of Cerritos, City of Fremont, County of Alameda, and County of Tuolumne (the "Settling Plaintiffs") hereby give notice that the above-captioned actions are voluntarily dismissed <u>with prejudice</u> against Defendant Ernst & Young LLP ("E&Y"). E&Y has not served an answer or motion for summary judgment in the actions filed by the Settling Plaintiffs.

With these dismissals, the Settling Plaintiffs have resolved all claims made in these actions against all named defendants and these actions may be terminated.

DATED: July 24, 2014	**PEARSON, SIMON & WARSHAW, LLP**

By: _____*/s/ George S. Trevor*_____
	GEORGE S. TREVOR
Attorneys for Settling Plaintiffs

44 Montgomery St., Suite 2450
San Francisco, CA 94104
Telephone:  415/433-9000
Facsimile:  415/433-9008
gtrevor@pswlaw.com