USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

09 MD 2017 (LAK)

This document applies to:

*Warden v. Fuld, et al.*, 09-cv-1236 (LAK)
------------------------------------------------------------x

### PRETRIAL ORDER NO. 93
(*Warden* – Order to Show Cause)

LEWIS A. KAPLAN, *District Judge.*

  On January 10, 2012, the parties in this action entered into and the Court approved a stipulation suspending the lawsuit pending the Court's approval of the Underwriter and Director and Officer ("D&O") settlements in *In re Lehman Brothers Equity/Debt Securities Litigation* (No. 08-cv-5523-LAK).[1] The stipulation provided that, in the event the Court approved the Underwriter and D&O settlements, the plaintiff would "dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) all of the claims he has" against the defendants in this action within five business days of the settlements' effective dates.[2]

  This Court approved the Underwriter and D&O settlements on May 2 and November 8, 2012, respectively.[3] Plaintiff therefore shall show cause, on or before August 8, 2014, why the action should not be dismissed with prejudice pursuant to the terms of the stipulation.

  SO ORDERED.

Dated:  July 25, 2014

                     _____
                      Lewis A. Kaplan
                     United States District Judge

---

[1] MDL Dkt. 655.

[2] *Id.*

[3] *See* MDL Dkts. 893, 1046.