Kaplan, y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/14
```

In re:

LEHMAN BROTHERS SECURITIES AND ERISA
LITIGATION

This document applies to:

*State of New Jersey, Department of Treasury,
Division of Investment v. Fuld et al.*, No. 10-cv-5201 (LAK)

**STIPULATION &
[PROPOSED] ORDER**

09MD2017
&
10cv5201

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Ernst & Young LLP ("E&Y") to serve its Answer to the Second Amended Complaint in this action is hereby extended from August 11, 2014 to August 15, 2014. There have been no prior requests for an extension of this deadline.

E&Y agrees not to oppose plaintiff's right to file a motion for summary judgment concerning any affirmative defenses raised in the Answer.

Dated: New York, New York
       August 11, 2014

BERGER & MONTAGUE, P.C.

By: _____/cst_/_____
     Jon Lambiras
     pv-ini-

Merrill G. Davidoff
Jon Lambiras
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Plaintiff
The State of New Jersey, Department
Of Treasury, Division of Investment*

LATHAM & WATKINS LLP

By: _____/cst_____
     Miles N. Ruthberg

Miles N. Ruthberg
Jamie L. Wine
Kevin McDonough
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200

*Attorneys for Defendant
Ernst & Young LLP*

SO ORDERED:

_Loretta A. Preska_ 8/12/14
                    jn
~~Lewis A. Kaplan, U.S.D.J.~~
Hon. Loretta A. Preska
United States District Judge



RECEIVED
AUG 12 2014
JUDGE KAPLAN'S CHAMBERS