UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*Arthur N. Abbey v. Ernst & Young LLP*, 11 Civ. 4278 (LAK) | Civil Action 09 MD 2017 (LAK)<br><br>ECF Case |

# DECLARATION OF STEPHEN T. RODD

I, Stephen T. Rodd, am a partner of the law firm Abbey Spanier, LLP, 212 East 39th Street, New York, New York. I am admitted to the Bar of the State of New York and of this Court. I am submitting this declaration in support of Arthur N. Abbey's ("Plaintiff") Memorandum of Law in Opposition to Defendant Ernst & Young LLP's ("EY") Motion for Summary Judgment, dated September 19, 2014, filed concurrently herewith in the above-captioned action.

1. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Objections and Responses to EY's First Set of Interrogatories, dated March 1, 2013.

2. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Objections and Responses to Mr. O'Meara's Second Set of Interrogatories, dated September 30, 2013.

3. Attached as Exhibit 3 (ABBEY000014-69) is a true and correct copy of the June 29, 2007 private placement memorandum and supplement for the Warrants received by Plaintiff, which does not include numerous exhibits.

4. Attached as Exhibit 4 is a true and correct copy of excerpts of the annual report filed by Lehman Brothers Holdings Inc. ("LBHI") with the Securities and Exchange Commission ("SEC") on February 13, 2007 on Form 10-K.

5. Attached as Exhibit 5 is a true and correct copy of excerpts of the quarterly report filed by LBHI with the SEC on April 9, 2007 on Form 10-Q.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
September 19, 2014

Stephen T. Rodd