**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies to:<br><br>*Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*, No. 11-cv-3745-LAK;<br><br>*The State of New Jersey, Department of Treasury, Division of Investment v. Richard S. Fuld., Jr., et al.*, No. 10-cv-05201-LAK<br><br>*Vallejo Sanitation and Flood Control District v. Fuld, et al.*, No. 1:09-cv-06040-LAK; *Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01944-LAK; *Contra Costa Water District v. Fuld, et al.*, No. 1:09-cv-06652-LAK; *City of Burbank v. Fuld, et al.*, No. 1:09-cv-03475-LAK; *City of San Buenaventura v. Fuld, et al.*, No. 1:09-cv-03476-LAK; *City of Auburn v. Fuld, et al.*, No. 1:09-03474-LAK; *The San Mateo County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01239-LAK; *Zenith Insurance Company v. Fuld, et al.*, No. 1:09-cv-01238-LAK;<br><br>*American National Insurance Company et al. v. Richard S. Fuld, Jr., et. al.*, No. 1:09-cv-02363-LAK.<br><br>*Retirement Housing Foundation et al., v. Fuld, et al.*, No. 1:10-cv-06185-LAK | Civil Action No. 09 MD 2017 (LAK)<br><br>ECF CASE |

**DECLARATION OF MATTHEW K. EDLING IN OPPOSITION TO DEFENDANT ERNST & YOUNG LLP'S MOTION FOR SUMMARY JUDGMENT & MOTION TO EXCLUDE H. NEJAT SEYHUN**

I, Matthew K. Edling, declare under penalties of perjury:

1. I am a partner of the law firm Cotchett, Pitre & McCarthy LLP, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am counsel for individual plaintiffs Vallejo Sanitation & Flood Control District, the Monterey County Investment Pool (through Mary Zeeb, Monterey County Treasurer), Contra Costa Water District, City of Burbank, City of San Buenaventura, City of Auburn, the San Mateo County Investment Pool, and Zenith Insurance Company (collectively, "California Plaintiffs") in the above-referenced multi-district litigation ("Lehman MDL").

2. In addition to the California Plaintiffs, I make this declaration on behalf of the following individual plaintiffs: (i) Starr International U.S.A. Investments LC and C.V. Starr & Co. Inc. Trust (together, "CV Starr"); (ii) The State of New Jersey, Department of Treasury, Division of Investment ("NJDOI"); (iii) American National Insurance Company and its subsidiaries and The Moody Foundation (collectively, "ANICO"); and (iv) Retirement Housing Foundation and Foundation Property Management, Inc. (together, "RHF") (individual plaintiffs are collectively referred to herein as "Opt-Out Plaintiffs").

3. I have served as Liaison Counsel for the Opt-Out Plaintiffs pursuant to the Court's Pretrial Order No. 61, dated January 23, 2013. (*See* Dkt. # 1157.)

4. I submit this declaration on behalf of Opt-Out Plaintiffs in opposition to Defendant Ernst & Young LLP's Motion for Summary Judgment in the Lehman MDL and in opposition to Defendant Ernst & Young LLP's Motion to Exclude Testimony of H. Nejat Seyhun.

5. Attached hereto as Exhibit 1 is a true and complete copy of a document entitled "Cast of Characters."

6. Attached hereto as Exhibit 2 is a true and complete copy of a document entitled "Depositions of E&Y and Lehman Witnesses."

7. Attached hereto as Exhibit 3 is a true and complete copy of an email from eyinfo@lehman.com to Matthew Kurzweil, *et al.* re: [redacted] dated March 26, 2001, and designated MDL Ex. 193.

8. Attached hereto as Exhibit 4 is a true and complete copy of a document entitled [redacted] dated August 2001, and designated MDL Ex. 404.

9. Attached hereto as Exhibit 5 is a true and complete copy of an email from Kristine Smith to Kevin Reilly, *et al.* re: [redacted] dated January 16, 2002, and designated MDL Ex. 526.

10. Attached hereto as Exhibit 6 is a true and complete copy of a memorandum from Conrad Santos, *et al.* to Kevin Hayes, *et al.* re: [redacted] dated March 7, 2002, and designated MDL Ex. 457.

11. Attached hereto as Exhibit 7 is a true and complete copy of an email from Kevin Reilly to Anthony Clifford, *et al.* re: [redacted] dated November 18, 2004, and designated MDL Ex. 2019.

12. Attached hereto as Exhibit 8 is a true and complete copy of an email from Anuraj Bismal to William Montuoro, *et al.* re: [redacted] with attachment, dated August 26, 2004, and designated MDL Ex. 195.

13. Attached hereto as Exhibit 9 is a true and complete copy of an email from Anuraj Bismal to Jennifer Lum, *et al.* re: [redacted] dated November 5, 2004, and designated MDL Ex. 259.

14. Attached hereto as Exhibit 10 is a true and complete copy of an email from Chris O'Meara to Gerard Reilly re: [redacted] dated November 16, 2004, and designated MDL Ex. 1616.

15. Attached hereto as Exhibit 11 is a true and complete copy of an email from John Feraca to Geoff Allen re: [redacted] with attachment, dated November 17, 2004, and designated MDL Ex. 462.

16. Attached here to as Exhibit 12 is a true and complete copy of an email from Jennifer Lum to Chris O'Meara, *et al.* re: [redacted] with attachment, dated January 6, 2005, and designated MDL Ex. 1613.

17. Attached hereto as Exhibit 13 is a true and complete copy of an excerpt of JPMorgan Chase & Co.'s Form 10-K for the fiscal year ended December 31, 2004, filed on March 1, 2005, and designated as MDL Ex. 1439.

18. Attached hereto as Exhibit 14 is a true and complete copy of Lehman's Form 10-K for the fiscal year ended November 30, 2005, filed February 13, 2006, and designated MDL Ex. 528.

19. Attached hereto as Exhibit 15 is a true and complete copy of an email from William Schlich to Jennifer Jackson re: [redacted] dated January 10, 2006, and designated MDL Ex. 1005.

20. Attached hereto as Exhibit 16 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 397.

21. Attached hereto as Exhibit 17 is a true and complete copy of an email from John Feraca to Janet Hurley, *et. Al* re: [redacted] dated March 28, 2006, and designated MDL Ex. 1983.

22. Attached hereto as Exhibit 18 is a true and complete copy of an email from Marie Stewart to Jennifer Jackson, *et al.* re: [redacted] dated May 23, 2006, and designated MDL Ex. 450.

