**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION

This Document Applies to:

*Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*, No. 11-cv-3745-LAK;

*The State of New Jersey, Department of Treasury, Division of Investment v. Richard S. Fuld, Jr., et al.*, No. 10-cv-05201-LAK;

*Vallejo Sanitation and Flood Control District v. Fuld, et al.*, No. 1:09-cv-06040-LAK; *Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01944-LAK; *Contra Costa Water District v. Fuld, et al.*, No. 1:09-cv-06652-LAK; *City of Burbank v. Fuld, et al.*, No. 1:09-cv-03475-LAK; *City of San Buenaventura v. Fuld, et al.*, No. 1:09-cv-03476-LAK; *City of Auburn v. Fuld, et al.*, No. 1:09-03474-LAK; *The San Mateo County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01239-LAK; *Zenith Insurance Company v. Fuld, et al.*, No. 1:09-cv-01238-LAK;

*American National Insurance Company et al. v. Richard S. Fuld, Jr., et. al.*, No. 1:09-cv-02363-LAK.

*Retirement Housing Foundation et al., v. Fuld, et al.*, No. 1:10-cv-06185-LAK

Civil Action No. 09 MD 2017 (LAK)

ECF CASE

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF OPT-OUT PLAINTIFFS' MOTIONS TO EXCLUDE THE TESTIMONY OF ALLEN FERRELL, GLENN A. OKUN, STEPHEN G. RYAN, JOHN LYNCH, WILLIAM J. CHAMBERS, STEPHEN CHOI, AND ZOE-VONNA PALMROSE**

I, Matthew K. Edling, declare under penalties of perjury:

1. I am a partner of the law firm Cotchett, Pitre & McCarthy LLP, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am counsel for individual plaintiffs Vallejo Sanitation & Flood Control District, the Monterey County Investment Pool (through Mary Zeeb, Monterey County Treasurer), Contra Costa Water District, City of Burbank, City of San Buenaventura, City of Auburn, the San Mateo County Investment Pool, and Zenith Insurance Company (collectively, "California Plaintiffs") in the above-referenced multi-district litigation ("Lehman MDL").

2. In addition to the California Plaintiffs, I make this declaration on behalf of the following individual plaintiffs: (i) Starr International U.S.A. Investments LC and C.V. Starr & Co. Inc. Trust (together, "CV Starr"); (ii) The State of New Jersey, Department of Treasury, Division of Investment ("NJDOI"); (iii) American National Insurance Company and its subsidiaries and The Moody Foundation (collectively, "ANICO"); and (iv) Retirement Housing Foundation and Foundation Property Management, Inc. (together, "RHF") (individual plaintiffs are collectively referred to herein as "Opt-Out Plaintiffs").

3. I have served as Liaison Counsel for the Opt-Out Plaintiffs pursuant to the Court's Pretrial Order No. 61, dated January 23, 2013. (*See* Dkt. # 1157.)

4. I submit this declaration on behalf of Opt-Out Plaintiffs in support of Opt-Out Plaintiffs' Motions to Exclude the Testimony of Allen Ferrell, Glenn A. Okun, Stephen G. Ryan, John Lynch, William J. Chambers, Stephen Choi, and Zoe-Vonna Palmrose, proffered as experts by Defendant Ernst & Young in the above-captioned actions.

5. Attached hereto as Exhibit 1 is a true and complete copy of the Expert Report of Professor Glenn A. Okun with appendices and exhibits, dated November 22, 2013.

6. Attached hereto as Exhibit 2 is a true and complete copy of the Expert Report of Allen Ferrell, dated October 17, 2013.

7. Attached hereto as Exhibit 3 is a true and complete copy of the Expert Rebuttal Report of Allen Ferrell with appendices, dated November 22, 2013.

8. Attached hereto as Exhibit 4 is a true and complete copy of the Expert Report of Stephen G. Ryan with appendices, dated November 22, 2013.

9. Attached hereto as Exhibit 5 is a true and complete copy of the Expert Report of John Lynch with appendices, dated November 22, 2013.

10. Attached hereto as Exhibit 6 is a true and complete copy of the Expert Report of William J. Chambers with appendices and exhibits, dated October 21, 2013.

11. Attached hereto as Exhibit 7 is a true and complete copy of the Expert Rebuttal Report of William J. Chambers with appendix, dated November 22, 2013.

12. Attached hereto as Exhibit 8 is a true and complete copy of the Rebuttal Report of Stephen Choi with exhibits, dated November 22, 2013.

13. Attached hereto as Exhibit 9 is a true and complete copy of the Expert Rebuttal Report of Zoe-Vonna Palmrose with appendices, dated November 22, 2013.

14. Attached hereto as Exhibit 10 is a true and complete copy of portions of the Expert Report of Kenneth Lehn, dated October 21, 2013.

15. Attached hereto as Exhibit 11 is a true and complete copy of excerpts of the deposition transcript of Glenn Okun in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 16, 2014.

16. Attached hereto as Exhibit 12 is a true and complete copy of excerpts of the deposition transcript of Allen Ferrell in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 24, 2014.

17. Attached hereto as Exhibit 13 is a true and complete copy of excerpts of the deposition transcript of Stephen Ryan in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 8, 2014.

18. Attached hereto as Exhibit 14 is a true and complete copy of excerpts of the deposition transcript of John Lynch in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 13, 2014.

19. Attached hereto as Exhibit 15 is a true and complete copy of excerpts of the deposition transcript of William Chambers in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 19, 2014.

20. Attached hereto as Exhibit 16 is a true and complete copy of excerpts of the deposition transcript of Stephen Choi in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 28, 2014.