23. Attached hereto as Exhibit 19 is a true and complete copy of an email from William Schlich to Tatjana Palic re: [redacted] dated May 23, 2006, and designated MDL Ex. 1424.

24. Attached hereto as Exhibit 20 is a true and complete copy of an email from Marie Stewart to Brett Beldner re: [redacted] dated May 23, 2006, and bearing Bates number BB00072704.

25. Attached hereto as Exhibit 21 is a true and complete copy of an email from John Feraca to James Martin, *et al.* re: "FW: Repo 104—Accounting Policy & EY status," dated May 24, 2006, and designated MDL Ex. 460.

26. Attached hereto as Exhibit 22 is a true and complete copy of an email from John Feraca to Edward Grieb re: [redacted] dated May 25, 2006, and designated MDL Ex. 206.

27. Attached hereto as Exhibit 23 is a true and complete copy of an email from Anuraj Bismal to Matthew Lee re: [redacted]

[redacted] with attachments, dated June 1, 2006, and designated MDL Ex. 266.

28. Attached hereto as Exhibit 24 is a true and complete copy of an email from Matthew Lee to Anuraj Bismal re: [redacted] dated June 1, 2006, and designated MDL Ex. 1211.

29. Attached hereto as Exhibit 25 is a true and complete copy of an email from Jennifer Jackson to Bharat Jain, *et al.* re: [redacted] with attachments, dated June 8, 2006, and designated MDL Ex. 657.

30. Attached hereto as Exhibit 26 is a true and complete copy of an email from Anuraj Bismal to Jennifer Lum re: [redacted] dated July 6, 2006, and designated MDL Ex. 997.

31. Attached hereto as Exhibit 27 is a true and complete copy of an email from Anuraj Bismal to Matthew Lee, *et al.* re: [redacted] with attachment, dated August 31, 2006, and designated MDL Ex. 178.

32. Attached hereto as Exhibit 28 is a true and complete copy of an email from Anuraj Bismal to Joseph Gentile, *et al.* re: [redacted] with attachment, dated August 31, 2006, and designated MDL Ex. 271.

33. Attached hereto as Exhibit 29 is a true and complete copy of an email from Jennifer Jackson to Bharat Jain re: [redacted] with attachments, dated September 6, 2006, and designated MDL Ex. 375.

34. Attached hereto as Exhibit 30 is a true and complete copy of an email from Anuraj Bismal to Michael McGarvey, *et al.* re: [redacted] with attachment, dated September 7, 2006, and designated MDL Ex. 1037.

35. Attached hereto as Exhibit 31 is a true and complete copy of an email from Jennifer Jackson to Bharat Jain, dated September 8, 2006, and designated MDL Ex. 88.

36. Attached hereto as Exhibit 32 is a true and complete copy of an email from Marie Stewart to Margaret Sear, *et al.* re: [redacted] with attachment, dated September 9, 2006, and designated MDL Ex. 758.

37. Attached hereto as Exhibit 33 is a true and complete copy of an email from Lachlan Clark to Anuraj Bismal re: [redacted] with attachment, dated October 3, 2006, and designated MDL Ex. 128.

38. Attached hereto as Exhibit 34 is a true and complete copy of an email from Clare Christofi to Richard Amat, *et al.* re: [redacted] dated November 5, 2006, and designated MDL Ex. 212.

39. Attached hereto as Exhibit 35 is a true and complete copy of a document entitled [redacted] dated November 30, 2006, and designated MDL Ex. 686.

40. Attached hereto as Exhibit 36 is a true and complete copy of Lehman's Form 10-K for the fiscal year ended November 30, 2006, filed February 13, 2007, and designated MDL Ex. 239.

41. Attached hereto as Exhibit 37 is a true and complete copy of a document entitled [redacted] dated February 4, 2007, and designated MDL Ex. 1207.

42. Attached hereto as Exhibit 38 is a true and complete copy of an email from Jacqueline Roncagliolo to Matthew Lee, *et al.* re: [redacted] with attachment, dated February 26, 2008, and designated MDL Ex. 1208.

43. Attached hereto as Exhibit 39 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 1138.

44. Attached hereto as Exhibit 40 is a true and complete copy of Lehman's Form 10-Q for the quarterly period ended February 28, 2007, filed April 9, 2007, and designated MDL Ex. 240.

45. Attached hereto as Exhibit 41 is a true and complete copy of an email from Michael McGarvey to Anuraj Bismal, *et al.* re: [redacted] with attachments, dated May 9, 2007, and designated MDL Ex. 130.

46. Attached hereto as Exhibit 42 is a true and complete copy of a document entitled [redacted] dated May 15, 2007, and designated MDL Ex. 1445.

47. Attached hereto as Exhibit 43 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 1139.

48. Attached hereto as Exhibit 44 is a true and complete copy of a document entitled [redacted] dated July 12, 2007, and designated MDL Ex. 1275.

49. Attached hereto as Exhibit 45 is a true and complete copy of an email from Marie Stewart to Edward Grieb, *et al.* re: [redacted] with attachment, dated August 15, 2007, and designated MDL Ex. 760.

50. Attached hereto as Exhibit 46 is a true and complete copy of a document entitled Standard & Poor's, Update on Risk, Liquidity and Capital Adequacy, dated August 17, 2007, and bearing Bates numbers LBHI_DE_03545760 to LBHI_DE_03545869.

51. Attached hereto as Exhibit 47 is a true and complete copy of an email from Gerard Reilly to Chris O'Meara re: [redacted] dated August 19, 2007, and designated MDL Ex. 467.

52. Attached hereto as Exhibit 48 is a true and complete copy of an email from Wyatt de Silva to Maclar Ampanas, *et al.* re: [redacted] with attachments, dated August 21, 2007, and designated MDL Ex. 31.

53. Attached hereto as Exhibit 49 is a true and complete copy of an email from Jennifer Jackson to Wyatt de Silva, *et al.* re: [redacted] with attachment, dated August 21, 2007, and designated MDL Ex. 374.

54. Attached hereto as Exhibit 50 is a true and complete copy of an email from Michael McGarvey to Divyesh Chokshi, *et al.* re: "Forecast COB 16th August," dated August 21, 2007, and bearing Bates number LBEX-DOCID 3234192.

55. Attached hereto as Exhibit 51 is a true and complete copy of an email from Alex Gironde to William Schlich, *et al.* re: [redacted] with attachment, dated August 30, 2007, and designated MDL Ex. 1278.