21. Attached hereto as Exhibit 17 is a true and complete copy of excerpts of the deposition transcript of Zoe-Vonna Palmrose in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on April 23, 2014.

22. Attached hereto as Exhibit 18 is a true and complete copy of excerpts of the deposition transcripts of Edward Grieb in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 16-17, 2013.

23. Attached hereto as Exhibit 19 is a true and complete copy of excerpts of the deposition transcripts of John Feraca in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 18-19, 2013.

24. Attached hereto as Exhibit 20 is a true and complete copy of excerpts of the deposition transcripts of Christopher O'Meara in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 19-20, 2013.

25. Attached hereto as Exhibit 21 is a true and complete copy of excerpts of the deposition transcript of Christopher O'Meara, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on August 18, 2010, and designated MDL Ex. 1608.

26. Attached hereto as Exhibit 22 is a true and complete copy of excerpts of the deposition transcript of Anuraj Bismal in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on May 28, 2013.

27. Attached hereto as Exhibit 23 is a true and complete copy of excerpts of the deposition transcript of Anuraj Bismal, taken in connection with *Lehman Brothers Holdings Inc., et al. v. JPMorgan Chase Bank, N.A.*, Adversary Proceeding No. 10-03266 (JMP) (S.D.N.Y. Bankr.) on August 10, 2011, and designated MDL Ex. 257.

28. Attached hereto as Exhibit 24 is a true and complete copy of excerpts of the deposition transcript of Martin Kelly, taken in connection with *In the Matter of Lehman Brothers Holdings*, File No. NY-7940 by the United States Securities and Exchange Commission on July 20, 2010, and designated MDL Ex. 1350.

29. Attached hereto as Exhibit 25 is a true and complete copy of excerpts of the deposition transcripts of Marie Stewart in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on July 24-25, 2013.

30. Attached hereto as Exhibit 26 is a true and complete copy of excerpts of the deposition transcript of Marie Stewart, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on October 11, 2011, and designated MDL Ex. 750.

31. Attached hereto as Exhibit 27 is a true and complete copy of excerpts of the deposition transcripts of William Schlich in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on September 11-12, 2013.

32. Attached hereto as Exhibit 28 is a true and complete copy of excerpts of the deposition transcript of Matthew Kurzweil in *In re Lehman Bros. Secs. & ERISA Litig.*, No. 09 MD 2017 (LAK) (S.D.N.Y.), taken on June 11, 2013.

33. Attached hereto as Exhibit 29 is a true and complete copy of excerpts of the deposition transcript of Kevin Reilly, taken in connection with *In re: Repo 105 Investigation* by the Office of the Attorney General of the State of New York on September 20, 2010, and designated MDL Ex. 2015.

34. Attached hereto as Exhibit 30 is a true and complete copy of an email from [redacted] dated March 26, 2001, and designated MDL Ex. 193.

35. Attached hereto as Exhibit 31 is a true and complete copy of a document entitled "Lehman Brothers Holdings Inc. Accounting Policy Manual," and designated MDL Ex. 1123.

36. Attached hereto as Exhibit 32 is a true and complete copy of an email from [redacted] with attachments, dated June 1, 2006, and designated MDL Ex. 266.

37. Attached hereto as Exhibit 33 is a true and complete copy of a letter from Linklaters to Lehman Brothers International (Europe) re: "Repurchase Transactions under a Global Master Repurchase Agreement," dated May 31, 2006, and designated MDL Ex. 1915.

38. Attached hereto as Exhibit 34 is a true and complete copy of an email from [redacted], dated September 8, 2006, and designated MDL Ex. 88.

39. Attached hereto as Exhibit 35 is a true and complete copy of an email from Joseph Gentile to Edward Grieb re: "Repo 105/108" with attachment, dated February 10, 2007, and designated MDL Ex. 214.

40. Attached hereto as Exhibit 36 is a true and complete copy of portions of Lehman's Form 10-K for the fiscal year ended November 30, 2007, filed on January 29, 2008, and designated MDL Ex. 242.

41. Attached hereto as Exhibit 37 is a true and complete copy of an email from Michael McGarvey to Clement Bernard, *et al.* re: "Repo 105," dated January 31, 2008, and designated MDL Ex. 123.

42. Attached hereto as Exhibit 38 is a true and complete copy of an email from [redacted] dated March 25, 2008, and designated MDL Ex. 1523.

43. Attached hereto as Exhibit 39 is a true and complete copy of portions of Lehman's Form 10-Q for the quarterly period ended May 31, 2008, filed on July 10, 2008, and designated MDL Ex. 18.

44. Attached hereto as Exhibit 40 is a true and complete copy of excerpts of Financial Crisis Inquiry Commission Final Report of the National Commission on the Cause of the Financial Economic Crisis in the United States (2011).

45. Attached hereto as Exhibit 41 is a true and complete copy of the Statement of Financial Accounting Standards No. 140, Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities, and designated MDL Ex. 2011.

46. Attached hereto as Exhibit 42 is a true and complete copy of Statement on Auditing Standards Section 69 entitled "The Meaning of *Present Fairly in Conformity With Generally Accepted Accounting Principles* in the Independent Auditor's Report," and designated MDL Ex. 1913.

47. Attached hereto as Exhibit 43 is a true and complete copy of AU Section 316 entitled "Consideration of Fraud in a Financial Statement Audit," and designated MDL Ex. 1924.

48. Attached hereto as Exhibit 44 is a true and complete copy of an article by A. Copeland entitled "The Tri-Party Repo Market before the 2010 Reforms" (2010).

Dated: October 17, 2014

Matthew K. Edling