56. Attached hereto as Exhibit 52 is a true and complete copy of a document entitled "Consolidated Global Balance Sheet Analysis," dated August 31, 2007, and designated MDL Ex. 700.

57. Attached hereto as Exhibit 53 is a true and complete copy of Lehman's Form 10-Q for the quarterly period ended August 31, 2007, filed October 10, 2007.

58. Attached hereto as Exhibit 54 is a true and complete copy of an email from Joseph Palumbo to William Schlich, dated September 23, 2007, and designated MDL Ex. 1279.

59. Attached hereto as Exhibit 55 is a true and complete copy of portions of [redacted] dated November 5, 2007, and designated MDL Ex. 1346.

60. Attached hereto as Exhibit 56 is a true and complete copy of an email from Joe Link to Christine Lowney with attachments, dated November 28, 2007, and designated MDL Ex. 705.

61. Attached hereto as Exhibit 57 is a true and complete copy of a document entitled [redacted] dated November 30, 2007, and designated MDL Ex. 1281.

62. Attached hereto as Exhibit 58 is a true and complete copy of a document entitled [redacted] dated November 30, 2007, and designated MDL Ex. 1426.

63. Attached hereto as Exhibit 59 is a true and complete copy of a document entitled [redacted] dated November 30, 2007, and designated MDL Ex. 1428.

64. Attached hereto as Exhibit 60 is a true and complete copy of Lehman's Form 10-K for the fiscal year ended November 30, 2007, filed on January 29, 2008, and designated MDL Ex. 242.

65. Attached hereto as Exhibit 61 is a true and complete copy of an email from Anuraj Bismal to Martin Kelly, *et al.* re: [redacted] with attachment, dated December 5, 2007, and designated MDL Ex. 278.

66. Attached hereto as Exhibit 62 is a true and complete copy of an email from William Schlich to Martin Kelly re: [redacted] dated December 6, 2007, and designated MDL Ex. 1347.

67. Attached hereto as Exhibit 63 is a true and complete copy of portions of [redacted] dated December 10, 2007, and designated MDL Ex. 1348.

68. Attached hereto as Exhibit 64 is a true and complete copy of an email from Brett Beldner to Jignesh Doshi, *et al.* re: [redacted] with attachment, dated December 13, 2007, and designated MDL Ex. 121.

69. Attached hereto as Exhibit 65 is a true and complete copy of a document entitled "Final Transcript, LEH – Q4 2007 Lehman Brothers Holdings Inc. Earnings Conference Call," dated December 13, 2007, and designated MDL Ex. 1533.

70. Attached hereto as Exhibit 66 is a true and complete copy of an email from Marie Stewart to Dominic Gibb, *et al.* re: [redacted] dated December 21, 2007, and designated MDL Ex. 768.

71. Attached hereto as Exhibit 67 is a true and complete copy of an email from Stavros Zafiridis to Jennifer Jackson, *et al.* re: [redacted] with attachments, dated January 24, 2008, and designated MDL Ex. 49.

72. Attached hereto as Exhibit 68 is a true and complete copy of an email from Stavros Zafiridis to Jennifer Jackson, *et al.* re: [redacted] with attachment, dated January 24, 2008, and designated as MDL Ex. 1006.

73. Attached hereto as Exhibit 69 is a true and complete copy of an email from Michael McGarvey to Clement Bernard, *et al.* re: [redacted] dated January 31, 2008, and designated MDL Ex. 123.

74. Attached hereto as Exhibit 70 is a true and complete copy of an email from Clement Bernard to Andrew Morton, *et al.* re: "Net leverage ratio," dated February 4, 2008, and designated MDL Ex. 607.

75. Attached hereto as Exhibit 71 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 44.

76. Attached hereto as Exhibit 72 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 83.

77. Attached hereto as Exhibit 73 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 381.

78. Attached hereto as Exhibit 74 is a true and complete copy of Lehman's Form 10-Q for the quarterly period ended February 29, 2008, filed April 8, 2008, and designated MDL Ex. 1192.

79. Attached hereto as Exhibit 75 is a true and complete copy of an email from Marc Silverberg to Rates Finance America re: [redacted] with attachments, dated March 18, 2008, and designated MDL Ex. 1464.

80. Attached hereto as Exhibit 76 is a true and complete copy of an email from Gerard Reilly to Erin Callan re: [redacted] dated March 25, 2008, and designated MDL Ex. 1523.

81. Attached hereto as Exhibit 77 is a true and complete copy of an email from William Schlich to Erin Callan re: [redacted] dated March 18, 2008, and designated MDL Ex. 1431.

82. Attached hereto as Exhibit 78 is a true and complete copy of an email from Jared Pedowitz to Jennifer Jackson re: [redacted] with attachment, dated March 28, 2008, and designated MDL Ex. 1011.

83. Attached hereto as Exhibit 79 is a true and complete copy of an email from Bart McDade to Hyung Lee re: "Repo 105," dated April 3, 2008, and designated MDL Ex. 500.

84. Attached hereto as Exhibit 80 is a true and complete copy of an email from Bart McDade to Andrew Morton re: "FW: Repo 105," dated April 3, 2008, and designated MDL Ex. 501.

85. Attached hereto as Exhibit 81 is a true and complete copy of an email from Erin Callan to Paolo Tonucci, *et al.* re: [redacted] with attachments, dated April 4, 2008, and designated MDL Ex. 1526.

86. Attached hereto as Exhibit 82 is a true and complete copy of an email from Michael Osborne to Robert Azerad re: [redacted] with attachment, dated April 6, 2008, and designated MDL Ex. 1527.

87. Attached hereto as Exhibit 83 is a true and complete copy of an email from Gerard Reilly to Janet Marrero re: [redacted] with attachment, dated April 7, 2008, and designated MDL Ex. 868.

88. Attached hereto as Exhibit 84 is a true and complete copy of an email from Gerard Reilly to Bart McDade re: [redacted] with attachment, dated April 10, 2008, and designated MDL Ex. 502.

89. Attached hereto as Exhibit 85 is a true and complete copy of an email from Martin Kelly to Kaushik Amin re: [redacted] dated April 17, 2008, and designated MDL Ex. 770.

90. Attached hereto as Exhibit 86 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 1009.

91. Attached hereto as Exhibit 87 is a true and complete copy of a document entitled [redacted] dated May 7, 2008 and designated MDL Ex. 1280.

92. Attached hereto as Exhibit 88 is a true and complete copy of an email from Erin Callan to Joe Gregory, *et al.* re: "FYI-Fidelity," dated May 13, 2008, and designated MDL Ex. 359.

93. Attached hereto as Exhibit 89 is a true and complete copy of an email from William Schlich to Hillary Hansen re: [redacted] dated May 23, 2008, and designated MDL Ex. 612.

94. Attached hereto as Exhibit 90 is a true and complete copy of an email from Tal Litvin to Bart McDade, *et al.* re: “Daily Balance Sheet and Disclosures Scorecard,” dated May 27, 2008, and bearing Bates number LBHI_DE_03550524.

95. Attached hereto as Exhibit 91 is a true and complete copy of an email from Kevin White to Mark Walsh, *et al.* re: [redacted] with attachment entitled [redacted] dated May 28, 2008, and designated MDL Ex. 1528.

96. Attached hereto as Exhibit 92 is a true and complete copy of a document entitled “Consolidated Global Balance Sheet Analysis,” dated May 31, 2008, and designated MDL Ex. 671.

97. Attached hereto as Exhibit 93 is a true and complete copy of a document entitled “Consolidated Global Balance Sheet Analysis,” dated May 31, 2008, and designated MDL Ex. 778.

98. Attached hereto as Exhibit 94 is a true and complete copy of a document entitled [redacted] dated May 31, 2008, and designated MDL Ex. 695.

99. Attached hereto as Exhibit 95 is a true and complete copy of Lehman’s Form 10-Q for the quarterly period ended May 31, 2008, filed on July 10, 2008, and designated MDL Ex. 18.

100. Attached hereto as Exhibit 96 is a true and complete copy of an email from Anu Jacob to Jillian Reville, *et al.* re: [redacted] with attachment, dated June 3, 2008, and designated MDL Ex. 548.

101. Attached hereto as Exhibit 97 is a true and complete copy of a document entitled "Capital Adequacy & Liquidity Update," dated June 4, 2008, and bearing Bates numbers LBHI_DE_03860476 to LBHI_DE_03860502.

102. Attached hereto as Exhibit 98 is a true and complete copy of a document entitled [redacted] dated June 5, 2008, and designated MDL Ex. 547.

103. Attached hereto as Exhibit 99 is a true and complete copy of an email from William Schlich to Carmine DiSibio, *et al.*, dated June 5, 2008, and designated MDL Ex. 617.

104. Attached hereto as Exhibit 100 is a true and complete copy of an email from Marie Stewart to William Schlich re: [redacted] dated June 7, 2008, and designated MDL Ex. 384.

105. Attached hereto as Exhibit 101 is a true and complete copy of an email from William Schlich to Jennifer Jackson, *et al.* re: [redacted] dated June 8, 2008, and designated MDL Ex. 697.

106. Attached hereto as Exhibit 102 is a true and complete copy of an email from William Schlich to Hee Lee re: [redacted] with attachment, dated June 8, 2008, and bearing Bates numbers EY-LBHI-KEYPERS 3751809 to EY-LBHI-KEYPERS 3751934.

107. Attached hereto as Exhibit 103 is a true and complete copy of a document entitled "Press Release – Lehman Brothers Announces Expected Second Quarter Results," dated June 9, 2008, and designated MDL Ex. 1535.

108. Attached hereto as Exhibit 104 is a true and complete copy of Lehman's Prospectus Supplement for 8.75% Non-Cumulative Mandatory Convertible Preferred Stock, Series Q, dated June 9, 2008.

109. Attached hereto as Exhibit 105 is a true and complete copy of Lehman's Prospectus Supplement for $4.0 billion of Common Stock, dated June 9, 2008.

110. Attached hereto as Exhibit 106 is a true and complete copy of Lehman's Form 8-K, filed June 9, 2008.

111. Attached hereto as Exhibit 107 is a true and complete copy of an email from Joe Link to Hillary Hansen re: [redacted] with attachment, dated June 10, 2008, and designated MDL Ex. 682.

112. Attached hereto as Exhibit 108 is a true and complete copy of [redacted] and designated MDL Ex. 1201.

113. Attached hereto as Exhibit 109 is a true and complete copy of an email from Dominic Gibb to Martin Kelly, *et al.* re: "MIS," dated June 19, 2008, and bearing Bates number LBEX-DOCID 3233813.

114. Attached hereto as Exhibit 110 is a true and complete copy of an email from Jormen Vallecillo to Michael McGarvey, dated July 2, 2008, and designated MDL Ex. 124.

115. Attached hereto as Exhibit 111 is a true and complete copy of an email from Eric Felder to Ian Lowitt, dated July 5, 2008, and bearing Bates number LBEX-DOCID 071263.

116. Attached hereto as Exhibit 112 is a true and complete copy of a document entitled [redacted] and designated MDL Ex. 1010.

117. Attached hereto as Exhibit 113 is a true and complete copy of an email from Joseph DeSplinter to Kevin Reilly re: [redacted] dated March 19, 2010, and designated MDL Ex. 1421.

118. Attached hereto as Exhibit 114 is a true and complete copy of excerpts of the Report of Anton R. Valukas, Bankruptcy Examiner, dated March 11, 2010.

119. Attached hereto as Exhibit 115 is a true and complete copy of the [redacted] dated September 20, 2013.

120. Attached hereto as Exhibit 116 is a true and complete copy of the [redacted] dated September 23, 2013.

121. Attached hereto as Exhibit 117 is a true and complete copy of an article by Zoe-Vonna Palmrose, "*Maintaining the Value and Viability of Auditors as Gatekeepers Under SOX: An Auditing Master Proposal*," in Financial Gatekeepers: Can They Protect Investors? (2006), and designated MDL Ex. 1930.

122. Attached hereto as Exhibit 118 is a true and complete copy of excerpts of Financial Crisis Inquiry Commission Final Report of the National Commission on the Cause of the Financial Economic Crisis in the United States (2011).

123. Attached hereto as Exhibit 119 is a true and complete copy of an article by Edward Owens and Joanna Shuang Wu, "*Window Dressing of Financial Leverage*," dated March 2011, and designated MDL Ex. 1911.

124. Attached hereto as Exhibit 120 is a true and complete copy of a screenshot of Ernst & Young LLP's website, available at www.ey.com, accessed on September 18, 2014.

125. Attached hereto as Exhibit 121 is a true and complete copy of an article by Joe Bel Bruno, "Lehman Brothers Treasurer: Firm did not approach Fed discount window," *Associated Press Business News*, dated June 3, 2008.

126. Attached hereto as Exhibit 122 is a true and complete copy of an article "WSJ: Losses Push Lehman To Weigh Raising New Capital," *Dow Jones Chinese Financial Wire*, dated June 3, 2008.

127. Attached hereto as Exhibit 123 is a true and complete copy of an article by Joseph A. Giannone, "Lehman Has Little Choice But to Raise Capital," *Reuters News*, dated June 3, 2008.

128. Attached hereto as Exhibit 124 is a true and complete copy of an article by Joseph A. Giannone, "CORRECTED – ANALYSIS – Lehman Has Little Choice But To Raise Capital," *Reuters*, dated June 3, 2008.

129. Attached hereto as Exhibit 125 is a true and complete copy of a report by J.P. Morgan entitled "Lehman Brothers, $4.9B in Write-downs; Reality Bites," dated June 9, 2008.

130. Attached hereto as Exhibit 126 is a true and complete copy of an article by Dan Wilchins, "Lehman Shares Plummet Amid Write-down Fears," *Reuters News*, dated June 11, 2008.

131. Attached hereto as Exhibit 127 is a true and complete copy of an article by Jennifer Ablan and Dan Wilchins, "Lehman Shares Drop, Pimco says Still Trading," *Reuters News*, dated July 10, 2008.

132. Attached hereto as Exhibit 128 is a true and complete copy of an article by Dan Wilchins and Jennifer Ablan, "Lehman Shares Plunge Amid Market Distress," *Reuters News*, dated July 11, 2008.

133. Attached hereto as Exhibit 129 is a true and complete copy of an article by Kim Jae-kyoung, "Daring M&A act or Conflict of Interest?," *Korea Times*, dated September 5, 2008.

134. Attached hereto as Exhibit 130 is a true and complete copy of an article by Kelly Olsen, "South Korea's Financial Regulator Urges Caution Over Lehman Acquisition," *Associated Press Newswires*, dated September 8, 2008.

135. Attached hereto as Exhibit 131 is a true and complete copy of an article by Lauren Pollock, "S&P Mulls Cutting Lehman Ratings on Uncertainty For Cap Raise," *Dow Jones News Service*, dated September 9, 2008.

136. Attached hereto as Exhibit 132 is a true and complete copy of a press release entitled "KDB Says It Has Ended Talks With Lehman Brothers," dated September 9, 2008.

137. Attached hereto as Exhibit 133 is a true and complete copy of a report by J.P. Morgan entitled "Lehman Brothers, Management Has Plan, Not Action – We Await Inv. Mgmt Sale," dated September 10, 2008.

138. Attached hereto as Exhibit 134 is a true and complete copy of an article "Investment Banks Fall Amid Concern About Lehman's Ability to execute Capital Raising Plan," *Associated Press Newswires*, dated September 11, 2008.

139. Attached hereto as Exhibit 135 is a true and complete copy of an article by Tim Paradis, "Stocks Fall but Pare Losses; Lehman Still a Worry," *Associated Press Newswire*, dated September 11, 2008.

140. Attached hereto as Exhibit 136 is a true and complete copy of an article by Serena Ng, Gregory Zuckerman and Aaron Luchetti, "Lehman Counterparties, Clients Walking a Delicate Line," *Dow Jones Chinese Financial Wire*, dated September 11, 2008.

141. Attached hereto as Exhibit 137 is a true and complete copy of a document entitled HSBC Global Research Flashnote, Lehman Brothers, dated September 11, 2008.

142. Attached hereto as Exhibit 138 is a true and complete copy of a Merrill Lynch report entitled "Lehman Brothers Holdings Inc., Changing to No Opinion; Moody's puts LEH in play," dated September 11, 2008.

143. Attached hereto as Exhibit 139 is a true and complete copy of an article "Fitch Says Lehman Rating Will Be Cut Without A Deal," *Reuters News*, dated September 12, 2008.

144. Attached hereto as Exhibit 140 is a true and complete copy of an article "US Trying to Avoid Government Money in Lehman Deal," *Reuters News*, dated September 12, 2008.

145. Attached hereto as Exhibit 141 is a true and complete copy of an article by Floyd Norris, "Lehman's Assurances Ring Hollow," *The New York Times*, dated September 12, 2008.

146. Attached hereto as Exhibit 142 is a true and complete copy of excerpts of *Corporate Finance*, Ross, Westerfield, Jaffee (10th Edition).

147. Attached hereto as Exhibit 143 is a true and complete copy of the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed in connection with *In re: Lehamn Brothers Holdings Inc.*, No. 08-bk-13555 (S.D.N.Y. Bankr.), dated September 14, 2008.

148. Attached hereto as Exhibit 144 is a true and complete copy of the Complaint filed in connection with the *People of the State of New York by Andrew M. Cuomo, Attorney General of the State of New York v. Ernst & Young LLP* in the Supreme Court of the State of New York, County of New York, No. 451586/2010, dated December 21, 2010.

149. Attached hereto as Exhibit 145 is a true and complete copy of the Amended Preliminary Conference Stipulation and Order filed in connection with the *People of the State of New York by Andrew M. Cuomo, Attorney General of the State of New York v. Ernst & Young LLP* in the Supreme Court of the State of New York, County of New York, No. 451586/2010, dated February 28, 2014.

150. Attached hereto as Exhibit 146 is a true and complete copy of the Amended Preliminary Conference Stipulation and Order filed in connection with the *People of the State of New York by Andrew M. Cuomo, Attorney General of the State of New York v. Ernst & Young LLP* in the Supreme Court of the State of New York, County of New York, No. 451586/2010, dated July 24, 2014.

151. Attached hereto as Exhibit 147 is a true and complete copy of an email from Kevin McDonough, Esq. to Audrey Lu, Esq., *et al.* re: "In re Lehman Brothers Securities and ERISA Litigation," dated June 24, 2014.

152. Attached hereto as Exhibit 148 is a true and complete copy of the Expert Report of R. Larry Johnson with exhibits, dated October 21, 2013.

153. Attached hereto as Exhibit 149 is a true and complete copy of the Supplemental Expert Report of R. Larry Johnson with exhibits, dated November 22, 2013.

154. Attached hereto as Exhibit 150 is a true and complete copy of the Expert Report of Gary L. Holstrum with Exhibits, dated October 18, 2013.

155. Attached hereto as Exhibit 151 is a true and complete copy of the Affidavit of Gary L. Holstrum, dated July 22, 2014.

156. Attached hereto as Exhibit 152 is a true and complete copy of the Expert Report of D. Paul Regan with exhibits, dated October 21, 2013.

157. Attached hereto as Exhibit 153 is a true and complete copy of excerpts of the deposition transcript of Alex Gironde in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 14, 2013.

158. Attached hereto as Exhibit 154 is a true and complete copy of excerpts of the deposition transcript of Anuraj Bismal in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 28, 2013.

159. Attached hereto as Exhibit 155 is a true and complete copy of excerpts of the deposition transcript of Anuraj Bismal, taken in connection with *Lehman Brothers Holdings Inc., et al. v. JPMorgan Chase Bank, N.A.*, Adversary Proceeding No. 10-03266 (JMP) (S.D.N.Y. Bankr.) on August 10, 2011, and designated MDL Ex. 257.

160. Attached hereto as Exhibit 156 is a true and complete copy of excerpts of the deposition transcript of Arthur Tully in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 12, 2013.

161. Attached hereto as Exhibit 157 is a true and complete copy of excerpts of the deposition transcript of Bharat Jain in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 12, 2013.

162. Attached hereto as Exhibit 158 is a true and complete copy of excerpts of the deposition transcripts of Bart McDade in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 20-21, 2013.

163. Attached hereto as Exhibit 159 is a true and complete copy of excerpts of the deposition transcript of Brett Beldner in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 11, 2013.

164. Attached hereto as Exhibit 160 is a true and complete copy of excerpts of the deposition of Brett Beldner, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on September 29, 2010.

165. Attached hereto as Exhibit 161 is a true and complete copy of excerpts of the deposition transcripts of Christopher O'Meara in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 19-20, 2013.

166. Attached hereto as Exhibit 162 is a true and complete copy of the deposition transcript of D. Paul Regan in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 20, 2014.

167. Attached hereto as Exhibit 163 is a true and complete copy of excerpts of the deposition transcripts of Edward Grieb in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 16-17, 2013.

168. Attached hereto as Exhibit 164 is a true and complete copy of excerpts of the deposition transcripts of Erin Callan in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 17-18, 2013.

169. Attached hereto as Exhibit 165 is a true and complete copy of excerpts of the deposition transcript of Gary Holstrum in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 5, 2014.

170. Attached hereto as Exhibit 166 is a true and complete copy of excerpts of the deposition transcript of Gerard Gruner in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 6, 2013.

171. Attached hereto as Exhibit 167 is a true and complete copy of excerpts of the deposition transcript of Glenn Okun in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 16, 2014.

172. Attached hereto as Exhibit 168 is a true and complete copy of excerpts of the deposition transcript of H. Nejat Seyhun in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 6, 2014.

173. Attached hereto as Exhibit 169 is a true and complete copy of excerpts of the deposition transcript of Hillary Hansen in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), dated August 29, 2013.

174. Attached hereto as Exhibit 170 is a true and complete copy of excerpts of the deposition transcript of Hillary Hansen, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on November 23, 2010, and designated MDL Ex. 1285.

175. Attached hereto as Exhibit 171 is a true and complete copy of excerpts of the deposition transcript of Hillary Hansen, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on October 13, 2010, and designated MDL Ex. 1286.

176. Attached hereto as Exhibit 172 is a true and complete copy of an email from Clement Bernard to Kevin Horan, *et al.* re: [redacted] with attachment, dated April 25, 2008, and designated MDL Ex. 962.

177. Attached hereto as Exhibit 173 is a true and complete copy of excerpts of the deposition transcripts of Jennifer Jackson in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on August 6-7, 2013.

178. Attached hereto as Exhibit 174 is a true and complete copy of excerpts of the deposition transcript of Jennifer Jackson, taken in connection with *In re: Repo 105 Investigation*

by the Office of the Attorney General of the State of New York on September 29, 2010, and designated MDL Ex. 991.

179. Attached hereto as Exhibit 175 is a true and complete copy of excerpts of the deposition of Jennifer Jackson, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on December 1, 2010.

180. Attached hereto as Exhibit 176 is a true and complete copy of excerpts of the deposition transcripts of John Feraca in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 18-19, 2013.

181. Attached hereto as Exhibit 177 is a true and complete copy of excerpts of the deposition transcript of John Lynch in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 13, 2014.

182. Attached hereto as Exhibit 178 is a true and complete copy of excerpts of the deposition transcript of Joseph Link in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 16, 2013.

183. Attached hereto as Exhibit 179 is a true and complete copy of excerpts of the deposition transcript of Joseph Gentile in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on August 8, 2013.

184. Attached hereto as Exhibit 180 is a true and complete copy of excerpts of the deposition transcript of Kenneth Lehn in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 10, 2014.

185. Attached hereto as Exhibit 181 is a true and complete copy of excerpts of the deposition transcript of Kevin Reilly in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 22, 2014.

186. Attached hereto as Exhibit 182 is a true and complete copy of excerpts of the deposition transcript of Kevin Reilly, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on September 20, 2010, and designated MDL Ex. 2015.

187. Attached hereto as Exhibit 183 is a true and complete copy of excerpts of the deposition transcript of Kristine Smith in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 27, 2013.

188. Attached hereto as Exhibit 184 is a true and complete copy of excerpts of the deposition transcript of R. Larry Johnson in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 23, 2014.

189. Attached hereto as Exhibit 185 is a true and complete copy of excerpts of the deposition transcript of Marc Silverberg in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 20, 2013.

190. Attached hereto as Exhibit 186 is a true and complete copy of excerpts of the deposition transcript of Margaret Finan Dennis in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 18, 2013.

191. Attached hereto as Exhibit 187 is a true and complete copy of excerpts of the deposition transcripts of Marie Stewart in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 24-25, 2013.

192. Attached hereto as Exhibit 188 is a true and complete copy of excerpts of the deposition transcript of Marie Stewart, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on October 11, 2011, and designated MDL Ex. 750.

193. Attached hereto as Exhibit 189 is a true and complete copy of excerpts of the deposition transcript of Marie Stewart, taken in connection with *Lehman Brothers Holdings Inc., et al. v. JPMorgan Chase Bank, N.A.*, Adversary Proceeding No. 10-03266 (JMP) (S.D.N.Y. Bankr.) on October 26, 2011, and designated MDL Ex. 751.

194. Attached hereto as Exhibit 190 is a true and complete copy of excerpts of the deposition transcripts of Martin Kelly in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 10-11, 2013.

195. Attached hereto as Exhibit 191 is a true and complete copy of excerpts of the deposition transcript of Martin Kelly, taken in connection with *Lehman Brothers Holdings Inc., et al. v. JPMorgan Chase Bank, N.A.*, Adversary Proceeding No. 10-03266 (JMP) (S.D.N.Y. Bankr.) on September 27, 2011, and designated MDL Ex. 1345.

196. Attached hereto as Exhibit 192 is a true and complete copy of excerpts of the deposition transcript of Martin Kelly, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on November 17, 2010, and designated MDL Ex. 1349.

197. Attached hereto as Exhibit 193 is a true and complete copy of excerpts of the deposition transcript of Martin Kelly, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on July 20, 2010, and designated MDL Ex. 1350.

198. Attached hereto as Exhibit 194 is a true and complete copy of excerpts of the deposition transcript of Matthew Kurzweil in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 11, 2013.

199. Attached hereto as Exhibit 195 is a true and complete copy of excerpts of the deposition transcript of Matthew Kurzweil, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on September 27, 2010, and designated MDL Ex. 403.

200. Attached hereto as Exhibit 196 is a true and complete copy of excerpts of the deposition transcripts of Matthew Lee in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on August 28-29, 2013.

201. Attached hereto as Exhibit 197 is a true and complete copy of excerpts of the deposition transcript of Matthew Lee, taken in connection with *Lehman Brothers Holdings Inc., et al. v. JPMorgan Chase Bank, N.A.*, Adversary Proceeding No. 10-03266 (JMP) (S.D.N.Y. Bankr.) on June 15, 2011, and designated MDL Ex. 1204.

202. Attached hereto as Exhibit 198 is a true and complete copy of excerpts of the deposition transcript of Matthew Lee, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on November 16, 2010, and designated MDL Ex. 1205.

203. Attached hereto as Exhibit 199 is a true and complete copy of excerpts of the deposition transcript of Matthew Lee, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on July 16, 2010, and designated MDL Ex. 1209.

204. Attached hereto as Exhibit 200 is a true and complete copy of excerpts of the deposition transcript of Michael McGarvey in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 9, 2013.

205. Attached hereto as Exhibit 201 is a true and complete copy of excerpts of the deposition transcript of Mitchell King in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 13, 2013.

206. Attached hereto as Exhibit 202 is a true and complete copy of excerpts of the deposition transcript of Paolo Tonucci in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 2, 2013.

207. Attached hereto as Exhibit 203 is a true and complete copy of excerpts of the deposition transcript of Paul Haus in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 24, 2013.

208. Attached hereto as Exhibit 204 is a true and complete copy of excerpts of the deposition transcript of Richard Fuld in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on October 2, 2013.

209. Attached hereto as Exhibit 205 is a true and complete copy of excerpts of the deposition transcript of Robert Azerad in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 24, 2013.

210. Attached hereto as Exhibit 206 is a true and complete copy of excerpts of the deposition transcript of Allen Ferrell in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 24, 2014.

211. Attached hereto as Exhibit 207 is a true and complete copy of excerpts of the deposition transcript of Stephen Ryan in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 8, 2014.

212. Attached hereto as Exhibit 208 is a true and complete copy of excerpts of the deposition transcript of Thomas Smith in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on August 22, 2013.

213. Attached hereto as Exhibit 209 is a true and complete copy of excerpts of the deposition transcripts of William Schlich in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 11-12, 2013.

214. Attached hereto as Exhibit 210 is a true and complete copy of excerpts of the deposition transcript of William Schlich, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on December 3, 2010, and designated MDL Ex. 1422.

215. Attached hereto as Exhibit 211 is a true and complete copy of excerpts of the deposition transcript of William Schlich, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on October 6, 2010, and designated MDL Ex. 1423.

216. Attached hereto as Exhibit 212 is a true and complete copy of an email from Ari Axelrod to Chris O'Meara, *et al.* re: [redacted] with attachment, dated October 26, 2007, and designated MDL Ex. 1629.

217. Attached hereto as Exhibit 213 is a true and complete copy of excerpts of the deposition transcript of Zoe-Vonna Palmrose in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 23, 2014.

218. Attached hereto as Exhibit 214 is a true and complete copy of a document entitled "LEH Ratings Strategy in '08: Ratings Advisory Group Discussion," bearing Bates numbers LBHI_SEC07940_490429 to LBHI_SEC07940_490430.

219. Attached hereto as Exhibit 215 is a true and complete copy of the Statement of Financial Accounting Standards No. 140, Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities, and designated MDL Ex. 2011.

220. Attached hereto as Exhibit 216 is a true and complete copy of AU Section 150 entitled "Generally Accepted Auditing Standards."

221. Attached hereto as Exhibit 217 is a true and complete copy of AU Section 230 entitled "Due Professional Care in the Performance of Work."

222. Attached hereto as Exhibit 218 is a true and complete copy of AU Section 314 entitled "Understanding the Entity and Its Environment and Assessing the Risks of Misstatement," and designated MDL Ex. 2013.

223. Attached hereto as Exhibit 219 is a true and complete copy of AU Section 316 entitled "Consideration of Fraud in a Financial Statement Audit," and designated MDL Ex. 1924.

224. Attached hereto as Exhibit 220 is a true and complete copy of AU Section 326 entitled "Audit Evidence."

225. Attached hereto as Exhibit 221 is a true and complete copy of AU Section 333 entitled "Management Representations."

226. Attached hereto as Exhibit 222 is a true and complete copy of AU Section 380 entitled "The Auditor's Communication With Those Charged With Governance."

227. Attached hereto as Exhibit 223 is a true and complete copy of AU Section 411 entitled "The Meaning of Present Fairly in Conformity With Generally Accepted Accounting Principles," and designated MDL Ex. 1921.

228. Attached hereto as Exhibit 224 is a true and complete copy of AU Section 431 entitled "Adequacy of Disclosure in Financial Statements," and designated MDL Ex. 2014.

229. Attached hereto as Exhibit 225 is a true and complete copy of AU Section 508 entitled "Reports on Audited Financial Statements."

230. Attached hereto as Exhibit 226 is a true and complete copy of AU Section 561 entitled "Subsequent Discovery of Facts Existing at the Date of the Auditor's Report."

231. Attached hereto as Exhibit 227 is a true and complete copy of Statement of Financial Accounting Concepts No. 1, and designated MDL Ex. 1974.

232. Attached hereto as Exhibit 228 is a true and complete copy of Statement of Financial Accounting Concepts No. 2, and designated MDL Ex. 1975.

233. Attached hereto as Exhibit 229 is a true and complete copy of an SEC Release entitled "Final Rule: Revision of the Commission's Auditor Independence Requirements," Release Nos. 33-7919; FR-56; 34-43602; IC-24744, effective February 5, 2001.

234. Attached hereto as Exhibit 230 is a true and complete copy of the deposition transcript of the Rule 30(b)(6) deposition of Comprehensive Investment Services Inc. in *American National Insurance Company et al. v. Richard S. Fuld, Jr., et. al.*, No. 1:09-cv-02363-LAK, taken on August 19, 2013.

235. Attached hereto as Exhibit 231 is a true and complete copy of a Proof of Claim, filed September 22, 2009, and bearing Bates numbers ANLH00000690 to ANLH00000696.

236. Attached hereto as Exhibit 232 is a true and complete copy of a screenshot of Current Security Positions, bearing Bates number ANLH00000725.

237. Attached hereto as Exhibit 233 is a true and complete copy of the Finance Committee Minutes for Comprehensive Investment Services, Inc., dated March 7, 2008, and bearing Bates numbers ANLH00000726 to ANLH00000727.

238. Attached hereto as Exhibit 234 is a true and complete copy of an excerpt of Moody National Bank Transactions from March 1, 2008 to March 31, 2008, bearing Bates number ANLH00000728.

239. Attached hereto as Exhibit 235 is a true and complete copy of the deposition transcript of the Rule 30(b)(6) deposition of The Moody Foundation in *American National Insurance Company et al. v. Richard S. Fuld, Jr., et. al.*, No. 1:09-cv-02363-LAK., taken on August 19, 2013.

240. Attached hereto as Exhibit 236 is a true and complete copy of a trade confirmation for The Moody Foundation, bearing Bates numbers ANLH00000722 to ANLH00000724.

241. Attached hereto as Exhibit 237 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of Starr International U.S.A. Investments LC and C.V. Starr & Co. Trust in *Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*, No. 11-cv-3745-LAK, taken on July 10, 2013.

242. Attached hereto as Exhibit 238 is a true and complete copy of Lehman's Form 10-Q for the quarterly period ended February 29, 2008 with the handwritten notes of Ananth Krishnamurthy, bearing Bates numbers STARR00000743 to STARR00000845.

243. Attached hereto is Exhibit 239 is a true and complete copy of an email from Richard Fuld to David Goldfarb, dated May 24, 2008, and bearing Bates number LBHI_DE_00004718.

244. Attached hereto as Exhibit 240 is a true and complete copy of an email from Ananth Krishnamurthy to Jacob Goldfield re: "see page 16," dated June 4, 2008, with attachment entitled "UBS Global Financial Services Conference," dated May 12, 2008, bearing Bates numbers STARR00001124 to STARR00001149.

245. Attached hereto as Exhibit 241 is a true and complete copy of an email from Mark Walsh to Timothy Lyons, dated June 7, 2008, and bearing Bates numbers LBHI_DE_01327598 to LBHI_DE_01327605.

246. Attached hereto as Exhibit 242 is a true and complete copy of the Transcript of CNBC's Maria Bartiromo's Interview with Hank Greenberg, dated June 9, 2008, and designated as MDL Ex. 624.

247. Attached hereto as Exhibit 243 is a true and complete copy of Lehman's Form 8-K, dated June 12, 2008.

248. Attached hereto as Exhibit 244 is a true and complete copy of a trade ticket confirmation, bearing Bates number STARR00001973, and designated MDL Ex. 615.

249. Attached hereto as Exhibit 245 is a true and complete copy of a trade ticket confirmation, bearing Bates number STARR00001974, and designated MDL Ex. 616.

250. Attached hereto as Exhibit 246 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of Vallejo Sanitation & Flood Control District in *Vallejo Sanitation and Flood Control District v. Fuld, et al.*, No. 1:09-cv-06040-LAK, taken on August 20, 2013.

251. Attached hereto as Exhibit 247 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of City of Burbank in *City of Burbank v. Fuld, et al.*, No. 1:09-cv-03475-LAK, taken on August 23, 2013.

252. Attached hereto as Exhibit 248 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of Contra Costa Water District in *Contra Costa Water District v. Fuld, et al.*, No. 1:09-cv-06652-LAK, taken on August 23, 2013.

253. Attached hereto as Exhibit 249 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of the San Mateo County Investment Pool in *The San Mateo County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01239-LAK, taken on August 28, 2013.

254. Attached hereto as Exhibit 250 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of the Monterey County Investment Pool in *Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01944-LAK, taken on August 22, 2013.

255. Attached hereto as Exhibit 251 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of Zenith Insurance Company in *Zenith Insurance Company v. Fuld, et al.*, No. 1:09-cv-01238-LAK, taken on August 27, 2013.

256. Attached hereto as Exhibit 252 is a true and complete copy of excerpts of the deposition transcript of the Rule 30(b)(6) deposition of City of Buenaventura in *City of San Buenaventura v. Fuld, et al.*, No. 1:09-cv-03476-LAK, taken on August 27, 2013.

257. Attached hereto as Exhibit 253 is a true and complete copy of Plaintiff City of Auburn's Responses to Ernst & Young LLP's First Set of Interrogatories, dated March 4, 2013.

258. Attached hereto as Exhibit 254 is a true and complete copy of the City of Auburn's Investment Policy, dated January 14, 2008, and bearing Bates numbers LEH_AUBURN_0000004 to LEH_AUBURN_0000028.

259. Attached hereto as Exhibit 255 is a true and complete copy of excerpts of the [redacted].

260. Attached hereto as Exhibit 256 is a true and complete copy of the [redacted].

261. Attached hereto as Exhibit 257 is a true and complete copy of a portion of the [redacted].

262. Attached hereto as Exhibit 258 is a true and complete copy of a document entitled "Goldman Sachs Reports Second Quarter Earnings Per Common Share of $4.58," dated June 17, 2008.

263. Attached hereto as Exhibit 259 is a true and complete copy of a document entitled "Morgan Stanley Reports Second Quarter Results," dated June 18, 2008.

264. Attached hereto as Exhibit 260 is a true and complete copy of a document entitled "Merrill Lynch Reports Second Quarter 2008 Net Loss," dated July 17, 2008.

265. Attached hereto as Exhibit 261 is a true and complete copy of the [redacted].

266. Attached hereto as Exhibit 262 is a true and complete copy of an email from [redacted]

Dated: September 19, 2014

Matthew K. Edling